John L. Littrell (SBN 221601)
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, CA 92673

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 21-CR-00491-SB |
| v. | |
| JEFF FORTENBERRY, | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint JOHN L. LITTRELL, Esquire, as my attorney to appear for me throughout all proceedings in this case.

October 19, 2021
*Date*

*Defendant's Signature*

Washington, D.C.
*City and State*

## APPEARANCE OF COUNSEL

I, JOHN L. LITTRELL, Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

October 19, 2021
*Date*

/s/ John L. Littrell
*Attorney's Signature*

221601
*California State Bar Number*

903 Calle Amanecer, Suite 350
*Street Address*

San Clemente, CA 92629
*City, State, Zip Code*

(949) 369-3700          (949) 369-3701
*Telephone Number*      *Fax Number*

jlittrell@bklwlaw.com
*E-mail Address*

CR-14 (01/07)     DESIGNATION AND APPEARANCE OF COUNSEL