**Exhibit A**

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption and Civil Rights Section
ARON KETCHEL (Cal. Bar No. 250345)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/1019
     Facsimile: (213) 894-7631
     E-mail:  mack.jenkins@usdoj.gov
              aron.ketchel@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. |
|---|---|
| Plaintiff, | |
| v. | DEFERRED PROSECUTION AGREEMENT |
| GILBERT CHAGOURY, | |
| Defendant. | |

I.   INTRODUCTION

1.   This Deferred Prosecution Agreement (the "DPA") is entered into between the United States Attorney's Office for the Central District of California ("USAO") and defendant Gilbert Chagoury ("defendant Chagoury").  This DPA is entered into only on behalf of the USAO and cannot bind any other federal, state, local or foreign prosecuting, enforcement, administrative, or regulatory authorities.  The USAO has also disclosed in writing to defendant Chagoury's

Beginning in or around June 2012 and continuing through in or around March 2016, GILBERT CHAGOURY ("CHAGOURY"), with the assistance of Toufic Baaklini, Joseph Arsan, Individual H, and others, provided approximately $180,000 to individuals in the United States that was used to make donations to candidates in United States elections.  CHAGOURY knew these funds were used to make contributions to these candidates and, as a result, he violated United States laws by (i) causing federal election campaign contributions exceeding $25,000 to be made in a single year as a foreign national, in violation of 52 U.S.C. §§ 30109(d)(1)(A), 30121(a)(1)(A); and (iii) causing federal election campaign contributions to be made in the name of another (conduit contributions), in violation of 52 U.S.C. §§ 30109(d)(1)(A), 30122.

At all times relevant to this factual statement, CHAGOURY was a "foreign national" within the meaning of 52 U.S.C. § 30121(b) and was therefore prohibited from making donations and contributions directly or indirectly in support of any candidate for elective office in the United States.

In the summer of 2012, CHAGOURY agreed to use $100,000 of his money to contribute through other individuals to a fundraising committee of a then-Presidential candidate (the "Candidate A Fund").  CHAGOURY discussed and agreed with Individual H that Individual H would arrange to have a total of

1

$100,000 contributed to the Campaign A Fund and that CHAGOURY would reimburse the $100,000 contributed to the Campaign A Fund. Individual H made a $45,000 contribution to the Campaign A Fund on September 4, 2012, and a $5,000 contribution to the Campaign A Fund on September 6, 2012. CHAGOURY reimbursed Individual H $50,000 in October 2012. Individual H also recruited Individual I to make a contribution to the Campaign A Fund. Individual I arranged for a $50,000 contribution to be made to the Campaign A Fund on September 4, 2012, and CHAGOURY reimbursed Individual I in or around September 2012.

In August 2014, CHAGOURY met with Individual H and CHAGOURY expressed to Individual H his interest in contributing to U.S. politicians who share a common cause with CHAGOURY. Individual H suggested that CHAGOURY contribute to U.S. politicians from less-populous states because the contribution would be more noticeable to the politician and thereby would promote increased donor access to the politician. CHAGOURY then directed Individual H to contribute $20,000 to such a politician and agreed to reimburse the $20,000 in political contributions. Individual H arranged for multiple individuals to contribute to the re-election campaign of a then-U.S. Representative ("Candidate B") in and around August 2014. On or around September 25, 2014, CHAGOURY, with the assistance of Arsan, directed that a wire transfer in the amount of $20,000 be made

2

to Individual H and falsely indicated on the wire information form that the funds were for an "engagement gift," when CHAGOURY knew that the funds were sent to reimburse Individual H for Individual H and others making political contributions to Candidate B.

In September 2014, CHAGOURY agreed with Individual H to have Individual H contribute $30,000 to the fundraising committee for a then-U.S. Representative (the "Candidate C Fund") and CHAGOURY agreed to reimburse Individual H the $30,000 in political contributions to the Candidate C Fund. CHAGOURY met with Individual H at a conference in Washington, D.C. in September 2014, and suggested to Individual H that Individual H (i) host a political fundraiser for Candidate C; and (ii) to contribute $30,000 to the Candidate C Fund, which CHAGOURY stated he would reimburse to Individual H. On September 28, 2014, Individual H contributed $30,000 to the Candidate C Fund. On October 21, 2014, CHAGOURY, with the assistance with Arsan, wired $30,000 to Individual H and falsely indicated on the wire information form that the funds were for a "wedding gift," when CHAGOURY knew that the funds were sent to reimburse Individual H for making a political contribution to the Candidate C Fund.

In January 2016, CHAGOURY agreed with Individual H to have Individual H arrange for $30,000 of CHAGOURY's money contributed through other individuals to the re-election campaign of a U.S.

3

Representative ("Candidate D"). CHAGOURY arranged for $30,000 to be delivered to Baaklini, which Baaklini understood would be used to fund conduit campaign donations. Baaklini then provided the $30,000 in cash to Individual H in order to contribute the money to Candidate D's campaign. Baaklini provided the $30,000 in cash from CHAGOURY to Individual H at a restaurant in Los Angeles, California in January 2016. After receiving the money from CHAGOURY, Individual H, as well as other individuals Individual H recruited, made campaign contributions to Candidate D's campaign fund in February 2016 exceeding $30,000.

During the course of events described above, CHAGOURY knew that it was illegal both for him to contribute to candidates for elective office in the U.S. and to make contributions in the name of other individuals.