# **Exhibit B**

TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption and Civil Rights Section
ARON KETCHEL (Cal. Bar No. 250345)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/1019
     Facsimile: (213) 894-7631
     E-mail: mack.jenkins@usdoj.gov
             aron.ketchel@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
3/31/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: JB  DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-cr-00160 -DMG |
|---|---|
| Plaintiff, | |
| v. | DEFERRED PROSECUTION AGREEMENT |
| TOUFIC JOSEPH BAAKLINI, | |
| Defendant. | |

## I. INTRODUCTION

1. This Deferred Prosecution Agreement (the "DPA") is entered into between the United States Attorney's Office for the Central District of California ("USAO") and defendant Toufic Joseph Baaklini ("defendant Baaklini"). This DPA is entered into only on behalf of the USAO and cannot bind any other federal, state, local or foreign prosecuting, enforcement, administrative, or regulatory authorities.

Statement of Facts

Between in or around January 2016 and February 2016, TOUFIC BAAKLINI ("BAAKLINI") conspired with Gilbert Chagoury ("Chagoury"), a second individual ("Individual G"), a third individual ("Individual H"), and others to violate United States laws by (i) making federal election campaign contributions exceeding $25,000 in a single year as a foreign national, in violation of 52 U.S.C. §§ 30109(d)(1)(A), 30121(a)(1)(A); and (ii) making federal election campaign contributions in the name of another (conduit contributions), in violation of 52 U.S.C. §§ 30109(d)(1)(A), 30122.

At all times relevant to this factual statement, BAAKLINI knew that Chagoury, a Nigerian-born, billionaire businessperson of Lebanese descent, was a "foreign national" within the meaning of 52 U.S.C. § 30121(b) and was therefore prohibited from making donations and contributions directly or indirectly in support of any candidate for elective office in the United States.

In January 2016, Chagoury arranged for $30,000 of his money to be contributed through other individuals to the re-election campaign of a U.S. Representative ("Federal Candidate D"). Chagoury arranged for Individual G to provide $50,000 in cash to BAAKLINI, which BAAKLINI understood a portion of which would be used to fund conduit campaign donations to U.S. candidates for elective office. BAAKLINI then provided $30,000 in cash to Individual H in order to contribute the money to Federal

1

Statement of Facts

Candidate D's campaign. BAAKLINI provided the $30,000 in cash from CHAGOURY to Individual H at a restaurant in Los Angeles, California in January 2016 and expected Individual H to identify multiple individuals who could contribute the funds to the campaign of Federal Candidate D. After receiving the cash from BAAKLINI, Individual H hosted a fundraiser for Federal Candidate D. During the fundraiser, Individual H, as well as other individuals Individual H recruited and reimbursed using Chagoury's cash, made campaign contributions to Federal Candidate D's campaign fund in February 2016 totaling $30,200.

During the course of events described above, BAAKLINI knew that it was illegal both for Chagoury to contribute to candidates for elective office in the U.S. and to make contributions in the name of other individuals.

In approximately late February 2016, BAAKLINI saw Federal Candidate D in Washington, D.C. Federal Candidate D approached BAAKLINI and asked BAAKLINI something to the effect of, "Do you think anything was wrong with the [Individual H-hosted] fundraiser?" BAAKLINI replied by falsely stating "no" and then asked "why?". Federal Candidate D further explained the source of his concern was, something to the effect of, "because it all came from the same family."

Following this exchange in late February 2016, BAAKLINI has not communicated in any form with Federal Candidate D or anyone

2

acting on Federal Candidate D's behalf regarding any aspect of the February 2016 Individual H-hosted fundraiser for Federal Candidate D.