TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
J. JAMARI BUXTON (Cal. Bar No. pending)
SUSAN S. HAR (Cal. Bar No. 301924)
Assistant United States Attorney
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2091/3289
    Facsimile:  (213) 894-0141
    E-mail:  mack.jenkins@usdoj.gov
          jamari.buxton@usdoj.gov
          susan.har@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY FORTENBERRY,<br><br>    Defendant. | Case No. 2:21-cr-00491-SB<br><br>STIPULATION REGARDING BRIEFING AND EXPERT DISCLOSURE SCHEDULES<br><br>Indictment: 10/19/2021<br>Pretrial Conference: 2/8/2022 at 8:00 a.m.<br>Trial: 2/15/2022 at 8:00 a.m.<br>Last Day: 3/2/2022 |

      Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Susan S. Har, and Jamari Buxton, and defendant JEFFREY FORTENBERRY ("defendant"), by and through his counsel of record, John Littrell and Ryan Fraser, hereby stipulate as follows:

      1.    The trial for this matter is currently set for February 15, 2022, and the final pretrial conference is set for February 8, 2022. (Dkt. No. 23.)

2.  Pursuant to the Court's Criminal Standing Order (Dkt. No. 8), joint motions in limine are to be heard at the pretrial conference, with the moving party's portion of the motion due 15 days before the pretrial conference. Based on the February 8, 2022 pretrial conference date, the deadline for a moving party to provide its motion is January 19, 2022.

3.  On November 29, 2021, the defense filed a motion to compel discovery, which is currently noticed for a hearing on December 21, 2021. (Dkt. No. 30.) The defense further anticipates filing a motion to suppress on November 30, 2021. To afford adequate time to brief the opposition and reply briefs for these two motions, the parties stipulate to and request the following briefing and hearing schedule:

    a.  Oppositions to be filed by December 14, 2021;

    b.  Replies to be filed by December 21, 2021;

    c.  Hearing on the motions to be held on January 11, 2022 at 8:00 a.m.

4.  Furthermore, to ensure that there is sufficient time to prepare for trial and comply with the Court's briefing schedule for motions in limine, the parties stipulate to and request the following expert disclosure schedule:

    a.  By December 14, 2021, each party will provide notice of any anticipated expert witnesses pursuant to Federal Rule of Criminal Procedure 16; and

///

   b. By December 28, 2021, each party will provide notice of any anticipated rebuttal expert witnesses.

  IT IS SO STIPULATED.

DATED: November 30, 2021

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


    */s/ Susan Har*_____
SUSAN S. HAR
MACK E. JENKINS
J. JAMARI BUXTON
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: November 29, 2021

 */s/ per email authorization*___
JOHN LITTRELL
RYAN FRASER
Attorneys for Defendant
JEFRREY FORTENBERRY