UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY FORTENBERRY,<br><br>　　　　Defendant. | Case No. 2:21-cr-00491-SB<br><br>[PROPOSED] ORDER REGARDING BRIEFING AND EXPERT DISCLOSURE SCHEDULES<br><br>Indictment: 10/19/2021<br>Pretrial Conference: 2/8/2022 at 8 a.m.<br>Trial: 2/15/2022 at 8:30 a.m.<br>Last Day: 3/2/2022 |

　　The Court has read and considered the Stipulation Regarding Briefing and Expert Disclosure Schedules filed by the parties on November 30, 2021.

　　FOR GOOD CAUSE SHOWN:

　　1.　The briefing schedule for defendant's motion to compel discovery (Dkt. No. 30) and motion to suppress, which defendant intends to file on November 30, 2021, is as follows:

　　　　a.　The last day to file oppositions is December 14, 2021;

　　　　b.　The last day to file replies is December 21, 2021;

　　　　c.　The hearing on these two motions will be held on January 11, 2022, at 8:00 a.m.

　　2.　By December 14, 2021, each party will provide notice of any anticipated expert witnesses per Federal Rule of Criminal Procedure 16; and

　　3.　By December 28, 2021, each party will provide notice of any anticipated rebuttal expert witnesses.

　　IT IS SO ORDERED.

_____　　　　　　_____
DATE　　　　　　　　　　　　　　　　HON. STANLEY BLUMENFELD, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE