# EXHIBIT B

*(Placeholder for Exhibit Filed Under Seal)*

# EXHIBIT C

*(Placeholder for Exhibit Filed Under Seal)*