John L. Littrell, State Bar No. 221601
Ryan V. Fraser, State Bar No. 272196
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF(S) v. JEFFREY FORTENBERRY, DEFENDANT(S). | CASE NUMBER: 2:21-cr-491-SB <br><br> **NOTICE OF MANUAL FILING OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

1. Defendant's Ex Parte Application to File Unredacted Motion to Suppress Statements Under Seal
   a. Unredacted Motion to Suppress; Exhibits B and C (cumulatively attached as Exhibit 1)

2. [Proposed] Order on Ex Parte Application to File Motion to Suppress Statements Under Seal

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

November 30, 2021
Date

John L. Littrell
Attorney Name

Hon. Jeffrey Lane Fortenberry
Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                NOTICE OF MANUAL FILING OR LODGING