Case 2:21-cr-00491-SB   Document 38   Filed 12/03/21   Page 1 of 9

FILED
CLERK, U.S. DISTRICT COURT
December 3, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY FORTENBERRY,<br><br>Defendant. | Case No. 2:21-cr-00491-SB<br><br>ORDER REGARDING BRIEFING AND EXPERT DISCLOSURE SCHEDULES<br><br>Indictment: 10/19/2021<br>Pretrial Conference: 2/8/2022 at 8 a.m.<br>Trial: 2/15/2022 at 8:30 a.m.<br>Last Day: 3/2/2022 |

The Court has read and considered the Stipulation Regarding Briefing and Expert Disclosure Schedules filed by the parties on November 30, 2021.

FOR GOOD CAUSE SHOWN:

1. The briefing schedule for defendant's motion to compel discovery (Dkt. No. 30) and motion to suppress (Dkt. No. 35), is as follows:

    a. The last day to file oppositions is December 14, 2021;

    b. The last day to file replies is December 21, 2021;

    c. The hearing on these two motions will be held on January 11, 2022, at 8:00 a.m.

2. By December 14, 2021, each party will provide notice of any anticipated expert witnesses per Federal Rule of Criminal Procedure 16; and

3. By December 28, 2021, each party will provide notice of any anticipated rebuttal expert witnesses.

IT IS SO ORDERED.

Dated:  December 3, 2021



Stanley Blumenfeld, Jr.
United States District Judge