John L. Littrell, State Bar No. 221601
jlitrell@bklwlaw.com
Ryan V. Fraser, State Bar No. 272196
rfraser@bklwlaw.com
Bienert Katzman Littrell Williams LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

*Attorneys for Defendant
Hon. Jeffrey Lane Fortenberry*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY FORTENBERRY,<br><br>    Defendant. | Case No. 2:21-cr-00491-SB<br>Hon. Stanley Blumenfeld, Jr.<br><br>**HON. JEFFREY LANE FORTENBERRY'S UNOPPOSED *EX PARTE* APPLICATION TO WAIVE PRESENCE AT MOTIONS HEARING**<br><br>*[Filed Concurrently with the Declaration of John L. Littrell in Support Thereof]*<br><br>Hearing Date: Dec. 14, 2021<br>Hearing Time: 8:30 a.m.<br><br>Indictment: Oct. 19, 2021<br>Pretrial Conference: Feb. 8, 2022<br>Trial: Feb. 15, 2022<br>Last Day: March 2, 2022 |

**TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

Pursuant to Fed. R. Crim. P 43(b), the Hon. Jeffrey Lane Fortenberry applies *ex parte* for an order waiving his appearance at the hearing on his Motion to Dismiss the Indictment for Lack of Venue (Dkt. 14); Motion to Dismiss Case for Failure to Allege Materiality (Dkt. 17); Motion to Dismiss Count One as Multiplicitous (Dkt. 19); Motion to Dismiss Count One for Failure to State an Offense (Dkt. 20); and Motion to Disqualify Counsel as to AUSA Mack Jenkins (Dkt. 21) currently scheduled for December 14, 2021 at 8:30 a.m.

Congressman Fortenberry represents Nebraska's First District in the House of Representatives. Although the House of Representatives is scheduled to be in recess starting December 10, 2021, due to ongoing negotiations about House Resolution 5376 and other matters, it is possible that members of Congress will be called back to Washington D.C. to vote during the week of December 13 through 17. At this point, the official congressional calendar shows no votes scheduled for December 2021; however, the calendar is subject to change on short notice given the highly fluid end of the year legislative agenda.

Given these considerations, Congressman Fortenberry respectfully requests the Court permit him to waive his presence at the motions hearing. The Congressman agrees that his interests will be deemed represented at all times by the presence of his attorneys, the same as if he himself was personally present in court. Attached to this application as Exhibit 1 is a signed waiver of presence pursuant to Fed. R. Crim. P. 43.

Alternatively, should the Court require Congressman Fortenberry's presence at the hearing, the Congressman hereby respectfully requests the Court allow him to appear remotely via videoconference or teleconference.

This application is supported by the attached Declaration of John L. Littrell. The government does not oppose this request.

| | | |
|---|---|---|
| 1 | Dated:  December 7, 2021 | Bienert Katzman Littrell Williams LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | John L. Littrell |
| 5 | | Attorneys for Defendant<br>Hon. Jeffrey Lane Fortenberry |