FILED
CLERK, U.S. DISTRICT COURT

December 10, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>JEFFREY FORTENBERRY,<br><br>*Defendant.* | Case No. 2:21-cr-00491-SB<br>Hon. Stanley Blumenfeld, Jr.<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO WAIVE PRESENCE AT MOTIONS HEARING**<br><br>Hearing Date: Dec. 13, 2021<br>Hearing Time: 11:00 a.m.<br><br>Indictment: Oct. 19, 2021<br>Pretrial Conference: Feb. 8, 2022<br>Trial: Feb. 15, 2022<br>Last Day: March 2, 2022 |

The Court has reviewed and considered the *Unopposed Ex Parte Application to Waive Presence at Motions Hearing* (the "Application") filed by Defendant Hon. Jeffrey Lane Fortenberry on December 7, 2021.  For good cause having been shown,

**IT IS ORDERED THAT:**

1. The Application is **GRANTED** per Fed. R. Crim. P. 43(b)(3).
2. The Court accepts Defendant's Waiver of Presence at the motions hearing currently scheduled for December 13, 2021.
3. Defense Counsel are ordered to appear on Defendant's behalf.

Defendant may, in the alternative, appear at the motions hearing remotely.  If he chooses to do so, defense counsel should contact the courtroom deputy for instructions.

**IT IS SO ORDERED.**

Dated:  December 10, 2021



Stanley Blumenfeld, Jr.
United States District Judge