DECLARATION OF TODD M. CARTER

I, TODD M. CARTER, declare as follows:

1.      I am a Special Agent for the Federal Bureau of Investigation ("FBI").  I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2.      I have been a Special Agent for FBI since April 2004.  From 2014 to 2020, I was assigned to Los Angeles Field Office, Long Beach Resident Agency, Squad II in the Public Corruption and Civil Rights Section, where I investigated public corruption, election fraud, government fraud matters, and violations of civil rights.  In early 2020, I served for three months in FBI's Legal Attaché Program as a liaison for the Internal Corruption Unit with the U.S. Embassy in South Africa.  Following that assignment, I began my current position in May 2020 as a Supervisory Special Agent assigned to the FBI's Internal Affairs Section, Internal Investigations Unit at FBI Headquarters in Washington, D.C, where I investigate allegations of agent misconduct.

3.      From 2002 to 2008, I was an Intelligence Officer with the U.S. Military. From 1998 to 2002, I was an employee with the Central Intelligence Agency.

4.      In October 2014, in my personal capacity, I published a historical fiction novel titled "The Lion of the Cross: Tales of a Templar Knight."  I obtained all necessary approvals from the FBI to publish this book.

5.      In September 2014, one month before publication, I created a Facebook profile to help publicize the book.  This is the first and only time I made a Facebook account.

6.      I have reviewed the two images on page 17 of defendant's Motion to Compel Discovery (Dkt. No. 30) in the case United States v. Fortenberry, 2:21-CR-00491-SB.  I have never seen these two images, or any similar images with similar messaging, on Facebook or any other social media platform.

7.      The first time I saw images of this nature was when the U.S. Attorney's Office showed them to me in approximately November 2018.  At that time, I was

1   informed that another defense team had alleged that I had liked or approved images of

2   this type and the messaging contained therein.  The second time I saw images of this

3   nature was in defendant's Motion to Compel Discovery, which I reviewed in December

4   2021.

5        8.     I have reviewed the government's Exhibit 8, filed in support of the

6   Opposition to the Motion to Compel Discovery.  Based on my review, Exhibit 8 shows

7   the same two images depicted in defendant's Motion to Compel Discovery, but further

8   shows that the images were posted on Facebook—one by a group or page named

9   "Knights Templar" on October 11, 2015 and the other by "Cavalieri Templari e

10  Templarismo" on September 12, 2016.  I recently reviewed my activity on Facebook

11  going back to when I created my account in September 2014 to the present.  The

12  Facebook "Activity Log" showed that I never "liked" either "Knights Templar" or

13  "Cavalieri Templari e Templarismo."

14       9.     I have never used any social media platform, including Facebook, to

15  intentionally post, like, share, comment on, or approve either the two images depicted in

16  the Motion to Compel Discovery, or any other post, photograph, image, or meme that

17  expresses violence or hatred towards Muslims or people of Middle Eastern descent.  In

18  conducting the federal investigation into defendant, I followed the facts and the

19  evidence.

20       I declare under penalty of perjury under the laws of the United States of America

21  that the foregoing is true and correct and that this declaration is executed at Washington

22  D.C. on December 14, 2021.

23

24                                          TODD M. CARTER

25

26

27

28

2