| | |
|---|---|
| **From:** | Trey Gowdy |
| **To:** | Jenkins, Mack (USACAC) |
| **Subject:** | Re: RE: RE: |
| **Date:** | Wednesday, July 17, 2019 7:17:41 AM |

Thank you.

Sent from my iPhone

> On Jul 17, 2019, at 10:00 AM, Jenkins, Mack (USACAC) <███████████> wrote:
>
> No prob.  See you at 10 on the 9th floor.
>
> -----Original Message-----
> From: Trey Gowdy <███████████>
> Sent: Wednesday, Jul
> To: Jenkins, Mack (USACAC) <███████████>
> Subject: Re: RE:
>
> Actually is it ok if we make it 10 am rather than 9:30?  I don't want anyone waiting on Jeff or me and 9:30 might be too close for comfort.
>
> Sent from my iPhone
>
>> On Jul 17, 2019, at 9:39 AM, Jenkins, Mack (USACAC) <███████████> wrote:
>>
>> Mr. Trey Gowdy:  Apologies, I was working on confirming the attendees on my side and failed to get back to you.  Attendees for the government:
>> FBI SA Todd Carter
>> FBI SA Edward Choe
>> AUSA Aron Ketchel
>> AUSA Mack Jenkins
>>
>> Thank you for the offer but we do not have anything we intend to have him review in advance.  But the topics of the interview will be consistent with what you and I have discussed and will include his prior interview with the FBI at his home and any conversations he has had regarding donations to his campaign with or regarding ███████ Baaklini, and Chagoury.
>>
>> Look forward to meeting with you in person tomorrow morning.
>>
>> -Mack
>> -----Original Message-----
>> From: Trey Gowdy <███████████>
>> Sent: Wednesday, July 10, 2019 12:16 PM
>> To: Jenkins, Mack (USACAC) <███████████>
>> Subject:
>>
>> Mr. US Attorney,
>>
>> Enjoyed talking with you today.
>>
>> If you can give me the names of the attendees on your side I will clear that with security ahead of time.  Room is reserved.
>>
>> And if there is anything for Jeff to review ahead of time, happy to have him do that as well.

>>
>> Trey
>>
>> Sent from my iPhone
>>
>> Confidentiality Notice
>>
>> This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone ▮▮▮▮▮▮▮▮▮ or reply to this e-mail and delete all copies of this message.