FILED
CLERK, U.S. DISTRICT COURT
December 17, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00491-SB |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT'S *EX PARTE* APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBIT 1 IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DISCOVERY |
| v. | |
| JEFFREY FORTENBERRY, | |
| Defendant. | |
| | Indictment: 10/19/2021<br>Pretrial Conference: 2/8/2022 at 8:00 a.m.<br>Trial: 2/15/2022 at 8:00 a.m.<br>Last Day: 3/2/2022 |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for leave to file Exhibit 1 under seal is GRANTED. The government may produce the underlying documents as permitted or required by applicable law.

Dated: December 17, 2021

Stanley Blumenfeld, Jr.
United States District Judge