TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
J. JAMARI BUXTON (Cal. Bar No. pending)
SUSAN S. HAR (Cal. Bar No. 301924)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
   1500 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-3289
   Facsimile:  (213) 894-0141
   E-mail:  mack.jenkins@usdoj.gov
              jamari.buxton@usdoj.gov
              susan.har@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY FORTENBERRY,<br><br>Defendant. | Case No. 2:21-cr-00491-SB<br><br>GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING BRIEFS AND EXHIBITS RELATING TO DEFENDANT'S MOTION TO COMPEL DISCOVERY; DECLARATION OF SUSAN S. HAR<br><br>Indictment: 10/19/2021<br>Pretrial Conference: 2/8/2022 at 8:00 a.m.<br>Trial: 2/15/2022 at 8:00 a.m.<br>Last Day: 3/2/2022 |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Mack E. Jenkins, Susan S. Har, and J. Jamari Buxton, hereby applies ex parte for an order to seal defendant Jeffrey Fortenberry's ("defendant") motion to compel discovery and related exhibits (Dkt. Nos. 30, 31); the government's opposition to the

motion and related exhibits and declaration (Dkt. No. 46); and all forthcoming briefing and supporting evidence relating to defendant's motion.  Defendant does not object to this application.

This ex parte application is based upon the accompanying declaration and the files and records sought to be sealed.

Dated: December 20, 2021

Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

  /s/
SUSAN S. HAR
MACK E. JENKINS
J. JAMARI BUXTON
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF SUSAN S. HAR**

I, Susan S. Har, declare as follows:

1.      I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am assigned to the case of <u>United States v. Jeffrey Fortenberry</u>, 21-CR-491-SB.

2.      On November 29, 2021, defendant filed a motion to compel discovery with supporting exhibits. (Dkt. No. 30.) That same day, defendant filed a notice of errata that attached corrected exhibits in support of his motion. (Dkt. No. 31.) On December 14, 2021, the government filed its opposition to defendant's motion, along with a supporting declaration and exhibits. (Dkt. No. 46.) One of the government's exhibits, Exhibit 1, was filed under seal pursuant to the Court's Order on December 17, 2021. Other than government's Exhibit 1, all briefing and supporting evidence relating to defendant's motion have thus far been filed on the public docket.

3.      Under the current briefing schedule, the last day for defendant to file a reply is December 21, 2021. (Dkt. No. 38.) The government anticipates that it will seek leave to file a sur-reply. The hearing on defendant's motion is currently scheduled for January 11, 2022 at 8:00 a.m.

4.      The government now seeks an order sealing the briefing and supporting exhibits pertaining to defendant's motion to compel discovery (Dkt. Nos. 30, 31, 46) and ordering the parties to re-file redacted versions of those documents that omit certain sensitive information. Specifically, one aspect of defendant's motion to compel is a discovery request for purported <u>Giglio</u>/<u>Henthorn</u> pertaining to FBI Special Agent Todd Carter and whether the agent's social media activity indicates racial and/or religious bias (the "Sensitive Information"). The government maintains that the allegation of bias against the agent is false. Defense counsel has advised me that it maintains the allegation of potential bias is supported by evidence and that the defense intends to file with its Reply brief supporting exhibits, which have been provided to the government. Given the sensitive nature of this issue, and the potential for personal and professional

harm to the agent based on the accusation alone, the government respectfully requests that the briefing and exhibits currently on the public docket, which discuss the Sensitive Information, and as set forth in the proposed order, be placed under seal. Moreover, to protect the public's accessibility to court documents, the government further requests that the Court order the parties to file public versions of Dkt. Nos. 30, 31, and 46 with redactions of the Sensitive Information.

5. Additionally, the government requests that the Court order the parties to similarly file sealed and redacted public versions of any future filings responsive to the motion to compel discovery that pertain to the Sensitive Information. Should a future filing pertain exclusively to the Sensitive Information, the government asks that the Court permit the entire filing to be made under seal without filing a corresponding public version.

6. The parties agree to meet and confer regarding the filing of any future briefs that include reference to the Sensitive Information at least 48 hours before the filing.

7. On December 20, 2021, government counsel discussed this sealing application with defense counsel, John Littrell and Ryan Fraser, via telephone and email. That same day, Mr. Littrell responded that he had no objection to the government's application to seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles County, California, on December 20, 2021.

SUSAN S. HAR
Assistant United States Attorney