SUSAN S. HAR (Cal. Bar No. 301924)
Assistant United States Attorney
1500 United States Courthouse
312 N. Spring St., Los Angeles, CA 90012
Telephone: (213) 894-3289

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 21-CR-491-SB |
| v. | |
| JEFFREY FORTENBERRY | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Government's Sur-Reply to Defendant's Motion to Compel Discovery

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

December 30, 2021
Date

Susan S. Har
Attorney Name

USA
Party Represented

Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)      NOTICE OF MANUAL FILING OR LODGING