TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
J. JAMARI BUXTON (Cal. Bar No. pending)
SUSAN S. HAR (Cal. Bar No. 301924)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-3289
    Facsimile:  (213) 894-0141
    E-mail:  mack.jenkins@usdoj.gov
                jamari.buxton@usdoj.gov
                susan.har@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00491-SB |
|---|---|
| Plaintiff, | GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE UNDER SEAL SUR-REPLY TO DEFENDANT'S MOTION TO COMPEL DISCOVERY; DECLARATION OF SUSAN S. HAR |
| v. | |
| JEFFREY FORTENBERRY, | |
| Defendant. | Indictment: 10/19/2021<br>Pretrial Conference: 2/8/2022 at 8:00 a.m.<br>Trial: 2/15/2022 at 8:00 a.m.<br>Last Day: 3/2/2022 |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Mack E. Jenkins, Susan S. Har, and J. Jamari Buxton, hereby applies ex parte for leave to file under seal a sur-reply to defendant Jeffrey Fortenberry's ("defendant") motion to compel discovery (Dkt. No. 30).

Sealing court records may be justified "when such court files might have become a vehicle for improper purposes, such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." Kamakana v. City & Cty. of Honolulu, 447 F.3d 1172, 1179 (9th Cir. 2006).  The court has discretion to allow the filing of a surreply, including, for instance, "where a valid reason for such additional briefing exists, such as where the movant raises new arguments in its reply brief."  Hill v. England, No. CVF05869RECTAG, 2005 WL 3031136, at *1 (E.D. Cal. Nov. 8, 2005) (citation omitted).

This ex parte application is based upon the government's pending unopposed ex parte application to submit briefs of this nature under seal (Dkt. No. 50); the government's pending unopposed ex parte application for leave to file a sur-reply by December 30, 2021 (Dkt. No. 55); the accompanying declaration, the files and records in this case, and any further argument that the Court might permit.

Dated: December 30, 2021

Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

　/s/
SUSAN S. HAR
MACK E. JENKINS
J. JAMARI BUXTON
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF SUSAN S. HAR**

I, Susan S. Har, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am assigned to the case of United States v. Jeffrey Fortenberry, 21-CR-491-SB.

2. On December 20, 2021, due to the government's belief that the public docket contained information that could cause unnecessary and unfair harm to a federal agent, the government filed an unopposed ex parte application for an order sealing briefs and exhibits relating to defendant's motion to compel discovery. (Dkt. No. 50.) Among other things, that application requests the Court to order future filings pertaining exclusively to Sensitive Information to be made under seal. (Id.) As of the date and time of this declaration, that application is still pending before the Court.

3. On December 23, 2021, the government filed an unopposed ex parte application for an order granting the government leave to file a sur-reply to defendant's motion to compel discovery. (Dkt. No. 55.) As noted in that application, defendant's reply newly attached two declarations and four exhibits. (Id.) Accordingly, the government requested leave to file a sur-reply by no later than December 30, 2021. (Id.) As of the date and time of this declaration, that application is still pending before the Court.

//
//
//
//
//
//
//
//
//

4. Because, as drafted, the proposed order granting the government leave to file a sur-reply would require the government to submit its filing by today, December 30, 2021, the government now submits this supplemental application requesting the Court grant it leave to submit a sur-reply (consistent with the pending unopposed application at Dkt. No. 55) and to submit such filing under seal (consistent with the unopposed application at Dkt. No. 50).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on December 30, 2021.

*/s/ Susan Har*

SUSAN S. HAR
Assistant United States Attorney