John L. Littrell, State Bar No. 221601
jlittrell@bklwlaw.com
Ryan V. Fraser, State Bar No. 272196
rfraser@bklwlaw.com
BIENERT KATZMAN
LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile:  (949) 369-3701

*Attorneys for Defendant*
*Hon. Jeffrey Lane Fortenberry*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>JEFFREY FORTENBERRY,<br><br>    *Defendant.* | Case No. 2:21-cr-491-SB<br>Hon. Stanley Blumenfeld, Jr.<br><br>**HON. JEFFREY LANE FORTENBERRY'S NOTICE OF PARTIAL WITHDRAWAL OF MOTION TO COMPEL DISCOVERY [DKT. No. 30]**<br><br>Indictment: Oct. 19, 2021<br>Pretrial Conference: Feb. 8, 2022<br>Trial: Feb. 15, 2022<br>Last Day: Mar. 2, 2022 |

NOTICE OF PARTIAL WITHDRAWAL OF MOTION TO COMPEL DISCOVERY

**TO THE HONORABLE COURT AND COUNSEL FOR THE UNITED STATES:**

**PLEASE TAKE NOTICE** that Congressman Jeffrey Lane Fortenberry, through his counsel, John Littrell, hereby withdrawals portions of his *Motion to Compel Discovery,* Dkt. No. 30 (the "Motion"). Specifically, defense counsel withdraws the Motion with respect to the following issues:

1. Argument, Section III.B (pages 11-12) (requesting "all communications relating to any promises made to Informant H in exchange for his cooperation.").

2. Argument, Section III.C (pages 12-14) (requesting "all information in [the government's] possession related to anti-Muslim or anti-Arab bias of FBI Special Agent Todd Carter.").

These disputes have been resolved.

Respectfully Submitted,

Date: January 4, 2022

BIENERT KATZMAN
LITTRELL WILLIAMS LLP

By: _____
John L. Littrell
Ryan V. Fraser
*Attorneys for Hon. Jeffrey Lane Fortenberry*