UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No.: 2:21-cr-00491-SB-1 | Date: 1/5/2022 |

Title: *United States v. Jeffrey Fortenberry*

Present: The Honorable **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Appearing   None Appearing

**Proceedings:** [In Chambers] ORDER RE: EX PARTE APPLICATIONS

The parties have filed unopposed ex parte applications to seal briefs and supporting exhibits for Defendant's motions to suppress and compel discovery. Dkt. Nos. 50, 58, 62, 64. The Government and Defendant have also filed unopposed ex parte applications for leave to file surreplies to Defendant's motion to compel discovery. Dkt. Nos. 55, 63. **IT IS HEREBY ORDERED THAT**:

1. The Government's ex parte application for leave to file a surreply to Defendant's motion to compel discovery is **GRANTED**. The Government shall file its surreply as soon as possible and **by no later than 9:00 a.m. on January 7, 2022**. The surreply brief shall not exceed 10 pages.

2. The Government's ex parte application for an order sealing briefs and supporting evidence relating to defendant's motion to compel discovery is **GRANTED**. The Court will remove from the public docket and place under seal the following: (1) Motion to Compel Discovery and Exhibits, Dkt. No. 30; (2) Notice of Errata and Exhibits, Dkt. No. 31; and

(3) Opposition to Motion to Compel Discovery, Exhibits, and Declaration, Dkt. No. 46. Within one week of the issuance of this Order, the parties are further **ORDERED** to file public versions of Dkt. Nos. 30, 31, and 46 with redactions of the sensitive information, as defined in the Government's ex parte application, Dkt. No. 50. The parties shall similarly file sealed and redacted public versions of any future filings responsive to the motion to compel discovery that pertain to the sensitive information, including the surreplies. The parties shall meet and confer regarding proposed redactions and/or sealing at least 48 hours before filing any brief referencing the sensitive information. The parties may produce the underlying documents as permitted or required by applicable law.

3. The Government's ex parte application to file the surreply under seal is **GRANTED**.

4. Defendant's ex parte application to file under seal his unredacted reply brief in support of the motion to compel discovery is **GRANTED**. The Court accepts for sealed filing Defendant's reply brief and supporting exhibits.

5. Defendant's ex parte application to file under seal his unredacted reply brief in support of the motion to suppress statements is **GRANTED**. The Court accepts for sealed filing Defendant's reply brief.

6. Defendant's ex parte application for leave to file a surreply to his motion to compel discovery is **GRANTED**. Defendant shall file his surreply as soon as possible and **by no later than 9:00 a.m. on January 7, 2022**.

The in-person hearing on Defendant's motions remains set for January 11, 2022 at 8:00 a.m.

**IT IS SO ORDERED**.