John L. Littrell, State Bar No. 221601
jlitrell@bklwlaw.com
Ryan V. Fraser, State Bar No. 272196
rfraser@bklwlaw.com
Bienert Katzman Littrell Williams LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

*Attorneys for Defendant*
*Hon. Jeffrey Lane Fortenberry*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00941-SB |
|---|---|
| Plaintiff, | Hon. Stanley Blumenfeld, Jr. |
| v. | **HON. JEFFREY LANE FORTENBERRY'S UNOPPOSED *EX PARTE* APPLICATION TO WAIVE PRESENCE AT MOTIONS HEARING** |
| JEFFREY FORTENBERRY, | |
| Defendant. | *[Filed Concurrently with the Declaration of John L. Littrell in Support Thereof]* |
| | Hearing Date: January 11, 2022 |
| | Hearing Time: 8:30 a.m. |
| | Indictment: Oct. 19, 2021 |
| | Pretrial Conference: Feb. 8, 2022 |
| | Trial: Feb. 15, 2022 |
| | Last Day: March 2, 2022 |

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

Pursuant to Federal Rule of Criminal Procedure 43 ("Rule 43"), subparagraph (b)(3), the Hon. Jeffrey Lane Fortenberry applies *ex parte* for an order waiving his appearance at the hearing on his Motion to Compel Discovery (Dkt. 30) and Motion to Suppress Statements (Dkt. 35) currently scheduled for January 11, 2022, at 8:30 a.m. (the "Hearing").

Congressman Fortenberry represents Nebraska's First District in the House of Representatives. The 2nd Session of the 117th Congress will convene on January 10, 2022, and Congressman Fortenberry anticipates voting in the House of Representatives on January 11, 2022, at the same time the Hearing is scheduled to occur.

Congressman Fortenberry respectfully requests the Court permit him to waive his presence at the Hearing, which involves only a question of law. *See* Fed. R. Crim. P. 43(b)(3). The Congressman agrees that his interests will be deemed represented at all times by the presence of his attorneys, as if he himself were personally present in court. Attached to this application as Exhibit 1 is a signed waiver of presence pursuant to Rule 43(b).

This application is supported by the attached Declaration of John L. Littrell. The government does not oppose this request.

Dated: January 5, 2022

Bienert Katzman Littrell Williams LLP

By: _____
John L. Littrell
Attorneys for Defendant
Hon. Jeffrey Lane Fortenberry