1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>JEFFREY FORTENBERRY,<br><br>*Defendant.* | Case No. 2:21-cr-00941-SB<br>Hon. Stanley Blumenfeld, Jr.<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO WAIVE PRESENCE AT MOTIONS HEARING**<br><br>Hearing Date: January 11, 2022<br>Hearing Time: 8:30 a.m.<br><br>Indictment: Oct. 19, 2021<br>Pretrial Conference: Feb. 8, 2022<br>Trial: Feb. 15, 2022<br>Last Day: March 2, 2022 |

The Court has reviewed and considered the *Unopposed Ex Parte Application to Waive Presence at Motions Hearing* (the "Application") filed by Defendant Hon. Jeffrey Lane Fortenberry on January 11, 2022.  For good cause having been shown,

**IT IS ORDERED THAT:**

1. The Application is **GRANTED**.
2. The Court accepts Congressman Fortenberry's Waiver of Presence at the motions hearing currently scheduled for January 11, 2022.
3. Defense Counsel are ordered to appear on Congressman Fortenberry's behalf.

**IT IS SO ORDERED.**

Dated: _____

HON. STANELY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

1