FILED
CLERK, U.S. DISTRICT COURT

January 6, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>JEFFREY FORTENBERRY,<br><br>*Defendant.* | Case No. 2:21-cr-00491-SB<br>Hon. Stanley Blumenfeld, Jr.<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO WAIVE PRESENCE AT MOTIONS HEARING**<br><br>Hearing Date: January 11, 2022<br>Hearing Time: 8:30 a.m.<br><br>Indictment: Oct. 19, 2021<br>Pretrial Conference: Feb. 8, 2022<br>Trial: Feb. 15, 2022<br>Last Day: March 2, 2022 |

The Court has reviewed and considered the *Unopposed Ex Parte Application to Waive Presence at Motions Hearing* (the "Application") filed by Defendant Hon. Jeffrey Lane Fortenberry on January 11, 2022.  For good cause having been shown,

**IT IS ORDERED THAT:**

1. The Application is **GRANTED**.
2. The Court accepts Congressman Fortenberry's Waiver of Presence at the motions hearing currently scheduled for January 11, 2022.
3. Defense Counsel are ordered to appear on Congressman Fortenberry's behalf. Defendant may, in the alternative, appear at the motions hearing remotely.  If he chooses to do so, defense counsel should contact the Court's Chambers for instructions.

**IT IS SO ORDERED.**

Dated:  January 6, 2022



Stanley Blumenfeld, Jr.
United States District Judge

1