UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No.: | 2:21-CR-00491-SB | Date: | January 11, 2022 |
|---|---|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., United States District Judge |
|---|---|
| Interpreter | N/A |

| Jennifer Graciano | Judy Moore | Susan S. Har<br>Jamari Buxton<br>Mack E. Jenkins (video) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Jeffrey Fortenberry (presence waived) | | | √ | 1) John Lewis Littrell | √ | | √ |
| | | | | Ryan Vaughan Fraser | √ | | √ |

**Proceedings:** MOTION TO COMPEL DISCOVER (ECF No. 30) and MOTION TO SUPPRESS STATEMENT (ECF No. 35) (Held and Completed)

Case called and appearances made. Argument is heard by the Court on the Motion to Compel Discovery and Motion to Suppress Statements. The Court takes both motions under submission.

|   | 1 | : | 43 |
|---|---|---|---|

| Initials of Deputy Clerk | JGR |
|---|---|