UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL
AMENDED MINUTE ORDER

| Case No.: | 2:21-cr-00491-SB-1 | Date: | 12/13/2021 |
|---|---|---|---|

| Title: | United States v. Jeffrey Fortenberry |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Victor Cruz | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Mack Jenkins | John Littrell |
| Susan Har | Ryan Fraser |
| Jamari Buxton | |

**Proceedings:**   Hearing: Motions 14, 17, 19, 20 and 21

Hearing held. Defendant appeared remotely via Zoom. Counsel presented argument. The Court takes all motions under submission.

0/58