UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY FORTENBERRY,<br><br>    Defendant. | Case No. 2:21-cr-00491-SB<br><br>[PROPOSED] ORDER STRIKING DEFENDANT'S POST-ARGUMENT BRIEF RE MOTION TO SUPPRESS STATEMENTS [ORDER GRANTING THE GOVERNMENT LEAVE TO FILE AN OPPOSITION TO DEFENDANT'S POST-ARGUMENT BRIEF RE MOTION TO SUPPRESS STATEMENTS]<br><br>Indictment: 10/19/2021<br>Pretrial Conference: 2/8/2022 at 8:00 a.m.<br>Trial: 2/15/2022 at 8:00 a.m.<br>Last Day: 3/2/2022 |

For good cause shown, IT IS HEREBY ORDERED THAT:

    The government's ex parte application for an Order striking defendant Jeffrey Fortenberry's ("defendant") post-argument brief re motion to suppress statements, filed on January 18, 2022 (Dkt. No. 79), is GRANTED. Docket number 79 is stricken as untimely and for failure to obtain leave of the Court to file a late and oversized brief.

    The government shall file its opposition to defendant's second motion to suppress statements, filed on January 18, 2022 (Dkt. No. 80), on or before February 1, 2022.

    [[OR IN THE ALTERNATIVE] The government's ex parte application for an Order striking defendant Jeffrey Fortenberry's ("defendant") post-argument brief re motion to suppress statements, filed on January 18, 2022 (Dkt. No. 79), is DENIED. The government shall file its opposition to defendant's post-argument brief on or before February 1, 2022.

The government shall file its opposition to defendant's second motion to suppress statements, filed on January 18, 2022 (Dkt. No. 80), on or before February 1, 2022. The government may file a consolidated opposition to both filings.]

_____  
DATE

_____  
HON. STANLEY BLUMENFELD JR.  
UNITED STATES DISTRICT JUDGE