John L. Littrell, State Bar No. 221601
jlitrell@bklwlaw.com
Ryan V. Fraser, State Bar No. 272196
rfraser@bklwlaw.com
Bienert Katzman Littrell Williams LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

*Attorneys for Defendant*
*Hon. Jeffrey Lane Fortenberry*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>JEFFREY FORTENBERRY,<br><br>    *Defendant.* | Case No. 2:21-cr-00941-SB<br>Hon. Stanley Blumenfeld, Jr.<br><br>**HON. JEFFREY LANE FORTENBERRY'S UNOPPOSED *EX PARTE* APPLICATION TO WAIVE PRESENCE AT STATUS CONFERENCE; DECLARATION OF JOHN L. LITTRELL**<br><br>Hearing Date: January 25, 2022<br>Hearing Time: 1:30 p.m.<br><br>Indictment: Oct. 19, 2021<br>Pretrial Conference: Feb. 8, 2022<br>Trial: Feb. 15, 2022<br>Last Day: March 2, 2022 |

**TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

Pursuant to Federal Rule of Criminal Procedure 43 ("Rule 43"), the Honorable Jeffrey Lane Fortenberry applies *ex parte* for an order waiving his appearance at the in-person status conference currently scheduled for January 25, 2022, at 1:30 p.m. (the "Status Conference"). On or around January 18, 2022, Congressman Fortenberry became ill with COVID-19. He is currently recuperating, quarantining, and tending to matters from his home. *See* Declaration of John Littrell at ¶ 3. For those reasons, he respectfully requests the Court permit him to waive his presence at the January 25, 2022 Status Conference. The Congressman agrees that his interests will be deemed represented at all times by the presence of his attorneys, as if he himself were personally present in court.

Congressman Fortenberry has previously filed a signed waiver of presence in this case pursuant to Rule 43. *See* Dkt. 39-2.

This application is supported by the attached Declaration of John L. Littrell. The government does not oppose this request.

Dated: January 24, 2022                    Bienert Katzman Littrell Williams LLP

By: /s/ *John L. Littrell*
John L. Littrell
*Attorneys for Defendant*
*Hon. Jeffrey Lane Fortenberry*

# DECLARATION OF JOHN LITTRELL

I, John L. Littrell, declare as follows:

1. I am a partner at Bienert Katzman Littrell Williams LLP and counsel for Congressman Jeffrey Lane Fortenberry, the defendant in this case.

2. I submit this declaration in support of an application to waive Congressman Fortenberry's presence at the Status Conference currently set for January 25, 2022 at 1:30 p.m.

3. On or around January 18, 2022, Congressman Fortenberry became ill with COVID-19. He is currently recuperating, quarantining, and tending to matters from his home. *See* https://fortenberry.house.gov/news/press-releases/fortenberry-diagnosed-covid.

4. Because Mr. Fortenberry is still recovering from COVID-19 it is not advisable for him to travel to Los Angeles. I respectfully request that Congressman Fortenberry be permitted to waive his appearance for the Status Conference described above.

5. Mr. Fortenberry has previously filed a signed Waiver of Appearance in this case, at Docket Number 39-2.

6. On January 23, 2022, I reached out to counsel for the government regarding this request. The government does not object to this request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 23rd day of January 2022.

                        */s/ John L. Littrell*
                        John L. Littrell