1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00491-SB<br>Hon. Stanley Blumenfeld, Jr. |
| *Plaintiff,* | |
| | **ORDER GRANTING *EX PARTE*** |
| v. | **APPLICATION TO WAIVE PRESENCE**<br>**AT STATUS CONFERENCE** |
| JEFFREY FORTENBERRY, | |
| | Hearing Date: January 25, 2022<br>Hearing Time: 1:30 p.m. |
| *Defendant.* | |
| | Indictment: Oct. 19, 2021<br>Pretrial Conference: Feb. 8, 2022<br>Trial: Feb. 15, 2022<br>Last Day: March 2, 2022 |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3

The Court has reviewed and considered the *Unopposed Ex Parte Application to Waive Presence at Status Conference* (the "Application") filed by Defendant Hon. Jeffrey Lane Fortenberry on January 24, 2022.  For good cause having been shown,

4

**IT IS ORDERED THAT**:

5

1. The Application is **GRANTED**.

6

7

2. The Court accepts Defendant's Waiver of Presence at the Status Conference schedule for January 25, 2022, at 1:30 p.m.

8

3. Defense Counsel are ordered to appear on Defendant's behalf.

9

10

Defendant may, in the alternative, appear at the hearing remotely.  If he chooses to do so, defense counsel should contact the Court's Chambers for instructions.

11

12

Dated:  January 24, 2022

13

14



15

Stanley Blumenfeld, Jr.
United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28