## DECLARATION OF JOHN L. LITTRELL

I, John L. Littrell, declare as follows:

1.      I am a partner at the law firm Bienert Katzman Littrell Williams LLP, and counsel to Congressman Jeffrey Lane Fortenberry in this matter.  I submit this declaration in support of Congressman Fortenberry's *Motion to Transfer this Case to the District of Nebraska* pursuant to Fed. R. Crim. P. 21.

2.      Attached hereto as <u>Exhibit A</u> is a true and correct copy of the United States District Court's Judicial Caseload Profile for Nebraska, available at:
https://www.uscourts.gov/sites/default/files/%0bdata_tables/fcms_na_distprofile0630.2021.pdf

3.      Attached hereto as <u>Exhibit B</u> is a true and correct copy of the United States District Court's Judicial Caseload Profile for the Central District of California, available at:
https://www.uscourts.gov/sites/default/files/data_tables/fcms_na_distprofile0630.2021.pdf.

4.      On January 21, 2022, I called Beth Hillman, Jury Administrator for the United States District Court for the District of Nebraska, to request information about the status of jury trials in that district.  Ms. Hillman told me that Jury trials continue to be held in the District notwithstanding COVID-19.  She indicated that the Court has taken precautions to keep the courthouse safe and maintain jury trials during the pandemic.  These precautions include summoning more jurors than the Court otherwise would and maintaining a social distance of three feet between jurors.  In times of substantial or high transmission, parties are required to wear masks in public spaces.  Ms. Hillman referred me to a Message from the Chief Judge regarding current COVID-19 precautions that were in place.  That message is attached here as <u>Exhibit C</u>, and available online at:
https://www.ned.uscourts.gov/internetDocs/jury/COVID_Message_from_Chief_Judge.pdf

5.      Later that day I also spoke with Gabriela Acosta, the Chief Deputy Clerk for the United States District Court for the District of Nebraska.  She confirmed that jury trials

are being commenced in the district and that there were jury trials set for February 2022.

6.     The defense met and conferred with the government regarding its intention to seek transfer to the District of Nebraska as follows:  On Friday, January 14, 2022, defense counsel met and conferred via Microsoft Teams with counsel for the government and indicated that the defense would seek a transfer of this case to the District of Nebraska.  On Friday, January 21, 2022, the defense again alerted the government of its intention to seek a transfer of this case to the District of Nebraska and asked to meet and confer about the motion.  The defense identified the *Platt* factors and asked that the government identify its witnesses and their place of residence so that the defense could provide that information to the Court in support of factor No. 2 (location of the witnesses).  The defense also asked that the government consent to having the motion heard on an expedited schedule.

The government responded that its first availability to meet and confer was Monday, January 24, 2022.  On Monday, January 24, the parties met and conferred.  The government provided the defense with the location of its prospective witnesses and agreed to an expedited briefing schedule, but it declined to stipulate to a transfer to Nebraska.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.  Executed this 24th day of January, 2022, in San Clemente, California.

_____
John L. Littrell

DECLARATION OF JOHN L. LITTRELL

# EXHIBIT A

## U.S. District Court — Judicial Caseload Profile

**NEBRASKA**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2016 | Jun 30 2017 | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 1,643 | 1,529 | 1,616 | 1,654 | 1,444 | 1,508 | | |
| | | Terminations | 1,514 | 1,704 | 1,592 | 1,538 | 1,452 | 1,373 | | |
| | | Pending | 1,252 | 1,084 | 1,141 | 1,237 | 1,231 | 1,348 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -8.2 | -1.4 | -6.7 | -8.8 | 4.4 | | 25 | 3 |
| | | Number of Judgeships | 3 | 3 | 3 | 3 | 3 | 3 | | |
| | | Vacant Judgeship Months [2] | 12.0 | 12.0 | 12.0 | 18.9 | 0.8 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 548 | 510 | 539 | 551 | 481 | 503 | 36 | 5 |
| | | Civil | 254 | 217 | 247 | 240 | 227 | 249 | 63 | 6 |
| | | Criminal Felony | 201 | 190 | 184 | 206 | 175 | 185 | 13 | 4 |
| | | Supervised Release Hearings | 92 | 103 | 108 | 105 | 79 | 69 | 15 | 4 |
| | Pending Cases [2] | | 417 | 361 | 380 | 412 | 410 | 449 | 59 | 6 |
| | Weighted Filings [2] | | 534 | 474 | 505 | 510 | 446 | 496 | 27 | 1 |
| | Terminations | | 505 | 568 | 531 | 513 | 484 | 458 | 41 | 5 |
| | Trials Completed | | 18 | 21 | 20 | 20 | 14 | 16 | 29 | 7 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.0 | 9.0 | 9.2 | 8.5 | 9.9 | 11.3 | 29 | 4 |
| | | Civil [2] | 7.9 | 9.9 | 7.5 | 8.3 | 8.4 | 7.1 | 14 | 2 |
| | From Filing to Trial [2] (Civil Only) | | 32.6 | 28.0 | - | 24.4 | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 43 / 6.3 | 30 / 5.6 | 23 / 3.9 | 33 / 5.1 | 38 / 5.7 | 37 / 5.7 | 27 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.2 | 1.2 | 1.2 | 1.1 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 35.0 | 28.6 | 32.7 | 30.4 | 35.4 | 37.3 | | |
| | | Percent Not Selected or Challenged | 21.1 | 9.4 | 11.7 | 9.7 | 26.1 | 24.8 | | |

| **2021 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense** | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 747 | 28 | 39 | 193 | 4 | 8 | 30 | 77 | 92 | 10 | 131 | - | 135 |
| Criminal [1] | 554 | 3 | 225 | 45 | 109 | 36 | 34 | 66 | 3 | 6 | 8 | 10 | 9 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

# EXHIBIT B

## U.S. District Court — Judicial Caseload Profile

**CALIFORNIA CENTRAL**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2016 | Jun 30 2017 | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 16,810 | 16,551 | 17,347 | 18,056 | 17,659 | 17,597 | | |
| | | Terminations | 16,719 | 16,583 | 16,253 | 16,960 | 16,988 | 18,070 | | |
| | | Pending | 12,539 | 12,488 | 13,597 | 14,682 | 15,164 | 14,655 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 4.7 | 6.3 | 1.4 | -2.5 | -0.4 | | 40 | 7 |
| | | Number of Judgeships | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | | Vacant Judgeship Months [2] | 25.1 | 48.9 | 68.7 | 85.8 | 111.9 | 91.5 | | |
| **Actions per Judgeship** | **Filings** | Total | 600 | 591 | 620 | 645 | 631 | 628 | 17 | 5 |
| | | Civil | 532 | 518 | 536 | 553 | 570 | 565 | 9 | 3 |
| | | Criminal Felony | 40 | 41 | 50 | 60 | 38 | 41 | 84 | 12 |
| | | Supervised Release Hearings | 28 | 33 | 33 | 32 | 22 | 23 | 58 | 13 |
| | Pending Cases [2] | | 448 | 446 | 486 | 524 | 542 | 523 | 45 | 7 |
| | Weighted Filings [2] | | 566 | 567 | 618 | 669 | 681 | 691 | 10 | 3 |
| | Terminations | | 597 | 592 | 580 | 606 | 607 | 645 | 13 | 4 |
| | Trials Completed | | 10 | 13 | 11 | 12 | 7 | 4 | 89 | 15 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 17.9 | 14.7 | 13.2 | 13.3 | 14.7 | 17.8 | 80 | 14 |
| | | Civil [2] | 5.0 | 4.8 | 5.0 | 5.0 | 4.7 | 4.9 | 3 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 19.8 | 20.0 | 20.0 | 22.0 | 21.2 | 20.8 | 6 | 1 |
| **Other** | | Number (and %) of Civil Cases Over 3 Years Old [2] | 556 / 5.7 | 540 / 5.5 | 552 / 5.2 | 612 / 5.5 | 634 / 5.4 | 831 / 7.5 | 38 | 4 |
| | | Average Number of Felony Defendants Filed per Case | 1.6 | 1.5 | 1.6 | 1.6 | 1.5 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 54.7 | 48.1 | 42.6 | 48.5 | 63.2 | 46.4 | | |
| | | Percent Not Selected or Challenged | 55.2 | 44.9 | 43.3 | 47.9 | 60.1 | 47.0 | | |

| 2021 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 15,810 | 1,194 | 296 | 1,286 | 94 | 218 | 531 | 1,540 | 980 | 1,254 | 6,019 | 15 | 2,383 |
| Criminal [1] | 1,140 | 11 | 361 | 70 | 198 | 260 | 56 | 43 | - | 40 | 10 | 19 | 72 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**Denise M. Lucks**                        **OFFICE OF THE CLERK**                        **Gabriela Acosta**
**Clerk of Court**                        www.ned.uscourts.gov                        **Chief Deputy Clerk**

**Message from the Chief Judge**

The U.S. District Court for the District of Nebraska is committed to the safety and well-being of jurors, parties, practitioners, witnesses, and court staff.   We are closely following and reinforcing the guidelines from the CDC and local health authorities.   We have taken precautionary measures to limit the potential spread of the COVID-19 virus while ensuring that we are able to safety conduct judicial proceedings. We ask that you fulfill your obligation as a juror so the justice system can continue to function.

All persons in a federal courthouse in Nebraska, including fully vaccinated persons, shall wear a face covering in public spaces in the courthouse *when community transmission is substantial or high* based on the CDC COVID Data Tracker.   Persons who are not fully vaccinated in a federal courthouse in Nebraska shall continue to wear a face covering in public spaces in the courthouse *regardless of the level of community transmission.*   You may bring your own face covering, or the court will provide you with one.

The precautions the court is taking include, but are not limited to, the following:

- Seating with 3-foot social distancing will be marked for chairs and benches in the courtrooms.
- Hand sanitizer will be available throughout the courthouse and the courtrooms.
- Bottled water will be provided.
- Amenities such as refrigerators, microwaves, and Keurig machines are available for jurors' use.

Please do not report to the courthouse if you answer "yes" to the following questions **at any point during your jury service**.   Contact the jury clerk immediately so that a possible postponement can be discussed.

1. Have you been asked to self-quarantine by any health care provider or public official in the last 14 days?

2. Have you been diagnosed with COVID-19 in the last 14 days?

3. Are you presently exhibiting symptoms consistent with COVID-19, including a fever of 100.4ºF or above, a sudden onset of a cough or shortness of breath, or a new loss of taste or smell?

**For all other jurors who do not fall into any of the categories above, please remain available to serve, unless you are eligible to postpone your service for other reasons or hardships.**

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 │ Fax: (402) 661-7387 │ Toll Free: (866) 220-4381
Lincoln: (402) 437-1900 │ Fax: (402) 437-1911 │ Toll Free: (866) 220-4379

### Jury Clerk Contact Information

| | |
|---|---|
| For jurors reporting to Omaha | omaha-jury@ned.uscourts.gov<br><br>1-866-220-4381, option 6 |
| For jurors reporting to Lincoln | lincoln-jury@ned.uscourts.gov<br><br>1-866-220-4379, option 6 |
| For jurors reporting to North Platte | northplatte@ned.uscourts.gov<br><br>1-866-220-4381, option 6 |

Thank you for your understanding and service during this challenging time.

Sincerely,

Robert F. Rossiter, Jr.
Chief U.S. District Court Judge