1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00941-SB |
| --- | --- |
| Plaintiff, | Hon. Stanley Blumenfeld, Jr. |
| v. | **[PROPOSED] ORDER GRANTING HON. FORTENBERRY'S *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON VENUE TRANSFER MOTION** |
| JEFFREY FORTENBERRY, | |
| Defendant. | |
| | Hearing Date: February 8, 2022 |
| | Hearing Time: 8:00 a.m. |
| | Indictment: Oct. 19, 2021 |
| | Pretrial Conference: Feb. 8, 2022 |
| | Trial: Feb. 15, 2022 |
| | Last Day: March 2, 2022 |

The Court has reviewed and considered Hon. Jeffrey Lane Fortenberry's *Ex Parte Application for Order Shortening Time for Hearing on Venue Transfer Motion* (the "Application") filed on January 24, 2022. For good cause having been shown,

**IT IS ORDERED THAT:**

1. The Application is **GRANTED**.
2. The Court will hear Defendant Hon. Jeffrey Lane Fortenberry's Motion to Transfer Venue on February 8, 2022, at 8:00 a.m.
3. The government's opposition to the Motion will be due on February 1, 2022.
4. Defendant Hon. Fortenberry's reply brief will be due on February 4, 2022.

**IT IS SO ORDERED.**

Dated: _____

HON. STANELY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE