# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>JEFFREY FORTENBERRY,<br><br>    *Defendant.* | Case No. 2:21-cr-00491-SB<br>Hon. Stanley Blumenfeld, Jr.<br><br>**ORDER GRANTING HON. FORTENBERRY'S *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON VENUE TRANSFER MOTION**<br><br>Hearing Date: February 8, 2022<br>Hearing Time: 8:00 a.m.<br><br>Indictment: Oct. 19, 2021<br>Pretrial Conference: Feb. 8, 2022<br>Trial: Feb. 15, 2022<br>Last Day: March 2, 2022 |

The Court has reviewed and considered Hon. Jeffrey Lane Fortenberry's *Ex Parte Application for Order Shortening Time for Hearing on Venue Transfer Motion* (the "Application") filed on January 24, 2022. For good cause having been shown,

**IT IS ORDERED THAT:**

1. The Application is **GRANTED**.
2. The Court will hear Defendant Hon. Jeffrey Lane Fortenberry's Motion to Transfer Venue on February 8, 2022, at 8:00 a.m.
3. The government's opposition to the Motion will be due on February 1, 2022.
4. Defendant Hon. Fortenberry's reply brief will be due on February 4, 2022.

**IT IS SO ORDERED.**

Dated:  January 25, 2022



Stanley Blumenfeld, Jr.
United States District Judge