**Government's Exhibit A**

The court has made every effort to ensure the accuracy of the information on the Court Calendar, but certain circumstances may prevent the timely entry of information into the calendar. A court hearing may still be scheduled even though a search returns no results. For the most accurate information about court hearings, the public may contact the clerk's office at (866-220-4381) Omaha or (866-220-4379) Lincoln or https://www.ned.uscourts.gov/email-the-court

This page was last updated 02/01/2022 at 12:18

# United States District Court
## District of Nebraska
Schedule for 02/14/2022 to 02/14/2022
*(Last updated: 02/01/2022 at 12:18)*

| Date | Time | Duration | Docket No. | Inst No. | Party | Hearing Type | Courtroom |
|---|---|---|---|---|---|---|---|
| **John M. Gerrard** | | | | | | | |
| 02/14/2022 | 09:00 AM | 08:00:00 | 4:21-cr-03087-JMG-CRZ-1 | 20 | USA v. Ausjaron Baxter | Jury Trial/3 days | in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE |
| 02/14/2022 | 09:00 AM | 08:00:00 | 4:21-cr-03136-JMG-CRZ-1 | 13 | USA v. Steven M. Woodall | Jury Trial/5 days | in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE |
| 02/14/2022 | 09:00 AM | 08:00:00 | 4:21-cr-03044-JMG-CRZ-1 | 71 | USA v. Adam Stuart Vannoy | Jury Trial/3 days | in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE |
| 02/14/2022 | 09:00 AM | 08:00:00 | 8:20-cr-00209-JMG-CRZ-1 | 140 | USA v. Veronica M. Sandoval | Jury Trial/4 days | in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE |
| 02/14/2022 | 09:00 AM | 08:00:00 | 8:20-cr-00209-JMG-CRZ-2 | 140 | USA v. Servando V. Urias (INTERPRETER REQUIRED) | Jury Trial/4 days | in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE |
| 02/14/2022 | 09:00 AM | 08:00:00 | 4:21-cr-03111-JMG-CRZ-1 | 25 | USA v. Deantra Lamar Watson | Jury Trial/3 days | in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE |
| 02/14/2022 | 09:00 AM | 08:00:00 | 4:21-cr-03070-JMG-CRZ-1 | 59 | USA v. Rachel Brooke Pageler | Jury Trial/5 days | in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE |
| 02/14/2022 | 09:00 AM | 08:00:00 | 4:21-cr-03070-JMG-CRZ-2 | 59 | USA v. Josef D. Barraza | Jury Trial/5 days | in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE |
| 02/14/2022 | 09:00 AM | 08:00:00 | 4:21-cr-03155-JMG-CRZ-1 | 30 | USA v. Kenneth W. Blair | Jury Trial/4 days | in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE |

**Government's Exhibit B**

The court has made every effort to ensure the accuracy of the information on the Court Calendar, but certain circumstances may prevent the timely entry of information into the calendar. A court hearing may still be scheduled even though a search returns no results. For the most accurate information about court hearings, the public may contact the clerk's office at (866-220-4381) Omaha or (866-220-4379) Lincoln or https://www.ned.uscourts.gov/email-the-court

This page was last updated 02/01/2022 at 12:18

# United States District Court
## District of Nebraska
Schedule for 02/15/2022 to 02/15/2022
(Last updated: 02/01/2022 at 12:18)

| Date | Time | Duration | Docket No. | Inst No. | Party | Hearing Type | Courtroom |
|---|---|---|---|---|---|---|---|
| **Brian C. Buescher** | | | | | | | |
| 02/15/2022 | 09:00 AM | | 8:18-cr-00126-BCB-MDN-1 | 45 | USA v. Kenneth S. Jones | Jury Trial | in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE |
| 02/15/2022 | 09:00 AM | | 8:21-cr-00093-BCB-SMB-1 | 47 | USA v. Rodrik J. Stone | Jury Trial | in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE |
| 02/15/2022 | 09:00 AM | | 8:20-cr-00194-BCB-MDN-1 | 46 | USA v. Andre Lott | Jury Trial | in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE |
| 02/15/2022 | 09:00 AM | | 8:20-cr-00328-BCB-SMB-1 | 30 | USA v. Kaleb A. Johnson | Jury Trial | in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE |
| 02/15/2022 | 09:00 AM | | 8:21-cr-00264-BCB-SMB-1 | 19 | USA v. Alfredo Escobar | Jury Trial | in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE |
| 02/15/2022 | 09:00 AM | | 8:21-cr-00171-BCB-MDN-1 | 32 | USA v. James Robert Haage | Jury Trial | in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE |
| 02/15/2022 | 09:00 AM | | 8:20-cr-00335-BCB-SMB-1 | 29 | USA v. Sydney Moniz | Jury Trial | in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE |
| 02/15/2022 | 09:00 AM | | 8:21-cr-00204-BCB-MDN-1 | 33 | USA v. Matthew Rosener | Jury Trial | in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE |
| 02/15/2022 | 09:00 AM | | 8:20-cr-00247-BCB-MDN-1 | 83 | USA v. Steven D. Crawford | Jury Trial | in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE |
| 02/15/2022 | 09:00 AM | | 8:21-cr-00083-BCB-SMB-1 | 44 | USA v. Clarence M. Russ | Jury Trial | in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE |
| 02/15/2022 | 09:00 AM | | 8:21-cr-00056-BCB-MDN-1 | 31 | USA v. Michael Demond Thomas | Jury Trial | in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE |
| 02/15/2022 | 09:00 AM | | 8:21-cr-00151-BCB-SMB-1 | 47 | USA v. Arash Patrick Rasti | Jury Trial | in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE |
| 02/15/2022 | 09:00 AM | | 8:21-cr-00151-BCB-SMB-2 | 47 | USA v. Rodolfo Perez | Jury Trial | in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE |

# **Government's Exhibit C**

Fellow Patriot,

**Here's the sad truth**: we can't trust the FBI.

They are going after parents who care about what happens in their children's schools. That's just one of many examples.

And now agents in the FBI are trying to destroy the family life, political career, and stellar reputation of my husband—Congressman Jeff Fortenberry of Nebraska.

FBI agents used deception to gain entry into our home;
- **Frightened** me and our five young daughters; and

- **Interrogated** Jeff in our own living room as we waited in worry and fear.

All so they could ruin him. Jeff trusted them; but they deceived him. Repeatedly. And now they're falsely accusing him of lying.

**That's why I'm reaching out on Jeff's behalf, to ask you to support his Legal Defense Fund.**



I know Jeff better than anyone. I hope you'll trust me when I tell you Jeff is a man of deep faith, extraordinary honesty, and unshakeable integrity. He works UNBELIEVABLY hard for his family and for his country. I can't tell you how proud I am of him, and how blessed I am to be married to him.

So why are they going after Jeff?

He's a conservative Republican, from a farm state. They want to stop his work and flip his seat. They can't call him crazy, so they're accusing him of a fake crime.

Jeff is articulate, diplomatic, and compassionate. But that doesn't mean weak!

When it comes to defending the rights of the most vulnerable, rescuing Americans and allies abandoned in Afghanistan, and standing against injustice, you won't find a more dedicated fighter than Jeff.

And now he is facing serious threats from Biden's FBI. They could destroy his political career, and even cause him to lose his freedom.

SUBJECT TO PROTECTIVE ORDER – SENSITIVE MATERIALS

**Every time FBI agents take down a good man like Jeff, it emboldens them to go after more Americans. Jeff wants to put a stop to that.**

But he can't fight alone against the piles of taxpayer money they have at their disposal.

Will you please help him?

**We can't get through this without generous patriots like you helping with my husband's Legal Defense Fund. Anything you can give will be received most gratefully, and used prudently.**

Your support today will help Jeff defeat this attack by Biden's FBI.

**Chip in $25!**

**Chip in $50!**

**Chip in $100!**

You can count on Jeff to fight hard for survival and for justice . . . for our family's sake—and for every American patriot's sake.

Thank you for taking the time to consider our appeal. Thank you for anything you can give. Thank you for your kind thoughts and words; and thank you, if you're so inclined, for your prayer support.

Blessings,

Celeste Fortenberry

Wife of Rep. Jeff Fortenberry



**Big League Politics**
10660 Page Ave Suite 53
Fairfax, VA 22038

Unsubscribe

SUBJECT TO PROTECTIVE ORDER – SENSITIVE MATERIALS                                                                JF00012754

**From:** Jeff Fortenberry <alerts@americanpatriothq.org>
**Sent:** Monday, October 25, 2021 1:23 PM
**To:** Stearns, Cliff <cstearns@apcoworldwide.com>
**Subject:** FBI Lied to Target Me with a Fake Crime!

You don't often get email from alerts@americanpatriothq.org. Learn why this is important

I DID NOTHING WRONG.

Fellow Patriot,

I'll get straight to the point.

**The FBI lied to me, so they could prosecute me for "lying."**

Biden's FBI is using its unlimited power and resources to target me, a red state member of Congress. They're accusing me of **fake process crimes** so they can destroy my reputation and turn my seat blue.

With the Afghanistan disaster, record inflation, and skyrocketing energy prices, Joe Biden's approval is tanking.

To keep him in power Biden's FBI is working to take out patriots like me—and you.

**I'm reaching out today to urge you to make a most generous contribution of $25 or more to help fund the massive legal fees needed to fight Biden's Deep State.**

For my whole life, and over 20 years of public service, I've been committed to honesty, fairness, and justice. I don't cut corners.

That's why this charge of lying is so incredible. Even more so because **the FBI lied to me, so they could accuse me of "lying."**

I'm counting on the support of amazing patriots like you to help me pay my massive legal costs.

Again, I DID NOTHING WRONG.

However, Biden's FBI has access to endless amounts of your and my taxpayer dollars to fund their attacks on me.

My only chance of proving my innocence is to hire a top-notch legal team, one that includes my friend former Congressman Trey Gowdy.

But since I've used my office for public service, never personal gain, I can't fund this by myself.

==I'm counting on generous patriots like you to help fund my legal battle against a weaponized Justice Department by chipping in your best gift of whatever you can afford.==

**Chip in $25!**

**Chip in $50!**

**Chip in $100!**

Thank you in advance for your generous support!

Yours in liberty,

Jeff Fortenberry
Congressman

**DONATE!**

SUBJECT TO PROTECTIVE ORDER – SENSITIVE MATERIALS

JF00012757

Heartland Republican Donors
10660 Page Ave #53
Fairfax, VA 22038
[Unsubscribe](#)

SUBJECT TO PROTECTIVE ORDER – SENSITIVE MATERIALS  JF00012758

**Government's Exhibit D**

# Congress of the United States
## Washington, DC 20515

January 19, 2022

Cheryl L. Johnson
Clerk of the U.S. House of Representatives
H-154 The Capitol
Washington, DC  20515

Dear Ms. Johnson:

Pursuant to House Resolution 8, I write to notify you of the designation of a proxy to cast my vote.

I am unable to physically attend proceedings in the House Chamber due to the ongoing public health emergency, and I hereby grant the authority to cast my vote by proxy to the Honorable John Moolenaar (Michigan), who has agreed to serve as my proxy.

Sincerely,

*[signature]*

Jeff Fortenberry
Member of Congress