### DECLARATION OF SUSAN S. HAR

I, Susan S. Har, declare as follows:

1.      I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I am assigned to the case of <u>United States v. Jeffrey Fortenberry</u>, 21-CR-491-SB.

2.      On January 12, 2022, I emailed counsel for defendant, John Littrell and Ryan Fraser, a letter describing the government's proposed motions <u>in limine</u>, which detailed the evidence and arguments that the government sought to exclude or admit, along with the rationale and supporting authority.  As explained in the letter, the government's proposed Motion <u>in Limine</u> No. 1 sought to exclude improper arguments that would misstate the law and definition of materiality.

3.      On January 14 and 18, 2022, counsel for the government and defendant met and conferred over emails and phone calls to discuss the proposed motions <u>in limine</u>. With respect to the government's proposed Motion <u>in Limine</u> No. 1, defense counsel maintained that it opposed the government's motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles County, California, on February 3, 2022.

SUSAN S. HAR
Assistant United States Attorney