# EXHIBIT C

NEWS

# Clinton Foundation donor denied entry to US on terrorism claims

By Marisa Schultz

August 28, 2016 | 3:23pm



Hillary Clinton
Photo: Getty Images

A Lebanese-Nigerian billionaire who donated millions to Clinton-family nonprofits was denied a visa to enter the United States last year on terrorism-related grounds, according to a new report.

Gilbert Chagoury, who donated millions to the Clinton Foundation and in 2009 pledged $1 billion to the Clinton Global Initiative, was denied entry last summer amid a review of his ties in Lebanon to Hezbollah, the Los Angeles Times reported Sunday.

The Trump campaign quickly renewed its call for a shutdown of the Clinton Foundation.

"The fact a major Clinton Foundation donor was denied entry into the US over ties to the terrorist group Hezbollah is deeply troubling, especially when this individual had access to top aides at Hillary Clinton's State Department," Trump spokesman Jason Miller said Sunday, calling for the release of Clinton's schedules and the shutdown of the charity.

The Trump team also released a new Web ad Sunday accusing the Clinton Foundation of being a "slush fund" that "sold access to the State Department."

"Hillary Clinton's corruption has been exposed again," the ad says.

Chagoury, who owns Africa's largest construction company, had unique access to the State Department, Hillary Clinton's e-mails revealed.

JF00000381

Case 2:21-cr-00491-SB   Document 99-4   Filed 02/03/22   Page 3 of 35   Page ID #:1406



Clinton's Corruption Exposed... Again

The billionaire was on the Department of Homeland Security's no-fly list in 2010 and was pulled off a plane. He's now on the "selectee" list that allows him to fly with extra scrutiny. Chagoury has denied any support for the terrorist group.

Clinton maintains she never took action as secretary of state because of any donations to the foundation. The Clintons have announced they will stop accepting foundation donations from foreign interests if Clinton wins the White House.

Meanwhile, new e-mails show a top Clinton Foundation official, Doug Band, handpicked mega donors to attend a State Department lunch with then-Chinese President Hu Jintao in January 2011, ABC News reported.

Band e-mailed Clinton aide Huma Abedin in December 2010 suggesting names of Clinton Foundation donors to attend the high-profile event: Bob McCann, the then-president of wealth management at UBS; Dr. Judith Rodin, the president of The Rockefeller Foundation; and Hikmet Ersek, the CEO of Western Union.

He asked if one guest could be seated by Vice President Joe Biden. "I'll ask," Abedin replied

It wasn't clear if the special favor for Clinton donors resulted in their attendance at the luncheon.

Asked about the revelation, current Democratic National Committee leader Donna Brazile, a longtime supporter of the Clintons, told ABC, "I don't see where the smoke is."

It's normal for donors to request access to government officials, the DNC chair said.

"I've been a government official," Brazile told "This Week." "So, you know, this notion that, somehow or another, someone who is a supporter, someone who is a donor, somebody who's an activist, saying, 'I want access, I want to come into a room and I want to meet people' — we often criminalize behavior that is normal," Brazile said. "I don't see what the smoke is."

FILED UNDER    2016 PRESIDENTIAL ELECTION, CLINTON FOUNDATION, DONALD TRUMP, HILLARY CLINTON

Recommended by

JF00000382

# After replacing Reince Priebus as chief of staff, Trump takes aim at healthcare

JULY 31, 2017, 7:53 A.M.

Here's our look at the Trump administration and the rest of Washington:

- Frustrated in defeat, Trump threatens **healthcare** of voters -- and lawmakers
- Mayors push back **against** Trump's comments to police
- The **most** notable firings and resignations in the Trump White House
- Three Republicans, including **John McCain**, sink the Republicans' skinny repeal bill
- Under fire, Atty. Gen. Jeff Sessions responds to Trump's attacks

All updates 

**JULY 28, 2017, 2:52 P.M.**
WASHINGTON

# Clinton Foundation donor who was denied a visa settles leak case against the U.S.

 Joseph Tanfani     l t f



5LD-LA 6718257-

JF00001799



Gilbert Chagoury, a major Clinton Foundation donor, was denied entry to the U.S. in 2015. (Getty Images)

A billionaire Nigerian businessman and major Clinton Foundation donor banned from entering the U.S. two years ago on terrorism grounds has settled a lawsuit against the U.S. government.

Gilbert Chagoury last year sued the FBI and other government agencies in U.S. District Court in Washington, saying he had been damaged by what he described as improper government leaks to the Los Angeles Times.

The Times reported last year that Chagoury had been denied a visa to travel to the U.S. in 2015 on suspicion that he had provided aid to terrorist groups. One document, citing unverified information from an unnamed source, said that Chagoury – who is of Lebanese heritage – had funneled funds to Hezbollah, the Lebanese militia and political group designated a terrorist organization by the U.S.

Chagoury, an ardent Lakers fan who for decades lived part of the year in Los Angeles, angrily denied that he ever provided funds for terrorism. He said the publicity forced him to sell his Beverly Hills mansion at a loss and caused a bank to close his account.

A philanthropist, Vatican ambassador and longtime friend of Bill Clinton, Chagoury once was invited to the White House after contributing to a Democratic get-out-the-vote campaign. He donated at least $1 million to the Clinton Foundation.

Emails released last year showed that a Bill Clinton aide pushed Hillary Clinton's aides at the State Department to get Chagoury access to top U.S. diplomats.

In the settlement filed in court on Friday, the Justice Department said Chagoury has never appeared on the list of Specially Designated Nationals, figures such as terrorists and narcotics traffickers who are generally barred from doing business in the U.S.

The government did not grant Chagoury's request for a court hearing to dispute the reports that led to his exclusion from the U.S.

JF00001800

"As I have often said, I have loved America my whole life because it was the land of freedom and justice," he said in a statement, adding that he hopes the agreement will help repair his reputation.

The Justice Department did not immediately respond to a request for comment.

Chagoury, who lives most of the time in Paris, has not applied for another visa, said his spokesman, Mark Corallo.

The Ne\
Loan

Refinance and
average custc
payments $64

 NewDay USA NMLS

ADVERTISEMENT

**Latest updates**
⌄

**JULY 31, 2017, 7:53 A.M.**
REPORTING FROM WASHINGTON

## Risky investigation, stalled agenda — Trump's in trouble, so here's his strategy

 Noah Bierman                    l t f

JF00001801

http://www.washingtonexaminer.com/clinton-foundation-donors-have-a-bribery-problem/artic...



WASHINGTON

# Clinton Foundation donors have a bribery problem

By SARAH WESTWOOD (@SARAHCWESTWOOD) • 6/10/15 12:01 AM

A pair of Clinton Foundation donors with financial ties to the former first family have both been at the center of major corruption cases, raising questions about why they chose to give millions to the Clintons' charity.

Nigerian businessman Gilbert Chagoury's connections to the Clintons have come under scrutiny following revelations that State Department policy may have benefited him personally while Hillary Clinton served as secretary of state.

Sen. David Vitter, R-La., has repeatedly pressed the State Department for documentation of Hillary Clinton's decision not to place Boko Haram on the terrorist watch list while serving as secretary of state.

"Disturbingly, while the department was refusing to make the [foreign terrorist organization] designation, former President Bill Clinton, also the head of the Clinton Foundation and account owner of the Clinton email domain, participated in events with

2/11/2016 3:38 PM
JF00000084

Clinton Foundation donors have a bribery problem | Washington Examiner

http://www.washingtonexaminer.com/clinton-foundation-donors-have-a-bribery-problem/artic...

a long-time donor and major Nigerian land developer, Gilbert Chagoury, who previously agreed to a $66 million plea deal during international investigation into corruption charges against him," Vitter wrote in a March letter to Secretary of State John Kerry.

"We need to know if Mr. Chagoury had any influence in the decision not to designate Boko Haram a [foreign terrorist organization], or had any other influence with Secretary Clinton's foreign policy decisions," Vitter added.

Chagoury's financial support of the Clintons has raised red flags in the past. In 1996, he was reportedly prodded by a Democratic National Committee fundraiser to give $460,000 to a nonprofit voter registration group that later won the DNC's business.

The group, Vote Now 96, drew attention "from congressional investigators because of its connections to the DNC and indications that in some cases, at least, donors ineligible to give to the party were steered to the voters group," the Washington Post reported in 1997.

Chagoury was one such ineligible donor whose gift to the supposedly nonpartisan organization nonetheless earned him a seat at a White House dinner for top DNC donors months later "although he is not a party contributor and could not legally give to the Democrats," according to the same Washington Post report.

2/11/2016 3:38 PM
JF00000085

Clinton Foundation donors have a bribery problem | Washington Examiner

http://www.washingtonexaminer.com/clinton-foundation-donors-have-a-bribery-problem/artic...

2/11/2016 3:38 PM

JF00000086

Chagoury's donation was solicited by Mark Weiner, a top Democratic bundler who will co-host a fundraiser for Clinton's presidential campaign in Rhode Island Wednesday.

Chagoury was an adviser to Nigerian dictator Sani Abacha, who held power in Nigeria from 1993-98. He reportedly paid the incoming Nigerian government $300 million to avoid prosecution after Abacha's death.

Chagoury was "believed to have acted as a middleman for the late and corrupt Nigerian dictator Sani Abacha," according to the American Criminal Law Review.

Nigerian media outlets reported Chagoury and his brother, Jack, were among 80 local officials who were indicted in the Halliburton bribery scandal in 2010. The case alleged the Chagoury brothers were involved in a series of bribes to Nigerian officials that preceded Halliburton's acquisition of lucrative oil contracts in the country.

In April 2011, a Lebanese media outlet reported Fouad Siniora, prime minister of Lebanon, "suggested that the U.S. deliver to Chagoury a stern message about the possibility of financial sanctions and travel bans against those who undermine Lebanon's legitimate institutions."

Siniora's call for sanctions against Chagoury came after his ties to Lebanese officials gave the impression that he was interfering in Lebanese politics.

Case 2:21-cr-00491-SB   Document 99-4   Filed 02/03/22   Page 10 of 35   Page ID #:1413

Chagoury did not return a request for comment.

But Chagoury isn't the only international businessman whose checkered past has raised questions about the Clinton Foundation's acceptance of generous donations from foreigners accused of bribery.

Victor Dahdaleh, a Canadian businessman and trustee of the Clinton Foundation, was arrested in October 2011 for his alleged role in a bribery scheme that funneled kickbacks from aluminum conglomerate Alcoa to Aluminium Bahrain.

Dahdaleh reportedly traveled with Bill Clinton through Europe in 2009, shortly after Hillary Clinton took office, and arranged speaking engagements for the former president dating back to 2005.

The U.K.'s Serious Fraud Office dropped its case against Dahdaleh in December 2013 after key witnesses backed down, Reuters reported.

The British agency had tapped lawyers from Akin Gum Strayss Hauer and Field to probe the bribery allegations, the same lawyers representing Aluminium Bahrain in "a 'hotly contested' U.S. civil lawsuit against Dahdaleh," which raised "a potential conflict of interest between their assistance to the [Serious Fraud Office] and their own interests in the U.S. legal action."

JF00000087

2/11/2016 3:38 PM

JF00000088

http://www.washingtonexaminer.com/clinton-foundation-donors-have-a-bribery-problem/artic...

Clinton Foundation donors have a bribery problem | Washington Examiner

Akin Gump is also a Clinton Foundation donor.

Case 2:21-cr-00491-SB Document 95-4 Filed 02/03/22 Page 12 of 35 Page ID #:1413

**Skip to content**

DONATE

# Did Clinton Foundation Donor Get Hillary to Delay Boko Haram Terror Designation?

**MAY 06, 2015**

When the U.S. State Department was presented with hard evidence identifying Boko Haram as a growing terrorist threat in Nigeria, the agency failed to take action for several years. Why the delay despite the evidence? That's a fair question for former Secretary of State Hillary Clinton since she headed the agency at the time and is now seeking the Democratic nomination for president. Boko Haram is the same group that kidnapped over 200 female students from Chibok in Borno State, Nigeria just over a year ago. Clinton, the **self-described champion of women's rights**, was first presented with reports highlighting Boko Haram's aggressive posture back in 2010. Yet, the State Department did not officially designate the group as a Foreign Terrorist Organization (FTO) until December 2013. During that time, Boko Haram gained significant footing at the expense of vulnerable populations.

Was a Nigerian land developer, who has donated large sums to the Clinton Foundation, a factor in delaying Boko Haram's FTO designation? U.S. Senator David Vitter is exploring this possibility by examining the relationship between the Clintons and the developer, Gilbert Chagoury. His background is checkered to say the least. Chagoury plead guilty in British court to bribery, but avoided prison by returning portions of the money involved in his scheme. He also obtained immunity from prosecution in a looted assets case in Nigeria in exchange for returning money held in Swiss bank accounts. A list of all Clinton Foundation donations that includes Chagoury **is available here**. He has contributed about $5 million to the Foundation in recent years, **according to a report in the Wall Street Journal** that details Chagoury's long and complicated

JF00000034

relationship with the Clintons.

Vitter, one of two U.S. Senators to vote against Clinton's confirmation as secretary of state, has also produced evidence that shows Clinton Foundation employees who worked for the State Department were directly involved with the decision to avoid labeling Boko Haram a terrorist group. During the confirmation hearings, Vitter cited potential conflicts of interest between the Clinton Foundation and foreign entities seeking favorable treatment from the State Department.

In **a March 17, 2015 letter to Secretary of State John Kerry**, Vitter asked for records pertaining to the State Department's decision to delay designating Boko Haram as a terrorist group between 2011 and 2013. In his letter, Vitter cited requirements under the Code of Federal Regulations that require federal agencies to make and preserve records that document certain activities and public policy decisions. The State Department's refusal to designate Boko Haram as an FTO despite the evidence that was presented would fall into this category. Vitter reminded Kerry that he previously challenged Clinton's unwillingness to confront Boko Haram.

Boko Haram **found its way back into the news** just a few days ago when the Nigerian military rescued hundreds of its captives. News of the operation broke just as new allegations surfaced involving the relationship between the **Clinton Foundation and its foreign donors.** It's not clear if the Chibok school girls were among the rescued, but it is evident that Clinton was beset with numerous conflicts of interest during her time as secretary of state. A new book written by a senior fellow at the Hoover Institution, claims that foreigners who made donations to the Clinton Foundation received favorable treatment from the State Department.

Bill Clinton told NBC News during his recent tour of Africa that his charity has not done anything **"knowingly inappropriate."** The former president **also suggested in other media interviews** that he and his wife were the victims of a concerted political attack aimed at bringing the Foundation down and damaging his wife's presidential run. But the Clinton Foundation continued receiving **foreign donations** while Clinton served as secretary of state in violation of an ethics agreement with the Obama administration.

Furthermore, Clinton used a secret email account to conduct official government business during her entire tenure as secretary of state. Those emails now loom very large as they could provide insight into the rationale behind Clinton's

JF00000035

reticence to press ahead with the FTO designation for Boko Haram. Vitter is asking the State Department to produce emails that involve discussions of the Islamist group.  **In an earlier letter to Kerry** the Louisiana senator called attention to the State Department's own Country Reports on Terrorism (CRT) and statistics from the National Counterterrorism Center (NCTC), which confirmed Boko Haram was engaged in terrorist activity and improving its capacity to coordinate with other groups. But the weight of evidence suggests "Secretary Hillary Clinton and the State Department not only knew of the extent, but also deliberately attempted to obfuscate the issue in order to avoid having to make the designation of Boko Haram as a FTO…" Vitter wrote.

Boko Haram translates into "Western Education is a Sin."

---

« « Toward The Past: Reports, Terrorist Acts Corroborate ISIS in Mexico Story JW Broke Last Month
Toward The Future: Ellis Island "Feet People" Exhibit Blasts Militarizing Mexican Border, Deportations » »

© 2010-2016 Judicial Watch, Inc. All Rights Reserved.

JF00000036

56F-LA-6718257 Serial 499

FD-1036 (Rev. 10-16-2009)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
### Import Form

**Form Type:** OTHER - Other                           **Date:** 09/09/2021

**Title:** (U) Article Re: Gilbert Chagoury dated 08/11/2016

**Approved By:** SSRA BURKE MEREDITH A

**Drafted By:** Edward L. Choe

**Case ID #:** 56F-LA-6718257     (U) TITANS GRIP;
                                  SENSITIVE INVESTIGATIVE MATTER


**Synopsis:** (U) Article titled, 'Five Devastating Facts About Hillary Clinton's Foreign Funder, Gilbert Chagoury' dated Aug. 11, 2016. [FOR DISCOVERY: CLEAN VERSION OF CORRUPT ATTACHMENT IN SERIAL 53]


◆◆

UNCLASSIFIED

JF00011239

Case 2:21-cr-00491-SB Document 99-4 Filed 02/03/22 Page 16 of 35 Page ID #:1419

*advertisement*



BREITBART

# BREITBART

# FIVE DEVASTATING FACTS ABOUT HILLARY CLINTON'S FOREIGN FUNDER, GILBERT CHAGOURY

 *15,661*     EMAIL    PARLER     TWEET

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Cookies Settings**

Accept All Cookies

JF00011240



Getty Images

*by* JEROME HUDSON | 11 Aug 2016 | 1,786

The release of nearly 300 pages of emails belonging to then-Secretary of State Hillary Clinton, which shine a spotlight on the crony connections Clinton facilitated between the State Department and her family foundation, highlights a particularly damning Clinton Foundation donor named Gilbert Chagoury.

Chagoury is a wealthy Lebanese construction magnate and longtime friend of former President Bill Clinton. His worldwide exploits were heavily documented in *The New York Times* bestselling book *Clinton Cash,* authored by Breitbart News Senior Editor-at-Large Peter Schweizer.

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Cookies Settings**

Accept All Cookies

JF00011241

advertisement

In Chagoury, one finds a clear-cut example of how foreign influencers bought access to the Clintons by funneling donations to the Clinton Foundation while Hillary Clinton was in command of the State Department.

Here are five of the most devastating facts about one of the Clintons' closest cronies:

## 1. Gilbert Chagoury donated nearly a half-million dollars to Democratic party voter efforts before attending the Clintons' White House Christmas party.

In 1996, Gilbert Chagoury donated $460,000 to a controversial Miami-based Democratic voter-registration group called Vote Now 96. As a foreign citizen, Chagoury is barred from donating directly to elected officials or political parties. But his three contributions of $200,000, $10,000, and $250,000, made in September and October 1996, were completely legal because Vote Now 96 was a nonprofit organization.

Just two months after making his six-figure donations, Chagoury was among the 250 guests who attended the Clintons' White House Christmas party.

## 2. Chagoury was convicted of laundering millions.

In 2000, Switzerland convicted Chagoury of money-laundering and "aiding a criminal organization in connection with the billions of dollars stolen from Nigeria during the [Sani] Abacha years" of military dictatorship, according to a PBS Frontline report. Chagoury later entered a plea deal, and the charges were expunged.

## 3. Chagoury's name was once on a federal no-fly list.

After the failed Christmas day bombing of an American passenger plane by Umar Farouk Abdulmutallab in 2010, Chagoury's name was added to a federal terrorist no-fly list. The billionaire admitted to being an acquaintance of Abdulmutallab's father, who is a Nigerian banker.

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Cookies Settings**

Accept All Cookies

JF00011242

*advertisement*

In July 2004, Nigeria's then-top anti-corruption prosecutor, Nuhu Ribadu, watched as Chagoury's private jet landed and then, abruptly, took off — allowing the corrupt businessman to escape arrest.

Ribadu's office spent years building a corruption case against Chagoury, who was once a senior adviser to Nigeria's longtime dictator Sani Abacha.

According to a PBS Frontline report, "Ribadu says that Chagoury made it possible for Abacha to steal billions of dollars and lined his own pockets in the process."

**5. Chagoury admitted in British court to bribery.**

In 2001, the construction magnate confessed in a British court to assisting the family of deceased Nigerian dictator, Sani Abacha, in transferring $300 million into foreign bank accounts.

Despite Chagoury's many troubling transgressions, the Clinton Foundation gladly accepted a $1-$5 million donation from the nefarious figure.

It is also worth noting that Chagoury's company, the Chagoury Group, pledged $1 billion to the Clinton Global Initiative in 2009, the same year the Clinton Global Initiative awarded the Chagoury Group its annual prize for "sustainable development." The money pledged was at the heart of Sen. David Vitter's (R) probe into whether Chagoury's cozy relationship with the Clintons played a roll in Clinton's State Department's delay of a Foreign Terrorist Organization (FTO) designation on Nigerian Islamist group Boko Haram; an FTO classification would have severely hampered Chagoury's business endeavors in Nigeria.

*Follow Jerome Hudson on Twitter: @JeromeEHudson.*

## READ MORE STORIES ABOUT:

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Cookies Settings**

Accept All Cookies

JF00011243

Case 2:21-cr-00491-SB   Document 99-4   Filed 02/03/22   Page 20 of 35   Page ID #:1423

**The New York Times**   http://nyti.ms/2bvSXgr

ELECTION 2016   Who Will Win?   Latest Polls   Primary Results   Get the Newsletter

# Foundation Ties Bedevil Hillary Clinton's Presidential Campaign

By AMY CHOZICK and STEVE EDER   AUG. 20, 2016

The kingdom of Saudi Arabia donated more than $10 million. Through a foundation, so did the son-in-law of a former Ukrainian president whose government was widely criticized for corruption and the murder of journalists. A Lebanese-Nigerian developer with vast business interests contributed as much as $5 million.

For years the Bill, Hillary and Chelsea Clinton Foundation thrived largely on the generosity of foreign donors and individuals who gave hundreds of millions of dollars to the global charity. But now, as Mrs. Clinton seeks the White House, the funding of the sprawling philanthropy has become an Achilles' heel for her campaign and, if she is victorious, potentially her administration as well.

With Mrs. Clinton facing accusations of favoritism toward Clinton Foundation donors during her time as secretary of state, former President Bill Clinton told foundation employees on Thursday that the organization would no longer accept foreign or corporate donations should Mrs. Clinton win in November.

But while the move could avoid the awkwardness of Mr. Clinton jetting around the world asking for money while his wife is president, it did not resolve a more pressing question: how her administration would handle longtime donors seeking help from the United States, or whose interests might conflict with the country's own.

The Clinton Foundation has accepted tens of millions of dollars from countries that the State Department — before, during and after Mrs. Clinton's time as secretary — criticized for their records on sex discrimination and other human-rights issues. The countries include Saudi Arabia, the United Arab Emirates, Qatar, Kuwait, Oman, Brunei and Algeria.

Saudi Arabia has been a particularly generous benefactor. The kingdom gave between $10 million and $25 million to the Clinton Foundation. (Donations are typically reported in broad ranges, not specific amounts.) At least $1 million more was donated by Friends of Saudi Arabia, which was co-founded by a Saudi prince.

Saudi Arabia also presents Washington with a complex diplomatic relationship full of strain. The kingdom is viewed as a bulwark to deter Iranian adventurism across the region and has been a partner in the fight against terrorism across the Persian Gulf and wider Middle East.

At the same time, though, American officials have long worried about Saudi Arabia's suspected role in promoting a hard-line strain of Islam, which has some adherents who have been linked to violence. Saudi officials deny any links to terrorism groups, but critics point to Saudi charities that fund organizations suspected of ties to militant cells.

Brian Fallon, a spokesman for the Clinton campaign, said the Clintons and the foundation had always been careful about donors. "The policies that governed the foundation's activities during Hillary Clinton's tenure as secretary of state already went far beyond legal requirements," he said in a statement, "and yet the foundation submitted to even more rigorous standards when Clinton declared her candidacy for president, and is pledging to go even further if she wins."

Mrs. Clinton's opponent, Donald J. Trump, could face his own complications if he becomes president, with investments abroad and hundreds of millions of dollars in real estate debt — financial positions that could be affected by moves he makes in the White House. And on Friday, Paul Manafort resigned as chairman of the Trump campaign, in part because of reports about his lucrative consulting work on behalf of pro-Russian Ukrainian politicians.

JF00000352

Still, Mr. Trump has seized on emails released over the past several weeks from Mrs. Clinton's tenure as secretary of state, in which a handful of donors are mentioned. He has attacked her over an email chain that showed Douglas J. Band, an adviser to Mr. Clinton, seeking to arrange a meeting between a senior American government official and Gilbert Chagoury, a Lebanese-Nigerian real estate developer who donated between $1 million and $5 million. Mr. Chagoury explained through a spokesman that he had simply wanted to provide insights on elections in Lebanon.

Some emails and other records described donors seeking and in some cases obtaining meetings with State Department officials. None showed Mrs. Clinton making decisions in favor of any contributors, but her allies fear that additional emails might come out and provide more fodder for Mr. Trump.

Craig Minassian, a spokesman for the foundation, said the decision to forgo corporate and foreign money had nothing to do with the emails. The foundation will continue to raise money from American individuals and charities.

"The only factor is that we remove the perception problems, if she wins the presidency," he said, "and make sure that programs can continue in some form for people who are being helped."

But Tom Fitton, the president of Judicial Watch, a conservative group that has sued to obtain records from Mrs. Clinton's time at the State Department, said that "the damage is done."

"The conflicts of interest are cast in stone, and it is something that the Clinton administration is going to have to grapple with," Mr. Fitton said. "It will cast a shadow over their policies."

And in an election year in which a majority of Americans say they do not trust Mrs. Clinton, even some allies questioned why the foundation had not reined in foreign donations sooner, or ended them immediately.

A Bloomberg poll in June showed that 72 percent of voters said it bothered them either a lot or a little that the Clinton Foundation took money from foreign countries while Mrs. Clinton was secretary of state. In a CNN/ORC International poll the same month, 38 percent of voters said Mr. Clinton should completely step down from the foundation, while 60 percent said he should be able to continue working with the foundation if his wife became president. Mr. Clinton said Thursday he would leave the foundation's board if Mrs. Clinton won.

Edward G. Rendell, a former Democratic governor of Pennsylvania, said the foundation should be disbanded if Mrs. Clinton wins, and he added that it would make sense for the charity to stop taking foreign donations immediately.

"I think they'll do the right thing," Mr. Rendell said, "and the right thing here is, without question, that the first gentleman have nothing to do with raising money for the foundation."

Mr. Minassian said ending foreign fund-raising before other sources of money could be found, and without knowing who will win the election, could needlessly gut programs that help provide, for instance, H.I.V. medication to children in Africa.

Begun in 1997, the foundation has raised roughly $2 billion and is overseen by a board that includes Mr. Clinton and the couple's daughter, Chelsea. Mrs. Clinton joined when she left the State Department and stepped down in 2015 before beginning her campaign. Its work covers 180 countries, helping fund more than 3,500 projects.

Having a former president at the helm proved particularly productive, with foreign leaders and business people opening their doors — and their wallets — to the preternaturally sociable Mr. Clinton.

Among the charity's accomplishments: Its Clinton Health Access Initiative — which is run by Ira C. Magaziner, who was a White House aide involved in Mrs. Clinton's failed effort to overhaul the health care system in her husband's first term — renegotiated the cost of H.I.V. drugs to make them accessible to 11.5 million people. The foundation helped bring healthier meals to more than 31,000 schools in the United States, and it has helped 105,000 farmers in East Africa increase their yields, according to the foundation's tally.

In December 2008, shortly before Mrs. Clinton became secretary of state, Mr. Clinton released a list of more than 200,000 donors to defuse speculation about conflicts.

Soon after, Mrs. Clinton agreed to keep foundation matters separate from official business, including a pledge to "not participate personally and substantially in any particular matter that has a direct and predictable effect upon" the foundation without a waiver. The Obama White House had particularly disliked the gatherings of world leaders, academics and business people, called the Clinton Global Initiative, that the foundation was holding overseas. The foundation limited the conferences to domestic locations while Mrs. Clinton was secretary of state. On Thursday, Mr. Clinton said the gathering in September in New York would be the foundation's last.

JF00000353

One of the attendees at these conferences speaks to the stickiness of some donor relationships.

Victor Pinchuk, a steel magnate whose father-in-law, Leonid Kuchma, was president of Ukraine from 1994 to 2005, has directed between $10 million and $25 million to the foundation. He has lent his private plane to the Clintons and traveled to Los Angeles in 2011 to attend Mr. Clinton's star-studded 65th birthday celebration.

Between September 2011 and November 2012, Douglas E. Schoen, a former political consultant for Mr. Clinton, arranged about a dozen meetings with State Department officials on behalf of or with Mr. Pinchuk to discuss the continuing political crisis in Ukraine, according to reports Mr. Schoen filed as a registered lobbyist.

"I had breakfast with Pinchuk. He will see you at the Brookings lunch," Melanne Verveer, a Ukrainian-American then working for the State Department, wrote in a June 2012 email to Mrs. Clinton.

A previously undisclosed email obtained by Citizens United, the conservative advocacy group, through public records lawsuits shows the name of Mr. Pinchuk, described as one of Ukraine's "most successful businessmen," among those on an eight-page list of influential people invited to a dinner party at the Clintons' home.

Earlier in 2012, Ambassador John F. Tefft wrote to Mrs. Clinton about a visit to Ukraine by Chelsea Clinton and her husband, Marc Mezvinsky, "at the invitation of oligarch, Victor Pinchuk." Mrs. Clinton replied, "As you know, hearing nice things about your children is as good as it gets."

In July 2013, the Commerce Department began investigating complaints that Ukraine — and by extension Mr. Pinchuk's company, Interpipe — and eight other countries had illegally dumped a type of steel tube on the American market at artificially low prices.

A representative for Mr. Pinchuk said the investigation had nothing to do with the State Department, had started after Mrs. Clinton's tenure and been suspended in July 2014. He added that at least 100 other people had attended the dinner party at Mrs. Clinton's house and that she and Mr. Pinchuk had spoken briefly about democracy in Ukraine.

A deal involving the sale of American uranium holdings to a Russian state-owned enterprise was another example of the foundation intersecting with Mrs. Clinton's official role in the Obama administration. Her State Department was among the agencies that signed off on the deal, which involved major Clinton charitable backers from Canada.

There was no evidence that Mrs. Clinton had exerted influence over the deal, but the timing of the transaction and the donations raised questions about whether the donors had received favorable handling.

Even if Mr. Clinton steps down, there could be remaining complications about a potential president's name being affixed to an international foundation. And Chelsea Clinton, who is its vice chairwoman, would continue her leadership role.

"It is very difficult to see how the organization called the Clinton Foundation can continue to exist during a Clinton presidency without that posing all sorts of consequences," said John Wonderlich, the interim executive director of the Sunlight Foundation, a government watchdog group in Washington. "What they announced only addresses the most egregious potential conflicts."

Considering the scale and scope of the foundation, Mr. Wonderlich said it was easy to "name a hundred different types of conflicts."

The reality is, he added, "there are no recusals when you are president."

Kitty Bennett contributed research.

*Find out what you need to know about the 2016 presidential race today, and get politics news updates via Facebook, Twitter and the First Draft newsletter.*

A version of this article appears in print on August 21, 2016, on page A1 of the New York edition with the headline: Foundation Complicates Clinton's Bid.

© 2016 The New York Times Company

JF00000354

# He was a billionaire **who donated** to the Clinton Foundation. Last year, he was denied entry into the U.S.



Gilbert Chagoury has contributed $1 million to $5 million to the Clinton Foundation, according to its list of donors. (Getty Images)

By **Joseph Tanfani**

AUGUST 28, 2016, 6:00 AM | REPORTING FROM WASHINGTON

**N**igerian billionaire Gilbert Chagoury, one of Africa's richest men, has built a reputation as a giant of global philanthropy.

His name is on a gallery at the Louvre and a medical school in Lebanon, and he has received awards for his generosity to the Catholic Church and St. Jude's Children's Hospital. He owns a seven-bedroom hilltop mansion in Beverly Hills, and he has a high-level network of friends from Washington to Lebanon to the Vatican, where he serves as an ambassador for the tiny island nation of St. Lucia. His website shows him shaking hands and laughing with Pope Francis.

"I never imagined what the future would hold for me," Chagoury once said of his boyhood in Nigeria. "But I knew there was a vision for my life that was greater than I could imagine.... I consider it a duty to give back."

Since the 1990s, Chagoury has also cultivated a friendship with the Clinton family — in part by writing large checks, including a contribution of at least $1 million to the Clinton Foundation.

By the time Hillary Clinton became secretary of State, the relationship was strong enough for Bill Clinton's closest aide to push for Chagoury to get access to top diplomats, and the agency began exploring a deal, still under consideration, to build a consulate on Chagoury family land in Lagos, Nigeria.

But even as those talks were underway, bureaucrats in other arms of the State Department were examining accusations that Chagoury had unsavory affiliations, stemming from his activities and friendships in Lebanon. After a review, Chagoury was refused a visa to enter the U.S. last year.

Chagoury is a prominent example of the nexus between Hillary Clinton's State Department and the family's Clinton Foundation, which has come under renewed scrutiny during her presidential run. The organization, founded as a way for the Clintons to tap their vast network for charitable works, has tackled some of the steepest challenges in the developing world, including rebuilding Haiti and fighting AIDS in Africa. It has also come under fire for its willingness to accept money from foreign governments with interest in swaying U.S. policy during Clinton's time as secretary of State, and the controversial histories of some donors.

**Part of a dictator's inner circle**

Chagoury was born in 1946 in Lagos to Lebanese parents, and as a child attended school in Lebanon. He sold shoes and cars in Nigeria, according to a biography on his website, before marrying the daughter of a prominent Nigerian businessman.

1 of 4

8/29/2016 7:40 AM

JF00000384

Case 2:21-cr-00491-SB   Document 95-4   Filed 02/03/22   Page 24 of 35   Page ID #:1427

During the rule of Gen. Sani Abacha, who seized power in Nigeria in 1993, Chagoury prospered, receiving development deals and oil franchises.

Election 2016 | Live coverage on Trail Guide | Sign up for the newsletter

In the 1990s, Chagoury portrayed himself as an Abacha insider as he tried to influence American policy to be more friendly to the regime. Soon after President Clinton named Donald E. McHenry a special envoy to Nigeria in 1995, Gilbert and brother Ronald Chagoury visited McHenry in his office at Georgetown University in Washington. The U.S. was pushing for the return of democratic rule in Nigeria; Abacha, meanwhile, was eager to have his country taken off a U.S. list of nations that enabled drug trafficking, McHenry said.

"Their effort was to try and influence anyone who they thought could influence the U.S. government," McHenry said, adding that the approach was heavy-handed. "They tried every key on the piano."

Abacha turned out to be "one of the most notorious kleptocrats in memory," stealing billions in public funds, acting Assistant Atty. Gen. Mythili Raman later said.

After Abacha's death in 1998, the Nigerian government hired lawyers to track down the money. The trail led to bank accounts all over the world — some under Gilbert Chagoury's control. Chagoury, who denied knowing the funds were stolen, paid a fine of 1 million Swiss francs, then about $600,000, and gave back $65 million to Nigeria; a Swiss conviction was expunged, a spokesman for Chagoury said.

**Ties to the Clintons**

In the years afterward, Chagoury's wealth grew. His family conglomerate now controls a host of businesses, including construction companies, flour mills, manufacturing plants and real estate.

He has used some of that money to build political connections. As a noncitizen, he is barred from giving to U.S. political campaigns, but in 1996, he gave $460,000 to a voter registration group steered by Bill Clinton's allies and was rewarded with an invitation to a White House dinner. Over the years, Chagoury attended Clinton's 60th birthday fundraiser and helped arrange a visit to St. Lucia, where the former president was paid $100,000 for a speech. Clinton's aide, Doug Band, even invited Chagoury to his wedding.

Chagoury also contributed $1 million to $5 million to the Clinton Foundation, according to its list of donors. At a 2009 Clinton Global Initiative conference, where business and charity leaders pledge to complete projects, the Chagoury Group's Eko Atlantic development — nine square kilometers of Lagos coastal land reclaimed by a seawall — was singled out for praise. During a 2013 dedication ceremony in Lagos, just after Hillary Clinton left her post as secretary of State, Bill Clinton lauded the $1-billion Eko Atlantic as an example to the world of how to fight climate change.

"I especially thank my friends Gilbert and Ron Chagoury for making it happen," he said.

By last summer, U.S. diplomats had selected a 9.9-acre property at Eko Atlantic as the preferred site for a new Lagos consulate, State Department documents obtained by the Los Angeles Times show. Two months ago, James Entwistle, then the U.S. ambassador to Nigeria, wrote to Washington, asking permission to sign a 99-year lease.

No deal has been signed, State Department spokeswoman Elizabeth Trudeau said. She did not answer questions about whether the Clintons recommended Eko Atlantic. She said at a recent briefing that she was unaware of whether Hillary Clinton knew the site was under consideration; it was on a list of possibilities submitted by a real estate firm in 2012, Trudeau said in response to questions from The Times. A spokesman for Clinton's campaign noted that the State Department has said the process has been managed by "career real estate professionals."

Chagoury declined requests for an interview. A friend and spokesman, Mark Corallo, said Chagoury was a generous and "peace-loving" man unfairly scrutinized because of his association with the Clintons. He said Chagoury last saw Hillary Clinton at a 2006 dinner. The Clinton Foundation and a spokesman for Bill Clinton did not respond to requests for comment.

Chagoury also has given to Republicans: He and his brother, along with Eko Atlantic, are listed as sponsors for a 2014 art exhibit at the George W. Bush Presidential Center.

**Suspicions emerge in the U.S.**

In spite of his network of powerful friends, Chagoury has aroused the suspicions of U.S. security officials. In 2010, he was pulled off a private jet in Teterboro, N.J., and questioned for four hours because he was on the Department of Homeland Security's no-fly list. He was subsequently removed from the list and categorized as a "selectee," meaning he can fly but receives extra scrutiny, Homeland Security documents show. The agency later wrote to Chagoury to apologize "for any inconvenience or unpleasantness."

That letter did not explain why Chagoury was on the no-fly list, but another Homeland Security document shows agents citing unspecified suspicions of links to terrorism, which can include financing extremist organizations; Chagoury later told reporters that agents asked him what bank he used in Nigeria.

Chagoury believes it was unfair for government officials to disclose the episode and to "suggest that he was a potential threat," Corallo said. He said that Chagoury's lawyers received the issue and that he never asked anyone else for help.

Chagoury told ABC News and the Center for Public Integrity at the time that he was miffed because his travel problems made him miss seeing the Lakers in the playoffs. "I just love the Lakers," he said.

His visa troubles stem at least in part from his involvement in the tangled politics of Lebanon. Chagoury has contributed to charitable projects there, advocated on behalf of the country's Christians and formed political alliances, including with Michel Aoun, a Lebanese Christian politician who served as army commander and

JF00000385

prime minister during the country's civil war.

For a decade, Aoun's party has been part of a political coalition with Hezbollah, the Shiite Muslim group backed by Iran that has seats in Lebanon's parliament. Hezbollah is classified as a terrorist organization by the U.S., which holds the group responsible for the 1983 bombing of the U.S. embassy in Beirut and a Marine barracks blast that year that killed 241 American servicemen. Drug Enforcement Administration investigations have also found that Hezbollah is in league with Latin American cartels to launder hundreds of millions of dollars in drug profits.

Chagoury was "known to have funded" Aoun, a Lebanese government minister told then-Ambassador Jeffrey D. Feltman in 2007, according to a cable published by WikiLeaks that didn't go in detail about Chagoury's relationship with Aoun. The minister suggested that the U.S. "deliver to Chagoury a strong message about the possibility of financial sanctions and travel bans against those who undermine Lebanon's legitimate institutions."

Chagoury never got a scolding, though. Instead, Band, Bill Clinton's aide, pushed for new access for Chagoury after Hillary Clinton took over at the State Department. In 2009, Band wrote his friends in the department. "We need Gilbert Chagoury to speak to the substance guy re Lebanon. As you know he's key guy there and to us and is loved in Lebanon. Very imp." Huma Abedin, a longtime aide and confidante to Clinton and now vice chairwoman of her presidential campaign, suggested Feltman.

When Band's email was made public this month, Donald Trump pounced, calling the Chagoury episode "illegal" and a "pay-to-play" scheme.

But no meeting ever happened, according to both Feltman and Chagoury's spokesman. Chagoury wanted only to pass along insights on Lebanese politics, Corallo said, adding that "nothing ever came of it" and that Chagoury never talked to anyone at the State Department. Band declined to comment for this story.

A Clinton campaign spokesman said Judicial Watch, the conservative organization that sued to make the emails public, "has been attacking the Clintons since the 1990s."

"No matter how this group tries to mischaracterize these documents, the fact remains that Hillary Clinton never took action as secretary of State because of donations to the Clinton Foundation," spokesman Josh Schwerin said.

This month, the foundation announced that it would stop accepting donations from foreigners and corporations should Clinton win the presidency.

**Denied a visa**

After Clinton left the State Department, Chagoury again found himself under suspicion by U.S. security officials. A 2013 FBI intelligence report, citing unverified raw information from a source, claimed Chagoury had sent funds to Aoun, who transferred money to Hezbollah. The source said Aoun was "facilitating fundraising for Hezbollah." The U.S. put Chagoury in its database used to screen travelers for possible links to terrorism, interagency memos show.

The ties between Chagoury and Aoun ended years ago in a dispute over oil franchises, said Michel de Chadarev, an official in Aoun's party. Chagoury now backs an Aoun rival for the presidency. De Chadarev said Aoun "categorically denied" any arrangement where he shared money with Hezbollah or passed funds from Chagoury: "No, no, no. Of course not. It is not in his principles to act as transporter to anyone."

Last summer, when Chagoury planned a trip to Los Angeles, he applied at the U.S. embassy in Paris for a visitor's visa and was refused, according to interviews and government documents. Based on the FBI report and other allegations from intelligence and law enforcement sources, the State Department denied the application. It cited terrorism-related grounds, a broad category that can apply to anyone believed to have assisted a terrorist group in any way, including providing money.

Chagoury has denied ties to Hezbollah. Two years ago, he helped pay for a conference in Washington on the persecution of Christians in the Middle East; some attendees supported Hezbollah, but the director of the group that organized the conference said that didn't mean Chagoury or other conference organizers were among them. "Hezbollah is part of the political reality of the country," Andrew Doran told the National Review.

Corallo did not answer questions about the visa denial, but said Chagoury "has been a friend and supporter of America all his life" and that "any allegation that Mr. Chagoury is involved in any way with providing material support to any terrorist organization, of any stripe, is false, outrageous and defamatory." He said Chagoury has no business interests in Lebanon.

The visa decision process is opaque and provides little recourse for those who are denied entry. Typically, the person is told of the grounds for refusal, but not the details. The secretary of State can grant a waiver, but that is often difficult when the evidence used to block entry is terrorism-related.

For the last three decades, Corallo said, Chagoury spent at least a few months each year in Beverly Hills, where he owns an 18,000-square-foot estate, once the home of actor Danny Thomas, with commanding views of West Los Angeles and the ocean.

A year ago, after his visa application was denied, Chagoury's mansion was put on the market, with an asking price of $135 million. It's still for sale.

joseph.tanfani@latimes.com

Twitter: @jtanfani

Why the USC/L.A. Times tracking poll differs from other surveys

Trump's immigration pivot: Will he be the latest Republican to alienate the base?

Trump is encouraging and amplifying the message of a 'radical fringe' of conservatives, Clinton says

Copyright © 2016, Los Angeles Times

8/29/2016 7:40 AM

JF00000386



# Hillary Clinton's Nigeria record once again in the spotlight

By SARAH WESTWOOD (@SARAHCWESTWOOD) • 7/20/15 2:41 PM

Nigerian President Muhammadu Buhari's visit to Washington, D.C., Monday to discuss the fight against Boko Haram has prompted critics to again question why Hillary Clinton refused to label the West African insurgents as terrorists during her State Department tenure.

Buhari and President Obama discussed U.S. support of Nigerian counterterrorism efforts, which was made possible by Secretary of State John Kerry's decision to place Boko Haram on the terrorist watch list in late 2013, just months after Clinton left office.

The State Department under Clinton resisted congressional calls to designate Boko Haram as a terrorist organization.

Robert Jackson, acting assistant secretary of state for African affairs, testified before Congress in May of last year that the agency could have acted sooner on Boko Haram.

Clinton's ties to Gilbert Chagoury, a prominent Nigerian businessman and Clinton Foundation supporter, have prompted at least one member of Congress to question the motives behind

JF00000037

her decision not to slap Boko Haram with a Foreign Terrorist Organization classification.

Sen. David Vitter, R-La., wrote a letter to Kerry in March asking the State Department to turn over emails in which Clinton discussed Boko Haram.

"[G]iven the drastic foothold Boko Haram was allowed to gain prior to being designated an FTO, the nexus between the Department's decision against designating Boko Haram as an FTO and connections to outside groups should be brought forward," Vitter wrote.

Vitter questioned whether the Clinton's relationship with Chagoury influenced her decision against labeling Boko Haram a terrorist group.

He noted Bill Clinton had participated in events with Chagoury while his wife was secretary of state, and that the Nigerian land developer had "previously agreed to a $66 million plea deal during international investigation into corruption charges against him."

The Clinton Foundation's acceptance of donations from Nigerian companies has raised red flags in the past.

For example, the First Bank of Nigeria, one of the country's largest financial institutions, gave as much as $25,000 to the Clinton Foundation.

The son of the former chairman of the First Bank of Nigeria was

Hillary Clinton's Nigeria record once again in the spotlight | Washingto...     http://www.washingtonexaminer.com/hillary-clintons-nigeria-record-o...

sentenced to life in prison after attempting to blow up a
Detroit-bound passenger flight on Christmas Day 2009.

Umar Farouk Abdulmutallab, Alhaji Mutallab's son, was dubbed
the "underwear bomber" after authorities discovered explosives
hidden in his underwear.

Bill Clinton accepted between $500,000 and $1 million from a
Nigerian newspaper publisher in 2012 to speak at an event in
Lagos.

The money went straight into the Clinton Foundation, donor
records show.

Procter & Gamble's Nigeria operation won a prestigious State
Department award in 2011. The company donated between $1
million and $5 million to the Clinton Foundation.

Hillary Clinton personally presented the company with the
award at a ceremony in Washington, D.C.

Nestle Nigeria, a food manufacturing company, also donated to
the Clinton Foundation.

Hillary Clinton reportedly invited Buhari to meet with her in
2009, years before the Nigerian president assumed office.

Powerful oil corporations have played a role in shaping Nigeria's
policy. Many of the energy conglomerates have also enjoyed
close ties to the Clintons.

JF00000039

Hillary Clinton's Nigeria record once again in the spotlight | Washingto...    http://www.washingtonexaminer.com/hillary-clintons-nigeria-record-o...

Royal Dutch Shell, a major oil company and Clinton Foundation donor, <u>reportedly infiltrated</u> the Nigerian government in its efforts to dominate the energy sector there.

Leaked diplomatic cables suggest State Department officials received <u>intelligence updates</u> from Shell executives in Nigeria and were concerned about the effects of the deteriorating security situation on the country's oil industry.

The Nigerian ambassador under Hillary Clinton met with executives from Shell and other corporations — including fellow foundation donors Chevron, Schlumberger and ExxonMobil — in 2009 and <u>advised them</u> on ways to lobby the Nigerian government in their favor.

One of the reasons Hillary Clinton's officials cited for refusing to label the group as terrorists was "the possibility that doing so might <u>heighten threats</u> against U.S. and Western interests," according to CNN.

JF00000040

Case 2:21-cr-00491-SB   Document 99-4   Filed 02/03/22   Page 30 of 35   Page ID #:1433

# Top Clinton Foundation donor who was denied entry into the U.S. fires back with a lawsuit



Gilbert Chagoury, a major donor to the Clinton Foundation, was denied entry to the U.S. last year by the State Department. (Getty Images)

**By Joseph Tanfani**

SEPTEMBER 15, 2016, 7:40 PM  |  REPORTING FROM WASHINGTON

A Nigerian-Lebanese billionaire donor to the Clinton Foundation sued seven federal agencies Thursday over being denied entry to the U.S., saying his reputation was damaged by the disclosure to the Los Angeles Times of reports alleging he may have facilitated fundraising for Hezbollah.

Gilbert Chagoury — a friend of Bill Clinton, an ambassador to the Vatican and owner of a hilltop mansion in Beverly Hills — said he wanted an opportunity to correct what he said was false information. He said it damaged his reputation and prompted a bank in California to close his accounts.

Last month, The Times reported that the State Department denied a visa to Chagoury, a British citizen, on terrorism-related grounds, a broad category that can apply to anyone suspected of providing any kind of support to an extremist group.

According to government documents, the decision was based at least in part on unconfirmed reports alleging that Chagoury was assisting a Lebanese politician in funneling money to Hezbollah, the Shiite Muslim group designated as a terrorist organization by the U.S.

Chagoury's suit, filed in U.S. District Court in Washington, names agencies with access to classified information in databases the government uses to track known or suspected terrorists: the FBI, the Justice Department, the National Counterterrorism Center, the State Department, CIA, Homeland Security and Customs and Border Protection. He does not name The Times in the lawsuit.

**Election 2016 | Live coverage on Trail Guide | Sign up for the newsletter  | The race to 270**

"I have always been told that American justice demands due process, yet I was given no explanation for having my visa revoked, and no opportunity to rebut these falsehoods before my reputation was dragged through the mud," Chagoury said in a statement. "That is not the America I know and love. I only want to clear my name."

In challenging the government, Chagoury has kept to legal channels and has not asked for help from any of his powerful friends, including Bill or Hillary Clinton, according to his spokesman, Mark Corallo.

"He has assiduously avoided asking the Clintons or any of their staff for anything," Corallo said.

Chagoury, 70, a friend and supporter of Bill Clinton since the 1990s, donated between $1 million and $5 million to the Clinton Foundation. Last month, his name surfaced in a release of State Department emails showing connections between the foundation and the State Department under Hillary Clinton. Doug Band, an aide to Bill Clinton, asked Huma Abedin, a top aide to then-Secretary Hillary Clinton, to arrange a meeting for Chagoury with an American diplomat in Lebanon.

JF00000452

"As you know, he's key guy there and to us," Band wrote in 2009. The disclosure of the email was one of several in recent months that have renewed questions about State Department access granted to foundation donors and about Clinton's level of transparency as she runs for president.

Bill Clinton suggested Chagoury pursue that meeting, after the two discussed the messy politics of Lebanon, Corallo said Thursday. Chagoury had wanted only to share political insights, and no meeting ever happened, Corallo said.

The State Department told Chagoury last year that he was denied a visa on terrorism-related grounds, the complaint says, adding that the agency "could only wrongfully conclude Gilbert Chagoury is a terrorist threat by relying on false information stored in a government database."

Chagoury asked for a waiver but was denied, said his lawyer, Stewart Baker.

He never was told what the supposed terrorist connection was, or even asked any questions, according to Baker, a former official at the Department of Homeland Security.

"He would have welcomed an opportunity to engage on the merits of these charges, and he didn't get it," Baker said.

Chagoury made his fortune in Nigeria, where he prospered during a close relationship with a corrupt dictator; he was implicated in schemes to steal public money, and his conviction was expunged after he returned millions to the Nigerian government.

Chagoury also has been deeply involved in the fractious politics of Lebanon; he has donated money to Christian relief organizations in the Middle East but has not provided any support for Hezbollah or any other terrorist groups, the complaint says. "Hezbollah has enemies," the suit said, noting the group is at war with Islamic State. "To be falsely cast as a supporter of Hezbollah is to have one's life and the lives of one's family put at risk."

After publication of The Times story, a bank in California closed his accounts, an action the lawsuit blames on concerns about breaking rules prohibiting doing business with known or suspected terrorists. Because of the banking problems, Chagoury "is finding it increasingly difficult to pay for maintenance, property taxes and other continuing expenses on his house in Beverly Hills."

Even though Chagoury was denied entry into the U.S., other officials in the State Department have continued to pursue a deal to build a new Lagos consulate at Eko Atlantic, a futuristic development owned by the Chagoury family. The State Department said Eko was first identified by a real estate firm; no deal has been signed.

The suit says Chagoury was damaged by a "deliberate, outrageous and unlawful leak of information, and more importantly, misinformation" to The Times. Chagoury's lawyers will also ask the agencies to investigate who disclosed it, the suit says.

In 2010, Chagoury was pulled off a plane after he showed up on the Department of Homeland Security's "no-fly" list, again because of unspecified suspicions of terrorism links; his attorneys challenged the decision, and he was taken off the list and given a letter of apology. During that episode, Chagoury also never called the Clintons or any other friends for assistance, Baker said.

But there is little legal recourse for non-citizens like Chagoury, a British citizen who has spent summers in Beverly Hills for 35 years, to challenge the State Department's visa decisions.

According to Baker, the lawsuit is the first complaint filed under the Judicial Redress Act, signed into law in February by President Obama, which may extend U.S. privacy protections to European citizens. The new law, a response to negotiations with European Union countries over privacy rights, may extend to those countries' citizens the same protections against unauthorized disclosure of government information.

**joseph.tanfani@latimes.com**

**Twitter: @jtanfani**

**Donald Trump revises his economic plan but leaves many questions unanswered**

**Nevada test site: Can Clinton's top-down organization overcome Trump's bottom-up enthusiasm?**

**Hillary Clinton returns to campaigning and says being sidelined at home was 'the last place I wanted to be'**

Copyright © 2016, Los Angeles Times

**This article is related to:** Lebanon, U.S. Department of State, Bill Clinton, Hillary Clinton, U.S. Department of Justice, Huma Abedin, European Union

JF00000453

Who Is Clinton Foundation Donor Billionaire Chagoury?   Page 1 of 4

Case 2:21-cr-00491-SB   Document 99-4   Filed 02/05/22   Page 32 of 35   Page ID #:1435

# Who Is Clinton Foundation Donor Billionaire Gilbert Chagoury?

## Newly released emails show the Nigerian billionaire requesting a favor through a top Clinton Foundation official when Hillary Clinton served as secretary of state

By <u>Denisse Moreno</u>, <u>Epoch Times</u> | August 15, 2016 | Last Updated: August 15, 2016 6:08 pm



It was April 2009 and Lebanese-Nigerian Billionaire Gilbert Chagoury had an urgent request. He needed to talk to someone at the State Department. While such a meeting might normally take days—if not weeks or months—to set up, if at all, Chagoury knew the right people.

Aides of then Secretary of State Hillary Clinton received an email on April 25, 2009, without a subject line.

<u>In the email</u>, Doug Band, a top official with the Clinton Foundation, asked Clinton aides Huma Abedin and Cheryl Mills to connect billionaire Chagoury to "the substance person re Lebanon."

Just over four hours later, Abedin responded:

"It's Jeff Feltman.
I'm sure he knows him.
I'll talk to Jeff."

Feltman was serving as Assistant Secretary of State for Near Eastern Affairs at the time, after having served as U.S. ambassador to Lebanon for 4 years.

Impressing on Abedin the urgency of the matter he emailed her back 15 minutes later saying:

Who Is Clinton Foundation Donor Billionaire Gilbert Chagoury?   Page 2 of 4

Case 2:21-cr-00491-SB   Document 99-4   Filed 02/05/22   Page 33 of 35   Page ID #:1436

"Better if you call him.
Now preferable.
This is very important.
He's awake I'm sure."

Band had served in different positions in the White House while Bill Clinton was president. In 1999, President Clinton appointed him as "Special Assistant to the President." Band continued to serve as Clinton's chief adviser from 2002 to 2012.

According to the Wall Street Journal, Band played a crucial role in negotiations with Barack Obama's team in 2008 in convincing them to appoint Hillary Clinton as secretary of state.

The emails, which were released as part of a freedom of information request by conservative watchdog group Judicial Watch, have raised concerns about Hillary Clinton's connection to the Clinton Foundation while serving as secretary of state. It has also raised questions about her and her staff providing favors for top donors while she served in office.

Chagoury is such a donor.



 **John Burtis**
@jburtis

[ Follow ]

@gerfingerpoken2 @IBDeditorials But only after Gilbert Chagoury donated $5 million to the Clinton Fund...

10:20 AM - 28 Feb 2016

## Life

Chagoury was born in Lagos, Nigeria in 1946—his parents were originally from Lebanon. He studied at the Collège des Frères in Lebanon. Chagoury worked selling shoes, according to his website, and then became director of sales for a Nigerian car company. In 1969 Chagoury married Rose-Marie Chamchoum, daughter of a prominent family from the same Lebanese village as the Chagoury family. They had four children and are grandparents.

## Friendship with Clintons

Chagoury is a friend of the Clintons, and appeared as a top Clinton Foundation donor in 2008. Foundation documents show he contributed $1 million to $5 million, according to the Wall Street Journal, and was on the list again in 2009. The billionaire, along with his wife and three of his children, were guests at the Clinton's White House holiday dinner, just after Chagoury contributed almost a half-million dollars to Vote '96, a voter registration committee, according to the The Washington Post. Since Chagoury is not an American citizen, he's not allowed to donate directly to political candidates.

"Everyone knows I'm friends with the Clintons," Chagoury said in a 2010 interview with Frontline.

JF00000333

Who Is Clinton Foundation Donor Billionaire Gilbert Chagoury?    Page 2 of 4

Case 2:21-cr-00491-SB    Document 99-4    Filed 02/05/22    Page 34 of 35    Page ID #:1437



 **GbamTV**
@GbamTVFan

<div style="float:right; border:1px solid; padding:4px;">Follow</div>

Nigerias Chagoury Group Named In Latest Presidential
Nominee Hillary Clinton's Email Scandal goo.gl/6eq7He

6:12 AM - 11 Aug 2016

1

## Corruption

Chagoury is a prime figure in land and construction in Nigeria. He was a close friend and adviser to
the country's late dictator Gen. Sani Abacha, who gained power in the 1990s and was listed in 2004
as the fourth most corrupt leader in history, according to Transparency International.

Chagoury benefited from profitable deals in Nigeria through Abacha, and according to longtime editor
of Africa Energy Intelligence Philippe Vasset, "He [Chagoury] was the gatekeeper to Abacha's
presidency."

He was convicted in Switzerland in the year 2000 for money laundering and aiding a criminal
organization linked to billions of dollars stolen from Nigeria's government under Abacha's rule.

The billionaire's attorney told Frontline that Chagoury decided to return the money and agreed to a
plea deal. He paid a fine of one million Swiss francs and gave $66 million to the Nigerian government.

Chagoury won immunity from prosecution in a separate Nigerian stolen-assets case by agreeing to
give back money that he had in Swiss bank accounts, although the total amount of money he paid is
unknown.

## No-Fly List

In 2010, the United States apologized to Chagoury for an incident in January of that year in which he
was detained for more than four hours by officials after his name was found on a no-fly list. He was
taken off a private jet at Teterboro airport in New Jersey along with the crew and four more
passengers.

"I think a huge mistake is an understatement," Chagoury said at the time.

"I cannot accept being labeled a terrorist when I am known all over the world as a person who loves
peace. It really hurt," he told ABC News.

Who Is Clinton Foundation Donor Billionaire Gilbert Chagoury? Page 4 of 4

Case 2:21-cr-00491-SB   Document 99-4   Filed 02/03/22   Page 35 of 35   Page ID #:1438

The Transportation Security Administration declined to comment at the time when or why Chagoury had been placed on the no-fly list, or who provided a waiver for him to travel to France from Washington DC.

"I don't know why me. I look at myself as a friend of America, I've always loved your country," said the billionaire, who added that he had traveled regularly to the United States without any problems before the incident.

## Philanthropy and the Catholic Church

Chagoury is known for his philanthropy, including donations to St. Jude's Children's Research Hospital. The billionaire met with St. Jude's founder, Danny Thomas, also of Lebanese descent, in 1980 and began contributing to the organization. For his contributions, he was awarded the organization's highest award, the Founder's Award, his wife was named "Woman of the Year" by St. Jude in 1988, and a year later he was named "Man of the Year."

Chagoury is described as a "faithful and devout Catholic" in a bio on his website. He said that the church has looked to him for "personal and philanthropic assistance on many occasions."

"In 1990, Pope John Paul II awarded him the distinct honor of the Order of Saint Gregory the Great at the rank of Commander for his generosity to the Church and his unwavering faithfulness," his website says.

The pope also honored Chagoury and his family with a private audience in 1998 as a thank you for his contributions to the church, and was knighted in 2009 by Pope Benedict XVI.

In 1995, Chagoury was appointed by the Caribbean island of St. Lucia as ambassador to the United Nations Educational, Scientific and Cultural Organization (UNESCO).

Chagoury did not respond to a request for a comment.

---

Article printed from The Epoch Times: **http://www.theepochtimes.com**

URL to article: **http://www.theepochtimes.com/n3/2137541-who-is-billionaire-gilbert-chagoury-key-donor-and-friend-of-hillary-clinton/**

Click here to print.

Copyright © 2016 The Epoch Times. All rights reserved.

JF00000335