John L. Littrell, State Bar No. 221601
jlittrell@bklwlaw.com
Ryan V. Fraser, State Bar No. 272196
rfraser@bklwlaw.com
BIENERT KATZMAN
LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Tel: (949) 369-3700
Fax: (949) 369-3701

*Attorneys for Defendant*
*Hon. Jeffrey Lane Fortenberry*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>JEFFREY FORTENBERRY,<br><br>*Defendant.* | Case No. 2:21-cr-00941-SB<br>Hon. Stanley Blumenfeld, Jr.<br><br>**MEET-AND-CONFER DECLARATION OF RYAN V. FRASER REGARDING JOINT MOTIONS *IN LIMINE* NOS. 5 THROUGH 9 ON BEHALF OF HON. JEFFREY FORTENBERRY**<br><br>Hearing Date: February 8, 2022<br>Hearing Time: 8:00 a.m.<br><br>Indictment: Oct. 19, 2021<br>Pretrial Conference: Feb. 8, 2022<br>Trial: Feb. 15, 2022<br>Last Day: March 2, 2022 |

## DECLARATION OF RYAN V. FRASER

I, Ryan V. Fraser, declare as follows:

1. I am an attorney admitted to practice before this Court and associated with Bienert Katzman Littrell Williams LLP, counsel to Congressman Jeffrey Lane Fortenberry in this matter. Pursuant to the Court's Criminal Standing Order of October 25, 2021, I submit this declaration to summarize the parties' meet-and-confer efforts regarding Joint Motions *in Limine* ("JMILs") numbers 5 through 9, submitted on behalf of Congressman Fortenberry.

2. On or about January 14, 2022, counsel for the government and Congressman Fortenberry met and conferred via email and telephone to discuss prospective JMILs.

3. On January 19, 2022, I emailed AUSAs Mack Jenkins, Susan Har, and Jamari Buxton a meet-and-confer letter setting forth Congressman Fortenberry's proposed JMILs and the evidence and arguments Congressman Fortenberry would seek to exclude or admit, with supporting authority and rationale.

4. Between that date and today, counsel for the parties continued to meet-and-confer via email and telephone to discuss their positions concerning the proposed JMILs and other pretrial deadlines. In the process, the parties resolved some disputes, thereby reducing the number of JMILs to be filed. However, we were unable to reach a consensus with respect to the relief sought in Congressman Fortenberry's JMILs numbered 5 through 9, which I anticipate filing as CM/ECF document numbers 100, 101, 102, 103, and 104. AUSA Jenkins confirmed to defense counsel by email on January 24, 2022, that he considered the meet-and-confer process exhausted as to each JMIL that has now been filed on Congressman Fortenberry's behalf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this third day of February, 2022, in Los Angeles County, California.

_____
Ryan V. Fraser