John L. Littrell, SBN 221601
Ryan V. Fraser, SBN 272196
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>JEFFREY FORTENBERRY<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:21-cr-00491-SB-01<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged:  (**List Documents**)

1.      UNDER SEAL Defendant Hon. Fortenberry's Unopposed Ex Parte Application to Lodge & File Multimedia Exhibits Under Seal

2.      [PROPOSED] ORDER granting Fortenberry's Ex Parte Application to Lodge and File Multimedia Exhibits Under Seal

3.      Thumb-Drive containing SEALED multimedia exhibits

**Reason:**
☑ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| | |
|---|---|
| February 9, 2022<br>Date | /s/ Ryan V. Fraser<br>Attorney Name<br>Defendant Hon. Jeffrey Lane Fortenberry<br>Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*