Name & Address:
John L. Littrell, SBN 221601
Ryan V. Fraser, SBN 272196
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:21-cr-491-SB |
| v. | |
| JEFFREY FORTENBERRY, | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

UNDER SEAL:

1. Defendant Hon. Fortenberry's Unopposed Ex Parte Application to File Draft Transcripts
2. Draft Transcripts
2. [PROPOSED] ORDER granting Fortenberry's Unopposed Ex Parte Application to File Draft Transcripts

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☑ Per Court order dated: 2/11/2022
☐ Other:

Sealing per Protective Order

2/11/2022
Date

Ryan Fraser
Attorney Name

Hon. Jeffrey Lane Fortenberry
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)            NOTICE OF MANUAL FILING OR LODGING