UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No.: | 2:21-cr-00491-SB-1 | Date: | February 11, 2022 |
|---|---|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., United States District Judge |
|---|---|
| Interpreter: | N/A |

| Jennifer Graciano | Miriam Baird | Mack E. Jenkins, AUSA<br>Susan S. Har, AUSA<br>J. Jamari Buxton, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jeffrey Fortenberry | √ | | √ | Ryan V. Fraser | √ | | √ |
| | | | | John Lewis Littrell | √ | | √ |

**Proceedings:**   PRETRIAL CONFERENCE MINUTES

Case called and appearances made. The Court and counsel confer regarding pending Pretrial Conference matters.

1.  Pretrial Conference Documents. The parties are to file the documents below **by no later than February 15, 2022**.

    - The parties shall submit pretrial filings in joint binders and electronic format, including the previously submitted joint motions in limine, as described in the Court's Criminal Standing Order.

    - With respect to the eighth joint motion in limine (to admit Defendant's statements), to the extent Defendant seeks to introduce specific statements beyond what the Government will introduce, he is ordered to provide a supplement that lists: (1) the page and line of the Government's offered evidence and (2) the page and line of what evidence Defendant seeks to introduce in response, along with a short justification for its admission under the rules of evidence.

    - More generally, if Defendant would like to focus the Court on specific portions of the video evidence submitted in connection with the eighth joint motion in limine, he may present a list of time-stamped portions for the Court's review.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

- The Government shall provide a supplement on the first joint motion in limine (to exclude improper argument re: materiality) that addresses the Court's concerns as stated on the record. Defendant is free to file a supplemental brief. The supplemental briefs shall not exceed five pages in length.

2. <u>Interview Transcripts</u>. Defendant shall file the complete transcripts of the four recordings the Government seeks to admit **by no later than close of business today, February 11, 2022**.

3. <u>Status Conference</u>. The parties are ordered to appear on **February 17, 2022 at 8:30 a.m.** for a status conference.

4. <u>Trial Date</u>. The Court **vacates** the February 15, 2022 trial date and resets this matter for trial on **March 15, 2022**. An order on excludable time under the Speedy Trial Act will issue separately.

5. <u>Motion to Transfer</u>. For the reasons set forth in the separate order to follow, Defendant's motion to transfer is **denied**.

:

1:58

Initials of Deputy Clerk    jgr