John L. Littrell, State Bar No. 221601
jlittrell@bklwlaw.com
Ryan V. Fraser, State Bar No. 272196
rfraser@bklwlaw.com
BIENERT KATZMAN
LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile:  (949) 369-3701

*Attorneys for Defendant*
*Hon. Jeffrey Lane Fortenberry*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> JEFFREY FORTENBERRY, <br><br> *Defendant.* | Case No. 2:21-cr-491-SB <br><br> Hon. Stanley Blumenfeld, Jr. <br><br> **STATEMENT ON BEHALF OF CONGRESSMAN FORTENBERRY RE PRIOR ADMISSIONS OF EXPERT TESTIMONY BY PROF. ALAN CASTEL, Ph.D.** <br><br> Hearing Date: Feb. 17, 2022 <br> Hearing Time: 8:30 a.m. <br><br> Indictment: Oct. 19, 2021 <br> Status Conference: Feb. 17, 2022 <br> Trial: Mar. 15, 2022 |

Pursuant to the Court's oral instruction of February 11, 2022, counsel for Hon. Jeffrey Fortenberry provides the following information regarding prior expert testimony by Alan Castel, Ph.D., Professor of Psychology at UCLA. Prof. Castel has testified as an expert on memory-related subjects in the following criminal trials:

Superior Court of California, Los Angeles County

1. People v. Kuchimpos, case no. 9vv03952;
2. People v. Guerrero, case no. 9cj06471; and
3. People v. Ringler, case no. BA47792-01.

Superior Court of California, Orange County

4. People v. Bates, case no. 13HF2959;
5. People v. Carachure, case no. 13CF2054;
6. People v. Mandujano, case no. 13NF3193; and
7. People v. Wooten, case no. YA089501.

Alaska, Superior Court

8. State v. Clifton, case no. 3AN-06-8223CR.

In addition, Prof. Castel served as an expert witness for the Federal Trade Commission in *Federal Trade Commission v. Publishers Business Services, Inc.*, in the United States District Court for the District of Nevada, case number 2:08-cv-620-APG-GWF, although that case has not resulted in a trial and the court did not rule on the admissibility of Prof. Castel's testimony, having denied as moot a motion to exclude it. Prof. Castel was also involved as an expert witness in *Porter v. NBTY, Inc.*, in the United States District Court for the Northern District of Illinois, case number 1:15-cv-11459, although that case did not reach trial, either.

\\\
\\\
\\\
\\\
\\\

Prof. Castel is not aware of having been excluded from testifying by any court ruling.

Respectfully Submitted,

Date: February 14, 2022

BIENERT KATZMAN
LITTRELL WILLIAMS LLP

By: _____
John L. Littrell
Ryan V. Fraser
*Attorneys for Hon. Jeffrey Lane Fortenberry*