TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
J. JAMARI BUXTON (Cal. Bar No. 342364)
SUSAN S. HAR (Cal. Bar No. 301924)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3289
    Facsimile: (213) 894-0141
    E-mail:    mack.jenkins@usdoj.gov
                    jamari.buxton@usdoj.gov
                    susan.har@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00491-SB |
|---|---|
| Plaintiff, | PROPOSED JOINT VERDICT FORM |
| v. | Indictment: 10/19/2021<br>Pretrial Conference: 3/8/2022 at 8:00 a.m.<br>Trial: 3/15/2022 at 8:30 a.m. |
| JEFFREY FORTENBERRY, | |
| Defendant. | |

      Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Susan S. Har, and J. Jamari Buxton, and defendant JEFFREY FORTENBERRY ("defendant"), by and through his counsel of record, John

//

//

Littrell and Ryan Fraser, hereby submit their proposed joint verdict form in the above-captioned case.

Dated: February 15, 2022             Respectfully submitted,

                                     TRACY L. WILKISON
                                     United States Attorney

                                     SCOTT M. GARRINGER
                                     Assistant United States Attorney
                                     Chief, Criminal Division


                                     /s/
                                     SUSAN S. HAR
                                     MACK E. JENKINS
                                     J. JAMARI BUXTON
                                     Assistant United States Attorneys

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

Dated: February 7, 2022              /s/ per email authorization
                                     JOHN LITTRELL
                                     RYAN FRASER

                                     Attorneys for Defendant
                                     JEFFREY FORTENBERRY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00491-SB |
|---|---|
| Plaintiff, | <u>VERDICT FORM</u> |
| v. | |
| JEFFREY FORTENBERRY, | |
| Defendant. | |

## COUNT ONE

### Scheme to Falsify or Conceal Material Facts

1. We, the Jury, unanimously find defendant JEFFREY FORTENBERRY *(check one)*:

\_\_\_\_\_ GUILTY

\_\_\_\_\_ NOT GUILTY

as charged in Count One of the Indictment.

**(Please proceed to Question No. 2)**

1

## COUNT TWO

### False Statement

2. We, the Jury, unanimously find defendant JEFFREY FORTENBERRY *(check one)*:

   _____ GUILTY

   _____ NOT GUILTY

as charged in Count Two of the Indictment.

**(Please proceed to Question No. 3)**

2

## COUNT THREE

### False Statement

3. We, the Jury, unanimously find defendant JEFFREY FORTENBERRY (check one):

    \_\_\_\_\_ GUILTY

    \_\_\_\_\_ NOT GUILTY

as charged in Count Three of the Indictment.

DATED _____ in Los Angeles, California

 

_____
FOREPERSON OF THE JURY