John L. Littrell, State Bar No. 221601
jlittrell@bklwlaw.com
Ryan V. Fraser, State Bar No. 272196
rfraser@bklwlaw.com
BIENERT KATZMAN
LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Tel: (949) 369-3700
Fax: (949) 369-3701

*Attorneys for Defendant*
*Hon. Jeffrey Lane Fortenberry*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>JEFFREY FORTENBERRY,<br><br>*Defendant.* | Case No. 2:21-cr-491-SB<br>Hon. Stanley Blumenfeld, Jr.<br><br>**HON. JEFFREY FORTENBERRY'S PROPOSED VOIR DIRE**<br><br>Hearing Date: February 17, 2022<br>Hearing Time: 8:30 a.m.<br><br>Indictment: Oct. 19, 2021<br>Status Conference: Feb. 17, 2022<br>Trial: Mar. 15, 2022 |

Congressman Fortenberry respectfully requests attorney-conducted voir dire, *see* Joint Motion *In Limine* ("JMIL") 9, CM/ECF doc. no. 104, but understands it is not the Court's typical practice. In the alternative to granting JMIL 9, Congressman Fortenberry requests the Court ask the entire panel of prospective jurors the following questions, allowing counsel an opportunity to ask follow-up questions or request follow-up by the Court.

### A. Attitudes and views regarding politicians

Do you believe politicians tend to be less honest than nonpoliticians tend to be, all other things being equal? If so, please explain and rate the firmness of your belief on a scale from 1 to 10, where 10 would indicate a very firmly held belief and 1 would indicate a belief that you do hold, but not firmly at all.

### B. Bias based on political party or geography

The defendant, Jeff Fortenberry, is a Republican Congressman from Nebraska. Does anyone have any thoughts or feelings about being a juror in this case based on his political affiliation or home state?

Do you generally dislike or mistrust Republicans? If so, please rate the strength of your feeling on a scale from 1 to 10, where a higher number indicates a stronger feeling.

### C. Views regarding human memory

Do you believe that human memory generally works like a camera or tape recorder, accurately recording what we see or hear for later inspection? If so, please rate your confidence level on a scale of 1 to 10, where a higher number indicates greater confidence.

Do you believe that, once you have formed a memory of an event, that memory will not change other than perhaps by fading with the passage of time? If so, please rate your confidence level on a scale of 1 to 10, where a higher number indicates greater confidence.

### D. Defendant not testifying or testifying

A defendant in a criminal case has a constitutional right not to testify and, in this case, the defendant's mental state will be an essential element of the jury's decision. In arriving at a verdict, the law prohibits the jury from considering in any manner that the defendant did not testify, if he does not. Might you find it challenging to follow the instruction not to consider a

decision not to testify? If so, please explain.

     If a defendant testifies, the jury must treat his or her testimony just as it would the testimony of any other witness. Might you find it challenging to follow this instruction if the defendant testifies? If so, please explain.

                              Respectfully submitted,

Dated: February 16, 2022         BIENERT KATZMAN
                                        LITTRELL WILLIAMS LLP

                                        John L. Littrell
                                        Ryan V. Fraser
                                        *Attorneys for Defendant*
                                        Hon. Jeffrey Lane Fortenberry