UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY FORTENBERRY,<br><br>Defendant. | No. 2:21-cr-00491-SB<br><br>ORDER ALLOWING DISCLOSURE OF GRAND JURY TESTIMONY<br><br>Indictment: 10/19/21<br>Pretrial Conference: 3/8/22 at 8:00 a.m.<br>Trial Date: 3/15/22 at 8:30 a.m. |

 For good cause shown, IT IS HEREBY ORDERED that plaintiff, United States of America, may supply defense counsel of record with a copy of the grand jury testimony of any witness whom the government may call at trial. The purpose of this order is to enable defendant to prepare his defense and to permit compliance with the disclosure provisions of the Jencks Act, 18 U.S.C. § 3500.

 IT IS FURTHER ORDERED that defense counsel shall not disclose such grand jury testimony to any other person or persons, except as necessary in preparation of the defense, without prior authorization from this Court, and that the copy of the testimony provided to defense counsel (and any reproductions or copies made of the produced copy) shall be returned to the government at the conclusion of the proceedings in this case.

Dated: February 16, 2022



Stanley Blumenfeld, Jr.
United States District Judge