UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No.: | 2:21-cr-00491-SB-1 | Date: | February 17, 2022 |
|---|---|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., United States District Judge |
|---|---|
| Interpreter: | N/A |

| Jennifer Graciano | Miriam Baird | Mack E. Jenkins, AUSA<br>Susan S. Har, AUSA<br>J. Jamari Buxton, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jeffrey Fortenberry (Zoom) | √ | | √ | John Lewis Littrell<br>Glen Summers<br>Ryan V. Fraser | √<br>√<br>√ | | √<br>√<br>√ |

**Proceedings:**   MINUTES OF STATUS CONFERENCE (Held and Completed)

Case called and appearances made. Defendant Jeffrey Fortenberry is present via Zoom. The Court and counsel confer regarding pending Pretrial Conference matters.

- <u>Excludable Time</u>. The parties are ordered to meet and confer over the Government's contentions regarding excludable time. The Government is ordered to file its statement on the matter, reporting Defendant's competing views if any, **by close of business today, February 17, 2022**.
- <u>Attorney Voir Dire</u>. The Court informs the parties that it will not allow attorney-conducted voir dire. Accordingly, the ninth joint motion in limine is **denied** but the Court will consider the parties' proposed voir dire questions and Defendant's request for open-ended questioning.
- <u>Sixth Joint Motion in Limine</u>. The parties are also ordered to meet and confer on the sixth joint motion in limine (to exclude irrelevant texts, phone calls, and emails). Dkt. No. 101. If Defendant has any outstanding objections to any specific texts, phone calls, or emails that the Government seeks to admit, the parties should file a joint list of disputed items by no later than March 2, 2022. The list should include each specific item in dispute and the parties' respective positions on admissibility.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

- <u>Remaining Motions in Limine</u>.  The Court takes the remaining eight motions in limine under submission.

The parties are to appear before the Court for an in-person Final Pretrial Conference on **March 8, 2022 at 8:00 a.m**.  The Jury Trial remains scheduled for March 15, 2022 at 8:30 a.m.

<u>0:59</u>
Initials of Deputy Clerk: JGR
