John L. Littrell, SBN 221601
Ryan V. Fraser, SBN 272196
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF(S) v. JEFFREY FORTENBERRY, DEFENDANT(S). | CASE NUMBER: 2:21-cr-00491-SB <br><br> NOTICE OF MANUAL FILING OR LODGING |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

1. Fortenberry's Unopposed Ex Parte Application to File Joint Motion In Limine ("JMIL") No. 6-Related Documents Under Seal and Proposed Order Thereon.

2. Fortenberry's Under Seal Filing (transmitted by emailed hyperlink on Mar. 2, 2022), of Disputed Items Supplementing JMIL No. 6, including the government's Feb. 15, 2022, exhibit list, an overview table, disputed text-message and email evidence with objections, and the government's position on Fortenberry's objections.

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

March 3, 2022
Date

Ryan V. Fraser
Attorney Name

Hon. Jeffrey Lane Fortenberry
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                    NOTICE OF MANUAL FILING OR LODGING