John L. Littrell, State Bar No. 221601
jlittrell@bklwlaw.com
Ryan V. Fraser, State Bar No. 272196
rfraser@bklwlaw.com
BIENERT KATZMAN
LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Tel: (949) 369-3700
Fax: (949) 369-3701

*Attorneys for Defendant*
*Hon. Jeffrey Lane Fortenberry*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>v.<br><br>JEFFREY FORTENBERRY,<br><br>        *Defendant.* | Case No. 2:21-cr-491-SB<br>Hon. Stanley Blumenfeld, Jr.<br><br>**JOINT FILING RE CRIMINAL MINUTE ORDER OF MARCH 3, 2022**<br><br>Pretrial Conference: March. 8, 2022<br>Hearing Time: 8:00 a.m.<br><br>Indictment: Oct. 19, 2021<br>Pretrial Conference: March 08, 2022<br>Trial: March 15, 2022 |

1    This morning, counsel for the parties met and conferred to discuss yesterday's Criminal

2    Minutes Order (Dkt. No. 147) and other matters. Counsel for both sides respectfully submit the

3    following requests, withdrawal, and statement.

4    The parties have continued to meet and confer on the admissibility of the government's

5    proposed text message and email exhibits, and would like an opportunity to continue that

6    process between now and trial to narrow the issues in dispute, to the extent possible.  The

7    parties also agree that because many of the defense objections to admissibility may depend on

8    the state of the evidence presented at the time the exhibits are offered, it may be more efficient

9    for the Court to resolve the disputed issues regarding admissibility through contemporaneous

10   objections at trial, rather than before trial.  Accordingly, defendant withdraws the objections he

11   filed on March 2, 2022, without prejudice to raise these and/or other objections at trial.

12   The Minute Order also stated that the Court secured a jury panel for this case on March

13   16, 2022, whereas the Court had previously set a trial date of March 15, 2022.  The parties will

14   be prepared to proceed to trial on either date but would prefer March 15th if a panel is available

15   or becomes available prior to the March 8th final status conference.  Thus, the parties further

16   request that the Court confirm the final trial date during the final status conference so that both

17   sides can adequately prepare and schedule witnesses for the correct date.

18

19                                    Respectfully submitted,

20

21

22

23

24

25

26

27

28

---

1

Dated: March 4, 2022

BIENERT KATZMAN
LITTRELL WILLIAMS LLP

_____/s/ Ryan V. Fraser_____
John L. Littrell
Ryan V. Fraser
*Attorneys for Defendant*
*Hon. Jeffrey Lane Fortenberry*

Dated: March 4, 2022

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

_____/s/ per email authorization_____
MACK E. JENKINS
SUSAN S. HAR
J. JAMARI BUXTON
Assistant United States Attorneys