UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.  2:21-cr-00491-SB-1  Date: March 8, 2022

Present: The Honorable:  **STANLEY BLUMENFELD, JR., U.S. District Judge**

Interpreter  N/A

| Jennifer Graciano | Pat Cuneo | Mack E. Jenkins, AUSA<br>Jamari Buxton, AUSA<br>Susan S. Har, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Jeffrey Fortenberry<br>(Video – OR) | X | | | John L. Littrell, Rtd.<br>Ryan V. Fraser, Rtd.<br>Glen Summers, Rtd. | X<br>X<br>X | | X<br>X<br>X |

**Proceedings: Minutes of Pretrial Conference (Held and Continued)**

Case called and appearances made.  Also present is F.B.I. Special Agent Edward Cho. The Court and counsel confer on the record regarding miscellaneous trial matters including voir dire, media access, and various evidentiary issues, including the joint motions in limine.

1. Reciprocal Discovery.  Defendant shall produce any outstanding reciprocal discovery **by no later than March 8, 2022, at 4:30 p.m**.  The Government shall have until **no later than March 9, 2022, at 8:30 a.m.** to present any issues to the Court about its readiness for trial.  The Court will construe the Government's silence by the deadline as an indication of readiness.

2. Witnesses.  If Defendant intends to present any additional witnesses not included in the list provided after the hearing, he must provide a supplemental list **by no later than March 15, 2022, at 8:30 a.m**.

3. Evidentiary Issues.  The Court discussed various evidentiary issues with the parties:

    a. *Indictment*:  The Court will not provide the jury with a copy of the indictment during deliberations.

    b. *Federal Election Commission (FEC) filings*:  The parties plan to stipulate to the admission of FEC filings and records for Defendant's campaign.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

c. *Nonhearsay Evidence*: For evidence offered for a nonhearsay purpose, the proffering party should be prepared to provide a concise statement of the asserted nonhearsay purpose.

d. *Recordings and Transcripts*: The parties shall meet and confer on the presentation of the recordings and transcripts of Defendant's two interviews. **By no later than March 11, 2022, at 12:00 p.m.**, both parties may submit case law citations supporting their respective positions on whether the jury should be given a copy of the recordings and/or transcripts during deliberations.

e. *Demeanor Testimony*: If the Government wishes to present lay opinion testimony on Defendant's demeanor during the Washington, D.C. interview (for which there is audio recording but no video), it may submit an offer of proof **by no later than March 11, 2022, at 12:00 p.m**. The offer of proof should specifically identify what demeanor evidence the Government intends to produce, with references to the relevant portions of the transcript wherever possible.

The parties are to appear before the Court on **March 15, 2022, at 8:30 a.m**. Jury selection remains scheduled for March 16, 2022, at 8:30 a.m. The court intends to accommodate the parties' request to proceed with an abbreviated session on March 18, 2022, from 8:00 a.m. to 12:00 p.m.

                                                                               1:58
**Initials of Deputy Clerk**     jgr