J. JAMARI BUXTON (Cal. Bar No. 342364)
Assistant United States Attorney
312 N. Spring St., 15th Floor
Los Angeles, CA 90012
Telephone: (213) 894-3519

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) | 2:21-cr-00941-SB |
| v. | |
| JEFFREY FORTENBERRY | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | OR LODGING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged:  (**List Documents**)

Government exhibits 115, 145, 146, 152, and 155 (audio/visual files) in support of the government's Offer of Proof Re: Lay Opinion Testimony on Defendant's Demeanor (Dkt. No. 154).

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☑ Per Court order dated: March 8, 2022
☐ Other:

March 12, 2022
Date

J. Jamari Buxton
Attorney Name
United States
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)     **NOTICE OF MANUAL FILING OR LODGING**