UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.  2:21-cr-00491-SB-1                                                              Date: March 15, 2022

Present: The Honorable: **STANLEY BLUMENFELD, JR., U.S. District Judge**

Interpreter   N/A

| Jennifer Graciano | Miriam Baird | Mack E. Jenkins, AUSA<br>Susan S. Har, AUSA<br>J. Jamari Buxton, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Jeffrey Fortenberry | X | | | Glen E. Summers | X | | X |
| | | | | John L. Littrell | X | | X |
| | | | | Ryan V. Fraser | X | | X |

**Proceedings:   STATUS CONFERENCE MINUTES (Held and Completed)**

Case called and appearances made. Also present is F.B.I. Special Agent Edward Choe. The Court and counsel confer on the record regarding miscellaneous trial matters including the verdict form, jury instructions, voir dire, and exhibits.

1. Jury Instructions. The Government may (1) propose a modification to the instruction addressing use of undercover agents and informants that is more narrowly focused on the stealth tactics relevant to this case and (2) present any relevant authority that supports giving this instruction even when there is no entrapment defense. The Government may also submit a proposed instruction as to what may be considered as evidence that the defendant acted willfully. Defendant may present a proposed instruction on venue solely to address readability concerns (and will not waive his objections to this instruction by doing so). Both parties may submit a proposed instruction on the definition of materiality. All proposals shall be submitted **by no later than March 18, 2022 at 5:00 p.m.**
2. Verdict Form. The parties are ordered to meet and confer on how to present the different burden of proof for venue to the jury in the verdict form and submit their proposals **by no later than March 18, 2022 at 5:00 p.m.**  The Government shall

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

    also submit its proposed addition to the jury's findings on Count One **by no later than March 18, 2022 at 5:00 p.m.**

3. <u>Exhibits</u>.  Defendant shall produce to the Government the additional excerpts he intends to admit from the Nebraska interview **by no later than March 15, 2022 at 12:00 p.m.**  The parties are further ordered to meet and confer **by no later than March 15, 2022 at 5:00 p.m.** on whether either party has modified the recording excerpts they intend to present at trial and must continue to do so day by day, as necessary, to communicate about any subsequent changes.

    The parties are to appear before the Court on **March 16, 2022, at 8:30 a.m.** for jury selection.

cc

                                                           2 : 15
**Initials of Deputy Clerk**  jgr