TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
J. JAMARI BUXTON (Cal. Bar No. 342364)
SUSAN S. HAR (Cal. Bar No. 301924)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:    (213) 894-3289
    Facsimile:    (213) 894-0141
    E-mail:    mack.jenkins@usdoj.gov
        jamari.buxton@usdoj.gov
        susan.har@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY FORTENBERRY,<br><br>    Defendant. | No. 2:21-cr-00491-SB<br><br>GOVERNMENT'S REVISED EXHIBIT LIST<br><br>Indictment: 10/19/21<br>Trial Date: 3/16/22 at 8:30 a.m. |

       Plaintiff United States of America, by and through its counsel of record, the

United States Attorney for the Central District of California and Assistant United States

Attorneys Mack E. Jenkins, Susan S. Har, and J. Jamari Buxton, hereby files the

government's revised exhibit list.

//

//

//

The government respectfully requests leave of the Court to supplement or modify this exhibit list, including adding or removing certain exhibits, as may be appropriate.

Dated: March 15, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

_/s/_
SUSAN S. HAR
MACK E. JENKINS
J. JAMARI BUXTON
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

| EXHIBIT | DESCRIPTION | IDENT | IN EVID. |
|---|---|---|---|
| | **FEC Filings and Records** | | |
| 1 | Section 110.4 - Contributions in the Name of Another; Cash Contributions <br><br> [JF_13926] | | |
| 2 | Section 110.20 – Prohibition on Contributions <br><br> [JF_13927-13929] | | |
| 3 | FEC.gov – Archive of Contribution Limits <br><br> [JF_13930-13932] | | |
| 4 | FEC.gov – Contributions in the Name of Another Are Strictly Prohibited <br><br> [JF_13934-13934] | | |
| 5 | FEC.gov – Disgorged Contributions <br><br> [JF_13936-13937] | | |
| 6 | FEC.gov – Handling Questionable Contributions <br><br> [JF_14779-14780] | | |
| 7 | FEC.gov – Filing Amendments <br><br> [JF_13939-13942] | | |
| 8 | FEC.gov – Foreign Nationals <br><br> [JF_13943-13950] | | |
| 9 | FEC.gov – Mission and History <br><br> [JF_14777] | | |
| 10 | FEC.gov – Who Can and Can't Contribute <br><br> [JF_13953-13959] | | |

| EXHIBIT | DESCRIPTION | IDENT | IN EVID. |
|---------|-------------|-------|----------|
| 11 | Summary Chart of Fortenberry FEC Filings (2016-2020) | | |
| 12 | Fortenberry FEC Form 3 Filing for 2016 (April 15 Quarterly Report) (Excerpts)<br><br>[JF_12617-12698] | | |
| 13 | **INTENTIONALLY LEFT BLANK** | | |
| 14 | **INTENTIONALLY LEFT BLANK** | | |
| 15 | Fortenberry FEC Form 3 Filing for 2019 (October 15 Quarterly Report) (Excerpts)<br><br>[JF_10734-10810] | | |
| 16 | Fortenberry FEC Form 3 Filing for 2019 (January 31 Year End Report) (Excerpts)<br><br>[JF_10811-10884] | | |
| 17 | Compare of FEC Form 3 Filings for 2018 (Oct 15 Quarterly) (Excerpts) | | |
| 18 | **INTENTIONALLY LEFT BLANK** | | |
| 19 | **INTENTIONALLY LEFT BLANK** | | |
| 20 | **INTENTIONALLY LEFT BLANK** | | |
| | **Fortenberry Official Acts** | | |
| 21 | Congress.gov – H. Con. Res. 75 Actions Overview<br><br>[JF_14844] | | |
| 22 | H. Con. Res. 75 – 3/15/2016<br><br>[JF_421-427] | | |
| 23 | Fortenberry Official Acts Timeline | | |
| 24 | **INTENTIONALLY LEFT BLANK** | | |

| EXHIBIT | DESCRIPTION | IDENT | IN EVID. |
|---|---|---|---|
| 25 | **INTENTIONALLY LEFT BLANK** | | |
| 26 | **INTENTIONALLY LEFT BLANK** | | |
| 27 | **INTENTIONALLY LEFT BLANK** | | |
| 28 | **INTENTIONALLY LEFT BLANK** | | |
| **Text Messages** | | | |
| 29 | Baaklini – Fortenberry Text Messages from 12/7/2014 – 1/5/2015 (Thread 1) | | |
| 30 | Baaklini – Fortenberry Text Messages from 1/21/2015 – 2/23/2015 (Thread 2) | | |
| 31 | Baaklini – Fortenberry Text Messages from 6/10/2015 (Thread 3) | | |
| 32 | Baaklini – Fortenberry Text Messages from 11/17/2015 (Thread 4) | | |
| 33 | Baaklini – Fortenberry Text Messages from 12/17/2015 – 3/3/2016 (Thread 5) | | |
| 34 | Baaklini – Fortenberry Text Messages from 6/14/2016 – 6/22/2016 (Thread 6) | | |
| 35 | Baaklini – Fortenberry Text Messages from 6/27/2016 (Thread 7) | | |
| 36 | Baaklini – Fortenberry Text Messages from 7/16/2016 – 9/3/2016 (Thread 8) | | |
| 37 | Baaklini – Fortenberry Text Messages from 3/2/2017 (Thread 9) | | |
| 38 | Baaklini – Fortenberry Text Messages from 3/28/2017 (Thread 10) | | |
| 39 | Baaklini – Fortenberry Text Messages from 7/26/2017 (Thread 11) | | |
| 40 | Baaklini – Fortenberry Text Messages from 10/26/2017 (Thread 12) | | |
| 41 | Baaklini – Fortenberry Text Messages from 11/24/2017 (Thread 13) | | |
| 42 | Baaklini – Fortenberry Text Messages from 12/29/2017 – 1/1/2019 (Thread 14) | | |

| EXHIBIT | DESCRIPTION | IDENT | IN EVID. |
|---|---|---|---|
| 43 | Baaklini – Fortenberry Text Messages from 6/4/2018 (Thread 15) | | |
| 44 | Baaklini – Fortenberry Text Messages from 12/26/2018 – 1/1/2019 (Thread 16) | | |
| 45 | Baaklini – Ayoub Text Messages from 1/20/2016 – 1/24/2016 (Thread 1) | | |
| 46 | Baaklini – Ayoub Text Messages from 6/3/2016 (Thread 2) | | |
| 47 | Baaklini – Kendrick Text Messages from 1/29/2016 – 2/8/2016 (Thread 1) | | |
| 48 | Baaklini – Bowling Text Messages from 12/25/2014 – 2/15/2015 (Thread 1) | | |
| 49 | **INTENTIONALLY LEFT BLANK** | | |
| 50 | Baaklini – Doran Text Messages from 3/28/2017 (Thread 1) | | |
| 51 | Ayoub – Fortenberry Text Messages from 2/26/2016 – 2/27/2016 (Thread 1) | | |
| 52 | Ayoub – Fortenberry Text Messages from 12/25/2016 (Thread 2) | | |
| 53 | Ayoub – Fortenberry Text Messages from 10/28/2017 – 10/29/2017 (Thread 3) | | |
| 54 | Ayoub – Fortenberry Text Messages from 3/19/2018 – 6/4/2018 (Thread 4) | | |
| 55 | Ayoub – Kendrick Text Messages from from 2/17/2016 – 4/18/2016 (Thread 1) | | |
| 56 | Ayoub – Bowling Text Messages from 2/26/2016 (Thread 1) | | |
| 57 | Ayoub – Bowling Text Messages from 3/2/2016 – 3/15/2016 (Thread 2) | | |
| 58 | Ayoub – Chagoury Text Message from 8/16/2016 (Thread 1) | | |
| 59 | **INTENTIONALLY LEFT BLANK** | | |

| EXHIBIT | DESCRIPTION | IDENT | IN EVID. |
|---|---|---|---|
| 60 | Ayoub – Khourys Text Message from 2/21/2016 (Thread 1) | | |
| **Emails** | | | |
| *2014* | | | |
| 61 | 6/10/2014 TB-GC Email re: Fwd: Fort on Syrian Rebels<br><br>[JF_13314] | | |
| 62 | 7/25/2014 TB-GC Email re: Congressman Fortenberry on Mosul Watch Video<br><br>[JF_13267] | | |
| 63 | 8/13/2014 EA-TB Email re: Fwd: IDC Summit Sept. 9-11 2014 Washington DC<br><br>[JF_13331-13334] | | |
| 64 | 8/28/2014 EA-TB Email re: Fwd: charbel200@yahoo.com has shared: Interrogations en série sur le prochain congrès de Washington pour protéger les chrétiens d'Orient - Sandra NOUJEIM<br><br>[JF_13308-13309] | | |
| 65 | 9/17/2014 Michel Chagouri-EA (CC: TB, GC) re: IDC Action Plan<br><br>[JF_13373-13374] | | |
| *2015* | | | |
| 66 | 6/8/2015 EA-TB Email re: Gilbert<br><br>[JF_13236; JF_13546] | | |
| 67 | 11/19-20/2015 AK-TB re: Fortenberry<br><br>[JF_13445] | | |

| EXHIBIT | DESCRIPTION | IDENT | IN EVID. |
|---------|-------------|-------|----------|
| 68 | 12/2/2015 AK-TB (CC: DB) Email re: Fortenberry Event<br><br>[JF_13282] | | |
| 69 | 12/3/2015 AK-TB (CC: DB) Email re: Fortenberry Event<br><br>[JF_13439] | | |
| *2016* | | | |
| 70 | 1/14/2016 JF -TB Email re: Year-End Report<br><br>[JF_3213-3216] | | |
| 71 | 2/1/2016 AK-TB-EA (CC: DB) Email re: Dr. Elie Ayoub<br><br>[JF_13434; JF_13271; JF_2395] | | |
| 72 | 2/4-8/2016 AK-EA-DB (CC: TB) Email re: Fundraiser<br><br>[JF_13287-13288; JF_2388-2390]<br>[JF 856-60] | | |
| 73 | 2/9/2016 AK-DB-EA-TB et al. Email re: Fortenberry Event<br><br>[JF_13440-13443] | | |
| 74 | 2/8-17/2016 AK-DB-EA-TB et al Email re: Fortenberry Event (unredacted)<br><br>[JF_2391-2392; JF_13315-13317 JF_13450-13451] | | |
| 75 | 2/22/2016 AK-TB Email Re: Wow!!<br><br>[JF_2632] | | |

| EXHIBIT | DESCRIPTION | IDENT | IN EVID. |
|---------|-------------|-------|----------|
| 76 | 2/22/2016 AK-EA (CC: DB) Email re: Fortenberry Follow Up (unredacted)<br><br>[JF 862-63] | | |
| 77 | 3/2/2016 TB-GC Email re: IDC Applauds House Foreign Affairs Committee<br><br>[JF_13327-13328] | | |
| 78 | 3/14/2016 TB-GC Email re: IDC Action Alert<br><br>[JF_13322-13324] | | |
| 79 | 3/21/2016 AK-TB re: NRCC Call<br><br>[JF_13408] | | |
| 80 | **INTENTIONALLY LEFT BLANK** | | |
| 81 | 5/4/2016 TB-AK re: Tried to call you :)<br><br>[JF_13529-13531] | | |
| 82 | 5/7/2016 TB-EA (cc: GC) Email re: Gilbert<br><br>[JF_13365] | | |
| 83 | 5/21/2016 TB-GC Email re: IDC Applauds Congressional Support<br><br>[JF_13325-13326] | | |
| 84 | 6/7/2016 AK-TB Email re: NYC Event<br><br>[JF_13410] | | |
| 85 | 6/14/2016 TB-JF Email re Note from Dr. for Father Ramsine<br><br>[JF_13338] | | |

| EXHIBIT | DESCRIPTION | IDENT | IN EVID. |
|---|---|---|---|
| 86 | 6/14/2016 TB-JF Email re: Fwd: Urgente Grazie Father Ramsine Docs<br><br>[JF_13357-13358] | | |
| 87 | 6/14/2016 TB-JF re Urgente Grazie Fw: Father Ramsine Documents<br><br>[JF_13533] | | |
| 88 | 6/24/2016 TB-JF Email re: Fwd: From Congressman Fortenberry<br><br>[JF_13321] | | |
| 89 | 7/22/2016 EA to Drew Bowling Email re: Omaha (unredacted version)<br><br>[JF 873] | | |
| 90 | 7/30/2016 EA-TB Email re: Omaha, Diana (unredacted version)<br><br>[JF_875] | | |
| 91 | 7/30/2016 EA to JF Email re: Omaha (unredacted version)<br><br>[JF_874] | | |
| 92 | **INTENTIONALLY LEFT BLANK** | | |
| 93 | 8/24/2016 JF-TB Email re Tailgate (unredacted version)<br><br>[JF_3217] | | |
| 94 | 8/28/2016 TB-JF Email with photos<br><br>[JF_13237-13240] | | |
| 95 | 8/29/2016 JF-TB Email re Great to Be With You!<br><br>[JF_13366-13367] | | |

8

| EXHIBIT | DESCRIPTION | IDENT | IN EVID. |
|---|---|---|---|
| 96 | 8/29/2016 JF-TB Email re Roma<br><br>[JF_13551-13552] | | |
| 97 | 8/29/2016 TB-JF Email<br><br>[JF_13350; JF_13570; JF_13566] | | |
| 98 | 9/22/2016 AK-TB Email re: Rep. Fortenberry<br><br>[JF_2661] | | |
| *2017* | | | |
| 99 | 2/8/2017 JF-TB Email re: Fwd: St. Charbel Miracle<br><br>[JF_13526-13528] | | |
| 100 | 8/18/2017 JF-TB Email re: Fwd: Trip to Rome and Presentation of art Work to the Pope<br><br>[JF_13352-13353] | | |
| 101 | 9/8/2017 JF-TB Email re: US Ambassador to UN Missions in Rome<br><br>[JF_13559] | | |
| *2018-2019* | | | |
| 102 | 4/17/2018 JF-Luke Wenz Email re: "Mid-Day Campaign Update"<br><br>[JF_2545-2546] | | |
| 103 | 7/19/2019 Trey Gowdy to AUSA Jenkins email re: Mid-Day Campaign Update<br><br>[JF_2544] | | |
| 104 | **INTENTIONALLY LEFT BLANK** | | |
| 105 | **INTENTIONALLY LEFT BLANK** | | |

| EXHIBIT | DESCRIPTION | IDENT | IN EVID. |
|---|---|---|---|
| 106 | **INTENTIONALLY LEFT BLANK** | | |
| 107 | **INTENTIONALLY LEFT BLANK** | | |
| 108 | **INTENTIONALLY LEFT BLANK** | | |
| 109 | **INTENTIONALLY LEFT BLANK** | | |
| 110 | **INTENTIONALLY LEFT BLANK** | | |
| **Recordings and Transcripts** | | | |
| ***IDC Dinner*** | | | |
| 111 | 2018 IDC Dinner Excerpt [JFAV_71] | | |
| ***April 2018 Call*** | | | |
| 112 | 4/9/2018 Call Between Individual H and Fortenberry [JFAV_33] | | |
| 112T | 4/9/2018 Call Transcript | | |
| ***June 2018 Call*** | | | |
| 113 | 6/4/2018 Call Between Individual H and Fortenberry [JFAV_35] | | |
| 113T | 6/4/2018 Call Transcript | | |
| ***Nebraska Interview*** | | | |
| 114 | Nebraska Fortenberry Interview – 3/23/2019 (FULL) [JFAV_37-38] | | |
| 115 | Nebraska Fortenberry Interview – 3/23/2019 (Clip 1) | | |

| EXHIBIT | DESCRIPTION | IDENT | IN EVID. |
|---|---|---|---|
| 115T | Clip 1 Transcript | | |
| 116 | Nebraska Fortenberry Interview – 3/23/2019 (Clip 2) | | |
| 116T | Clip 2 Transcript | | |
| 117 | Nebraska Fortenberry Interview – 3/23/2019 (Clip 3) | | |
| 117T | Clip 3 Transcript | | |
| 118 | Nebraska Fortenberry Interview – 3/23/2019 (Clip 4) | | |
| 118T | Clip 4 Transcript | | |
| 119 | Nebraska Fortenberry Interview – 3/23/2019 (Clip 5) | | |
| 119T | Clip 5 Transcript | | |
| 120 | Nebraska Fortenberry Interview – 3/23/2019 (Clip 6) | | |
| 120T | Clip 6 Transcript | | |
| 121 | Nebraska Fortenberry Interview – 3/23/2019 (Clip 7) | | |
| 121T | Clip 7 Transcript | | |
| 122 | Nebraska Fortenberry Interview – 3/23/2019 (Clip 8) | | |
| 122T | Clip 8 Transcript | | |
| 123 | Nebraska Fortenberry Interview – 3/23/2019 (Clip 9) | | |
| 123T | Clip 9 Transcript | | |
| 124 | Nebraska Fortenberry Interview – 3/23/2019 (Clip 10) | | |
| 124T | Clip 10 Transcript | | |
| 125 | Nebraska Fortenberry Interview – 3/23/2019 (Clip 11) | | |

| EXHIBIT | DESCRIPTION | IDENT | IN EVID. |
|---|---|---|---|
| 125T | Clip 11 Transcript | | |
| 126 | Nebraska Fortenberry Interview – 3/23/2019 (Clip 12) | | |
| 126T | Clip 12 Transcript | | |
| 127 | Nebraska Fortenberry Interview – 3/23/2019 (Clip 13) | | |
| 127T | Clip 13 Transcript | | |
| 128 | Nebraska Fortenberry Interview – 3/23/2019 (Clip 14) | | |
| 128T | Clip 14 Transcript | | |
| 129 | Nebraska Fortenberry Interview – 3/23/2019 (Clip 15) | | |
| 129T | Clip 15 Transcript | | |
| 130 | Nebraska Fortenberry Interview – 3/23/2019 (Clip 16) | | |
| 130T | Clip 16 Transcript | | |
| 131 | Nebraska Fortenberry Interview – 3/23/2019 (Clip 17) | | |
| 131T | Clip 17 Transcript | | |
| 132 | Nebraska Fortenberry Interview – 3/23/2019 (Clip 18) | | |
| 132T | Clip 18 Transcript | | |
| ***Washington D.C. Interview*** | | | |
| 133 | D.C. Fortenberry Interview – 7/18/2019 (FULL)<br><br>[JFAV_39-40] | | |
| 134 | D.C. Fortenberry Interview – 7/18/2019 (Clip 1) | | |
| 134T | Clip 1 Transcript | | |

| EXHIBIT | DESCRIPTION | IDENT | IN EVID. |
|---------|-------------|-------|----------|
| 135 | D.C. Fortenberry Interview – 7/18/2019 (Clip 2) | | |
| 135T | Clip 2 Transcript | | |
| 136 | D.C. Fortenberry Interview – 7/18/2019 (Clip 3) | | |
| 136T | Clip 3 Transcript | | |
| 137 | D.C. Fortenberry Interview – 7/18/2019 (Clip 4) | | |
| 137T | Clip 4 Transcript | | |
| 138 | D.C. Fortenberry Interview – 7/18/2019 (Clip 5) | | |
| 138T | Clip 5 Transcript | | |
| 139 | D.C. Fortenberry Interview – 7/18/2019 (Clip 6) | | |
| 139T | Clip 6 Transcript | | |
| 140 | D.C. Fortenberry Interview – 7/18/2019 (Clip 7) | | |
| 140T | Clip 7 Transcript | | |
| 141 | D.C. Fortenberry Interview – 7/18/2019 (Clip 8) | | |
| 141T | Clip 8 Transcript | | |
| 142 | D.C. Fortenberry Interview – 7/18/2019 (Clip 9) | | |
| 142T | Clip 9 Transcript | | |
| 143 | D.C. Fortenberry Interview – 7/18/2019 (Clip 10) | | |
| 143T | Clip 10 Transcript | | |
| 144 | D.C. Fortenberry Interview – 7/18/2019 (Clip 11) | | |
| 144T | Clip 11 Transcript | | |

| EXHIBIT | DESCRIPTION | IDENT | IN EVID. |
|---|---|---|---|
| 145 | D.C. Fortenberry Interview – 7/18/2019 (Clip 12) | | |
| 145T | Clip 12 Transcript | | |
| 146 | D.C. Fortenberry Interview – 7/18/2019 (Clip 13) | | |
| 146T | Clip 13 Transcript | | |
| 147 | D.C. Fortenberry Interview – 7/18/2019 (Clip 14) | | |
| 147T | Clip 14 Transcript | | |
| 148 | D.C. Fortenberry Interview – 7/18/2019 (Clip 15) | | |
| 148T | Clip 15 Transcript | | |
| 149 | D.C. Fortenberry Interview – 7/18/2019 (Clip 16) | | |
| 149T | Clip 16 Transcript | | |
| 150 | D.C. Fortenberry Interview – 7/18/2019 (Clip 17) | | |
| 150T | Clip 17 Transcript | | |
| 151 | D.C. Fortenberry Interview – 7/18/2019 (Clip 18) | | |
| 151T | Clip 18 Transcript | | |
| 152 | D.C. Fortenberry Interview – 7/18/2019 (Clip 19) | | |
| 152T | Clip 19 Transcript | | |
| 153 | D.C. Fortenberry Interview – 7/18/2019 (Clip 20) | | |
| 153T | Clip 20 Transcript | | |
| 154 | D.C. Fortenberry Interview – 7/18/2019 (Clip 21) | | |
| 154T | Clip 21 Transcript | | |

| EXHIBIT | DESCRIPTION | IDENT | IN EVID. |
|---|---|---|---|
| 155 | D.C. Fortenberry Interview – 7/18/2019 (Clip 22) | | |
| 155T | Clip 22 Transcript | | |
| 156 | D.C. Fortenberry Interview – 7/18/2019 (Clip 23) | | |
| 156T | Clip 23 Transcript | | |
| 157 | D.C. Fortenberry Interview – 7/18/2019 (Clip 24) | | |
| 157T | Clip 24 Transcript | | |
| 158 | D.C. Fortenberry Interview – 7/18/2019 (Clip 25) | | |
| 158T | Clip 25 Transcript | | |
| 159 | D.C. Fortenberry Interview – 7/18/2019 (Clip 26) | | |
| 159T | Clip 26 Transcript | | |
| 160 | D.C. Fortenberry Interview – 7/18/2019 (Clip 27) | | |
| 160T | Clip 27 Transcript | | |
| 161 | D.C. Fortenberry Interview – 7/18/2019 (Clip 28) | | |
| 161T | Clip 28 Transcript | | |
| 162 | D.C. Fortenberry Interview – 7/18/2019 (Clip 29) | | |
| 162T | Clip 29 Transcript | | |
| 163 | **INTENTIONALLY LEFT BLANK** | | |
| 164 | **INTENTIONALLY LEFT BLANK** | | |
| 165 | **INTENTIONALLY LEFT BLANK** | | |

| EXHIBIT | DESCRIPTION | IDENT | IN EVID. |
|---------|-------------|-------|----------|
| 166 | **INTENTIONALLY LEFT BLANK** | | |
| 167 | **INTENTIONALLY LEFT BLANK** | | |
| 168 | **INTENTIONALLY LEFT BLANK** | | |
| 169 | **INTENTIONALLY LEFT BLANK** | | |
| 170 | **INTENTIONALLY LEFT BLANK** | | |
| | **Photographs** | | |
| 171 | Elias Ayoub Photo 1<br><br>[JF_14845] | | |
| 172 | Toufic Baaklini Photo 1<br><br>[JF_2625] | | |
| 173 | Toufic Baaklini Photo 2<br><br>[JF_14848] | | |
| 174 | Drew Bowling Photo 1<br><br>[JF_14849] | | |
| 175 | Gilbert Chagoury Photo 1<br><br>[JF_2631] | | |
| 176 | Gilbert Chagoury Photo 2<br><br>[JF_14850] | | |
| 177 | Gilbert Chagoury Photo 3<br><br>[JF_14852] | | |
| 178 | Jeff Fortenberry Photo 1<br><br>[JF_14854] | | |
| 179 | Jeff Fortenberry Photo 2<br><br>[JF_14855] | | |

| EXHIBIT | DESCRIPTION | IDENT | IN EVID. |
|---------|-------------|-------|----------|
| 180 | Trey Gowdy Photo 1<br><br>[JF_14856] | | |
| 181 | Jessica Johnson Photo 1<br><br>[JF_14857] | | |
| 182 | Alexandra Kendrick Photo 1<br><br>[JF_14858] | | |
| 183 | Fortenberry White House Photo<br><br>[JF_14859] | | |
| 184 | Fortenberry-Baaklini Award Photo<br><br>[JF_14863] | | |
| 185 | Fortenberry-Baaklini Selfie Photo<br><br>[JF_14864] | | |
| 186 | Baaklini-Chagoury Photo 1<br><br>[JF_14860] | | |
| 187 | Baaklini-Chagoury Photo 2<br><br>[JF_14862] | | |
| 188 | Andrew Doran Photo 1 | | |
| 189 | **INTENTIONALLY LEFT BLANK** | | |
| 190 | **INTENTIONALLY LEFT BLANK** | | |
| **Documents** | | | |
| 191 | Summary Chart of Baaklini-Fortenberry Contacts (2016-2018) | | |
| 192 | Summary Chart of Los Angeles Fundraiser Donors | | |
| 193 | Fundraiser Invitation/Contribution Form [JF_2637] | | |

| EXHIBIT | DESCRIPTION | IDENT | IN EVID. |
|---|---|---|---|
| 194 | 2/17/2016 Congressman Jeff Fortenberry – Fundraising Brief<br><br>[JF_2639-2641] | | |
| 195 | Op. Titan's Grip Link Chart (February 2017) | | |
| 196 | **INTENTIONALLY LEFT BLANK** | | |
| 197 | **INTENTIONALLY LEFT BLANK** | | |
| 198 | **INTENTIONALLY LEFT BLANK** | | |
| 199 | **INTENTIONALLY LEFT BLANK** | | |
| 200 | **INTENTIONALLY LEFT BLANK** | | |
| **302 Reports, Interview Transcripts, and Agreements** | | | |
| 201 | Baaklini DPA – 3/31/2021<br><br>[JF_11294-11317] | | |
| 202 | Baaklini 302 Report of Interview – 2/21/2017<br><br>[JF_1220-1342] | | |
| 203 | Baaklini 302 Report of Interview #2– 2/21/2017<br><br>[JF_1343-1346] | | |
| 204 | Baaklini 302 Report of Interview - 10/30/2019<br><br>[JF_2642-2643] | | |
| 205 | Baaklini 10/30/2019 Interview Transcript<br><br>[JF_12774-13005] | | |
| 206 | Baaklini 302 Report of Interview - 10/19/2020 Interview<br><br>[JF_10684-10685] | | |

| EXHIBIT | DESCRIPTION | IDENT | IN EVID. |
|---------|-------------|-------|----------|
| 207 | Baaklini 302 Report of Interview – 12/16/2021<br><br>[JF_13980-13982] | | |
| 208 | Baaklini 302 Report of Interview – 1/21/2022<br><br>[JF_15304-15306] | | |
| 209 | **INTENTIONALLY LEFT BLANK** | | |
| 210 | **INTENTIONALLY LEFT BLANK** | | |
| 211 | **INTENTIONALLY LEFT BLANK** | | |
| 212 | Kendrick 302 Report of Interview – 10/29/2019<br><br>[JF_2615-2616] | | |
| 213 | Kendrick 10/29/2019 Interview Transcript<br><br>[JF_13151-13219] | | |
| 214 | Kendrick 302 Report of Interview – 12/9/2021<br><br>[JF_13967-13970] | | |
| 215 | Kendrick 12/9/2021 Interview Transcript (draft)<br><br>[JF_14102-14138] | | |
| 216 | Kendrick 302 Report of Interview – 1/6/2022<br><br>[JF_13993-13997] | | |
| 217 | **INTENTIONALLY LEFT BLANK** | | |
| 218 | **INTENTIONALLY LEFT BLANK** | | |

19

| EXHIBIT | DESCRIPTION | IDENT | IN EVID. |
|---|---|---|---|
| 219 | Ayoub Resume/CV<br><br>[JF_739-741] | | |
| 220 | Ayoub Proffer Letter (9/8/2016)<br><br>[JF_13964-13966] | | |
| 221 | Ayoub Letter Agreement (2/21/2019)<br><br>[JF_12772-12773] | | |
| 222 | Ayoub 302 Report of Interview –<br>8/15/2016<br><br>[JF_274-276] | | |
| 223 | Ayoub Source Report – 9/08/2016<br><br>[JF_727-732] | | |
| 224 | Ayoub Source Report– 11/9/2016<br><br>[JF_926-930] | | |
| 225 | Ayoub 302 Report of Interview –<br>2/20/2018<br><br>[JF_2284-2287] | | |
| 226 | Ayoub 302 Report of Interview –<br>2/19/2019<br><br>[JF_2372-2376] | | |
| 227 | Ayoub Grand Jury Transcript – 2/21/2019<br><br>[JF_15005-15098] | | |
| 228 | Ayoub 302 Report of Interview –<br>12/15/2021<br><br>[JF_13989-13990] | | |
| 229 | Ayoub 302 Report of Interview –<br>1/12/2022<br><br>[JF_15307] | | |

| EXHIBIT | DESCRIPTION | IDENT | IN EVID. |
|---|---|---|---|
| 230 | Ayoub 302 Report of Interview – 2/2/2022<br><br>[JF_15286-15298] | | |
| 231 | Ayoub 302 Report of Interview – 2/16/2022<br><br>[JF_15269-15285] | | |
| 232 | **INTENTIONALLY LEFT BLANK** | | |
| 233 | **INTENTIONALLY LEFT BLANK** | | |
| 234 | **INTENTIONALLY LEFT BLANK** | | |
| 235 | **INTENTIONALLY LEFT BLANK** | | |
| 236 | Johnson 302 Report of Interview – 8/19/2019<br><br>[JF_2581-2582] | | |
| 237 | Johnson 8/19/2019 Interview Transcript (draft)<br><br>[JF_11534-11570] | | |
| 238 | Johnson 302 Report of Interview – 12/14/2021<br><br>[JF_13978-13979] | | |
| 239 | Johnson 302 Report of Interview – 3/2/2022<br><br>[JF_15301-1503] | | |
| 240 | **INTENTIONALLY LEFT BLANK** | | |
| 241 | Choe Grand Jury Transcript 1 – 2/14/2019<br><br>[JF_14871-14925] | | |

| EXHIBIT | DESCRIPTION | IDENT | IN EVID. |
|---|---|---|---|
| 242 | Choe Grand Jury Transcript 2 – 10/19/2021<br><br>[JF_14926-15004] | | |
| 243 | Choe S/W Affidavit – 2/5/2020<br><br>[JF_3301-3321] | | |
| 244 | **INTENTIONALLY LEFT BLANK** | | |
| 245 | **INTENTIONALLY LEFT BLANK** | | |
| 246 | **INTENTIONALLY LEFT BLANK** | | |
| 247 | Carter S/W Affidavit – 10/3/2017<br><br>[JF_2129-2190] | | |
| 248 | Carter 302 Report of Interview – 3/7/2022<br><br>[JF_15309-15310] | | |
| 249 | **INTENTIONALLY LEFT BLANK** | | |
| 250 | **INTENTIONALLY LEFT BLANK** | | |
| 251 | **INTENTIONALLY LEFT BLANK** | | |
| 252 | O'Leary 302 Report of Interview – 2/24/2022 and 2/28/2022<br><br>[JF_15299-15300] | | |
| 253 | Arsan DPA – 3/31/2021<br><br>[JF_11270-11293 | | |
| 254 | **INTENTIONALLY LEFT BLANK** | | |
| 255 | **INTENTIONALLY LEFT BLANK** | | |

| EXHIBIT | DESCRIPTION | IDENT | IN EVID. |
|---|---|---|---|
| 256 | Archer 302 Report of Interview – 8/20/2019  [JF_2567] | | |
| 257 | Archer 8/20/2019 Interview Transcript (draft)  [JF_11361-1387] | | |
| 258 | **INTENTIONALLY LEFT BLANK** | | |
| 259 | **INTENTIONALLY LEFT BLANK** | | |
| 260 | **INTENTIONALLY LEFT BLANK** | | |
| | **Misc.** | | |
| 261 | "Cocktails in LA with a Terrorist?" – 3/26/2010 The Enterprise Report (unredacted version)  [JF_1625-1628] | | |
| 262 | "US Apologizes to Billionaire Added to Terror No-Fly List" – 5/21/2010 ABC News  [JF_227-230] | | |
| 263 | "Did Clinton Foundation Donor Get Hillary to Delay Boko Haram Terror Designation?" – 5/6/2015 Judicial Watch  [JF_34-36] | | |
| 264 | "Clinton Foundation Donors Have a Bribery Problem" – Washington Examiner – 6/10/2015  [JF_84-88] | | |

| EXHIBIT | DESCRIPTION | IDENT | IN EVID. |
|---|---|---|---|
| 265 | "Hillary Clinton's Nigeria Record Once Again in the Spotlight" – 7/20/2015 Washington Examiner [JF_37-40] | | |
| 266 | "Bill, Hillary, Mr Chagoury and Hezbollah" – August 2016 New English Review [JF_337-345] | | |
| 267 | "Five Devastating Facts About Hillary Clinton's Foreign Funder, Gilbert Chagoury" – 8/11/2016 Breitbart [JF_11240-11243] | | |
| 268 | "Who Is Clinton Foundation Donor Billionaire Gilbert Chagoury" – 8/15/2016 The Epoch Times [JF_332-335] | | |
| 269 | "Foundation Ties Bedevil Hillary Clinton's Presidential Campaign" – 8/23/2016 New York Times [JF_352-354] | | |
| 270 | "He Was a Billionaire Who Donated to the Clinton Foundation. Last Year, He Was Denied Entry into the US" – 8/26/2016 LA Times [JF_384-386] | | |
| 271 | "Clinton Foundation Donor Denied Entry to US on Terrorism Claims" – 8/28/2016 New York Post [JF_381-382] | | |

| EXHIBIT | DESCRIPTION | IDENT | IN EVID. |
|---|---|---|---|
| 272 | "Top Clinton Foundation Donor Who Was Denied Entry into the U.S. Fires Back With a Lawsuit – 9/15/2016 LA Times<br><br>[JF_452-453] | | |
| 273 | "Clinton Foundation Donor Who Was Denied a Visa Settles Leak Case Against the U.S." – 7/28/2017 LA Times<br><br>[JF_1799-1801] | | |
| 274 | **INTENTIONALLY LEFT BLANK** | | |
| 275 | **INTENTIONALLY LEFT BLANK** | | |