1  John L. Littrell, State Bar No. 221601
   jlittrell@bklwlaw.com
2  Ryan V. Fraser, State Bar No. 272196
   rfraser@bklwlaw.com
3  BIENERT KATZMAN
4  LITTRELL WILLIAMS LLP
   903 Calle Amanecer, Suite 350
5  San Clemente, California 92673
6  Tel: (949) 369-3700
   Fax: (949) 369-3701
7
8  Glen E. Summers, State Bar No. 176402
   glen.summers@bartlitbeck.com
9  BARTLIT BECK LLP
   1801 Wewatta St., Suite 1200
10 Denver, Colorado 80202
11 Tel: (303) 592-3100
   Fax: (303) 592-3400
12
13 *Attorneys for Defendant*
   *Hon. Jeffrey Lane Fortenberry*
14

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>JEFFREY FORTENBERRY,<br><br>*Defendant.* | Case No. 2:21-cr-00941-SB<br>Hon. Stanley Blumenfeld, Jr.<br><br>**HON. JEFFREY FORTENBERRY'S SUPPLEMENTAL PROPOSED JURY INSTRUCTION INTEGRATING SEVERAL PREVIOUSLY REQUESTED MATERIALITY INSTRUCTIONS INTO THE COURT'S TENTATIVE INSTRUCTION ON THE ELEMENTS OF COUNTS TWO AND THREE**<br><br>Indictment: Oct. 19, 2021<br>Trial Began: March 16, 2022 |

HON. JEFFREY FORTENBERRY'S
MARCH 18, 2022, SUPPLEMENTAL PROPOSED JURY INSTRUCTION

At the Court's March 15, 2022, invitation, counsel for Hon. Jeffrey Fortenberry submits the below proposed jury instruction without withdrawing and without prejudice to the defense's prior objections and requests related to jury instructions.

The purpose of this filing is to illustrate a means of integrating some of Congressman Fortenberry's proposed instructions on materiality into the Court's tentative instruction for Counts Two and Three (circulated to the parties on March 15, 2022) that provides an overview of all elements, along the lines of the structure of Ninth Circuit Model Jury Instruction No. 24.10. (Brackets indicate language that is identical or substantially similar to language proposed in previously requested instructions.)

Dated: March 18, 2022

/s/
John L. Littrell
Glen E. Summers
Ryan V. Fraser
Kally A. Kingery
Counsel for Hon. Jeffrey Fortenberry

**COURT'S INSTRUCTION NO. \_\_\_\_\_**

**FORTENBERRY'S PROPOSED INSTRUCTION NO. 51**

The defendant is charged in Counts Two and Three of the indictment with knowingly and willfully making a false statement in a matter within the jurisdiction of a governmental agency or department. For the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant made a false statement;

Second, the statement was made in a matter within the jurisdiction of the FBI or the USAO;

Third, the defendant acted willfully; that is, the defendant acted deliberately and with knowledge both that the statement was untrue and that his conduct was unlawful; and

Fourth, the statement was material to the activities or decisions of the FBI or the USAO; that is, it had a natural tendency to influence, or was capable of influencing, the agency's decisions or activities.  [Materiality must be judged by the facts and circumstances of the investigation at issue in this case. A statement that might be material under other facts and circumstances or in another context is not material if, under the facts, circumstances, and context of this case, it was inconsequential.] [To be material, a false statement must be capable of influencing a then-existing investigation or decision. A false statement is not material merely because it causes the government to investigate the veracity (truth or falsehood) of the statement itself.] [In deciding whether a statement or fact had a natural tendency to influence, or was capable of influencing, the FBI's or USAO's decisions or activities, you should consider evidence that the statement did or did not actually influence the agency's decisions or activities.]

All of you must agree as to which statement or statements were false and material. The government must prove each of the above elements beyond reasonable doubt.

**Legal Support**

Court's tentative instructions of March 15, 2022; *see also* "Legal Support" notes in prior requests for instructions on materiality, found at Dkt. No. 129, at CM/ECF pp. 51 & 60 of 79, and Dkt. 142 at CM/ECF pp. 2 & 4 of 6.