John L. Littrell, State Bar No. 221601
jlittrell@bklwlaw.com
Ryan V. Fraser, State Bar No. 272196
rfraser@bklwlaw.com
BIENERT KATZMAN
LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Tel: (949) 369-3700
Fax: (949) 369-3701

Glen E. Summers, State Bar No. 176402
glen.summers@bartlitbeck.com
BARTLIT BECK LLP
1801 Wewatta St., Suite 1200
Denver, Colorado 80202
Tel: (303) 592-3100
Fax: (303) 592-3400

*Attorneys for Defendant*
*Hon. Jeffrey Lane Fortenberry*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>JEFFREY FORTENBERRY,<br><br>    *Defendant.* | Case No. 2:21-cr-00491-SB<br>Hon. Stanley Blumenfeld, Jr.<br><br>**HON. JEFFREY LANE FORTENBERRY'S REVISED EXHIBIT LIST**<br><br>Indictment: Oct. 19, 2021<br>Trial: March 16, 2022 |

The Hon. Jeffrey Lane Fortenberry, by and through his attorneys of record, hereby submits his list of trial exhibits.  Defense counsel respectfully requests leave of the Court to supplement or modify this exhibit list, including adding or removing certain exhibits, as may be appropriate.

Respectfully submitted,

Date: March 24, 2022                     BIENERT KATZMAN
                                         LITTRELL WILLIAMS LLP


                                         By:   /s/ Ryan V. Fraser
                                                John L. Littrell
                                                Ryan V. Fraser


Date: March 24, 2022                     BARTLIT BECK LLP


                                         By:   /s/ Glen E. Summers
                                                Glen E. Summers

                                         *Attorneys of record for*
                                         *Hon. Jeffrey Lane Fortenberry*

| Exhibit | Description | Ident. | In Evid. |
|---|---|---|---|
| 1001 | Photograph: peace and war image<br><br>FORT002091 | | |
| 1002 | Photograph: civilians on tank<br><br>FORT002101 | | |
| 1003 | Photograph: Congressman Fortenberry Egypt<br><br>FORT002080 | | |
| 1004 | Photograph: Egyptian family<br><br>FORT002090 | | |
| 1005 | Photograph: Congressman Fortenberry with Egyptian family<br><br>FORT002110 | | |
| 1006 | Photograph: Congressman Fortenberry with Egyptian Family<br><br>FORT002081 | | |
| 1007 | Photograph: Congressman Fortenberry with young Egyptians<br><br>FORT002074 | | |
| 1008 | Photograph: Congressman Fortenberry with Yazidi constituents<br><br>FORT001880 | | |
| 1009 | Photograph: Congressman Fortenberry with Nibras Basitkey<br><br>FORT001881 | | |
| 1010 | Photograph: Congressman Fortenberry with Ambassador<br><br>FORT001879 | | |

HON. JEFFREY LANE FORTENBERRY'S EXHIBIT LIST

| Exhibit | Description | Ident. | In Evid. |
|---|---|---|---|
| 1011 | Video: Congressman Fortenberry's Rights of Human Dignity Speech, House Floor 11/13/13<br><br>FORT002340 | | |
| 1012 | Congressman Fortenberry's markup of remarks to Pope<br><br>FORT002371-002372 | | |
| 1013 | *INTENTIONALLY LEFT BLANK* | | |
| 1014 | *INTENTIONALLY LEFT BLANK* | | |
| 1015 | *INTENTIONALLY LEFT BLANK* | | |
| 1016 | *INTENTIONALLY LEFT BLANK* | | |
| 1017 | *INTENTIONALLY LEFT BLANK* | | |
| 1018 | *INTENTIONALLY LEFT BLANK* | | |
| 1019 | *INTENTIONALLY LEFT BLANK* | | |
| 1020 | Photograph: Residence of Dr. and Mrs. Khoury<br><br>FORT002382 | | |
| 1021 | Photograph: Congressman Fortenberry at 2016 fundraiser<br><br>FORT002373 | | |
| 1022 | Copies of checks to Congressman Fortenberry's campaign<br><br>FORT002350-002370 | | |
| 1023 | Online donations to Congressman Fortenberry's campaign<br><br>FORT002349 | | |
| 1024 | Letter of Agreement with Alexandra Kendrick<br><br>JF00014865 | | |

| Exhibit | Description | Ident. | In Evid. |
|---|---|---|---|
| 1025 | Photograph: Congressman Fortenberry at Maronite Mass Service, Los Angeles<br><br>FORT002376 | | |
| 1026 | Photograph: Maronite Mass Service (1)<br><br>FORT002122 | | |
| 1027 | Photograph: Maronite Mass Service (2)<br><br>FORT002122 | | |
| 1028 | Video: Maronite Mass Service<br><br>FORT002122 | | |
| 1029 | *INTENTIONALLY LEFT BLANK* | | |
| 1030 | Photograph: Saint Maron Feast – Ballroom, Beverly Wilshire Hotel<br><br>FORT002300 | | |
| 1031 | Photograph: Congressman Fortenberry with Bishop Zaidan (1)<br><br>FORT002292 | | |
| 1032 | Photograph: Congressman Fortenberry with Bishop Zaidan (2)<br><br>FORT002289 | | |
| 1033 | Photograph: Congressman Fortenberry with Bishop Zaidan (3)<br><br>FORT002286 | | |
| 1034 | Photograph: Congressman Fortenberry receiving Order of Saint Gregory Medal<br><br>FORT002132 | | |
| 1035 | Photograph: Congressman Fortenberry's Order of Saint Gregory Medals<br><br>FORT002374 | | |

| Exhibit | Description | Ident. | In Evid. |
|---|---|---|---|
| 1036 | Physical Exhibit: Order of Saint Gregory Medals | | |
| 1037 | Photograph: Order of Saint Gregory Certificate<br><br>FORT002375 | | |
| 1038 | Video: Congressman Fortenberry receiving Order of St. Gregory<br><br>FORT002342 | | |
| 1039 | Video: Congressman Fortenberry receiving Order of Saint Gregory (Speech)<br><br>FORT002342 | | |
| 1040 | Photograph: Dr. Ayoub at Saint Maron Feast (1)<br><br>FORT002265 | | |
| 1041 | Photograph: Dr. Ayoub at Saint Maron Feast (2)<br><br>FORT002265 | | |
| 1042 | Photograph: Mr. and Mrs. Khoury at Saint Maron Feast<br><br>FORT002267 | | |
| 1043 | Photograph: Dr. Khoury and Dr. Ayoub at Saint Maron Feast<br><br>FORT002233 | | |
| 1044 | Photograph: Alexandra Kendrick at Saint Maron Feast<br><br>FORT002150 | | |
| 1045 | Congressman Fortenberry's 2016 Q1 FEC Reports<br><br>JF00012617-00012698 | | |
| 1046 | FBI 302 of Alexandra Kendrick (10/12/17)<br><br>JF00002203 | | |

| Exhibit | Description | Ident. | In Evid. |
|---|---|---|---|
| 1047 | *INTENTIONALLY LEFT BLANK* | | |
| 1048 | *INTENTIONALLY LEFT BLANK* | | |
| 1049 | *INTENTIONALLY LEFT BLANK* | | |
| 1050 | Congressman Fortenberry's Calendar<br><br>FORT000303 | | |
| 1051 | Congressman Fortenberry's Calendar: June 2016<br><br>FORT000303-000331 | | |
| 1052 | Congressman Fortenberry's Calendar: March 2019<br><br>FORT000303<br>FORT000892-000919 | | |
| 1053 | FBI 302 of Dr. Ayoub (9/08/2016)<br><br>JF00000726-00000880 | | |
| 1054 | SA Carter's Notes from Elias Ayoub Proffer II<br><br>JF00000916-00009917<br>JF00000916-00000930 | | |
| 1055 | FBI 302 of Baaklini (02/21/2017)<br><br>JF00001220-00001342 | | |
| 1056 | FBI Approval to conduct sensitive interviews 9/15/2017<br><br>JF00002065-00002069 | | |
| 1057 | Application for Search Warrant of Baaklini's AOL email account<br><br>JF00002128-00002102 | | |
| 1058 | FBI Approval for CHS to conduct sensitive contact with Congressman Fortenberry<br><br>JF00002331-00002335 | | |

| Exhibit | Description | Ident. | In Evid. |
|---|---|---|---|
| 1059 | FBI's Script for Dr. Ayoub's call to Baaklini<br><br>JF00015265 | | |
| 1060 | AT&T toll records from June 2018<br><br>JF00003334<br>JF00004103-00004104 | | |
| 1061 | Aspen Institute Congressional Program booklet<br><br>FORT000030-00233 | | |
| 1062 | Order Dismissing the Information of Baaklini<br><br>JF00015336-00015340 | | |
| 1063 | Search Warrant for AT&T toll records<br><br>JF00003300-00003330 | | |
| 1064 | FBI Request for Approval to Conduct Sensitive Interview of Congressman Fortenberry in Lincoln, NE<br><br>JF00002448-00002452 | | |
| 1065 | FBI Email Concurrence to Travel to Nebraska to Interview Congressman Fortenberry<br><br>JF00011172-00011175 | | |
| 1066 | FBI Approval to Interview Congressman Fortenberry<br><br>JF00002482-00002487 | | |
| 1067 | FBI surveillance photographs of Congressman Fortenberry's residence<br><br>JF00002468-00002473 | | |
| 1068 | ICCF US Congressional Delegation Republic of Kenya booklet<br><br>FORT000235-000294 | | |

7
HON. JEFFREY LANE FORTENBERRY'S EXHIBIT LIST

| Exhibit | Description | Ident. | In Evid. |
|---|---|---|---|
| 1069 | Photograph: Betsy Riot sign<br><br>FORT001894 | | |
| 1070 | FBI Script for Ayoub call with Gilbert Chagoury<br><br>JF000015311 | | |
| 1071 | Photograph: 3/17/19 Flood Damage, NE<br><br>FORT002390 | | |
| 1072 | Photograph: 3/17/19 Flood Damage, NE<br><br>FORT002389 | | |
| 1073 | *INTENTIONALLY LEFT BLANK* | | |
| 1074 | Photographs: Congressman Fortenberry's Residence<br><br>FORT001878<br>FORT002380<br>FORT002381 | | |
| 1075 | Photograph: Congressman Fortenberry's Children<br><br>FORT001877 | | |
| 1076 | Photographs: Congressman Fortenberry's daughter<br><br>FORT001887-1891 | | |
| 1077 | Photograph: Congressman Fortenberry's home office<br><br>FORT001876 | | |
| 1078 | Photograph: Congressman Fortenberry's pets<br><br>FORT002382 | | |
| 1079 | Photograph: Congressman Fortenberry's children<br><br>FORT002379 | | |

| Exhibit | Description | Ident. | In Evid. |
|---|---|---|---|
| 1080 | Photograph: Celeste Fortenberry<br><br>FORT002377 | | |
| 1081 | Congressman Fortenberry's 2018 Q2 FEC Summary<br><br>JF00010885-10887 | | |
| 1082 | *INTENTIONALLY LEFT BLANK* | | |
| 1083 | *INTENTIONALLY LEFT BLANK* | | |
| 1084 | Image: FBI contact with Celeste Fortenberry (still from video).<br><br>(Gov) Serial 104-1D-65 | | |
| 1085 | March 23, 2019 Interview<br><br>Defense Clip A - Audio | | |
| 1086 | March 23, 2019 Interview<br><br>Defense Clip A - Transcript | | |
| 1087 | March 23, 2019 Interview<br><br>Defense Clip B - Audio | | |
| 1088 | March 23, 2019 Interview<br><br>Defense Clip B - Transcript | | |
| 1089 | Audio: FBI voicemail to Congressman Fortenberry at 1:37 p.m.<br><br>(Gov) Serial 1D-66 Rep. J. Fortenberry (002) | | |
| 1090 | Audio: FBI phone conversation with Kim Kwapnioski, Fortenberry's District Rep.<br><br>(Gov) Serial 1D-66 Rep. J. Fortenberry (003) | | |
| 1091 | Audio: FBI voicemail to Congressman Fortenberry at 4:20 p.m.<br><br>(Gov) Serial 1D-66 Rep. J. Fortenberry (005) | | |

| Exhibit | Description | Ident. | In Evid. |
|---|---|---|---|
| 1092 | Audio: Recording of Congressman Fortenberry's voicemail to FBI at 7:41 p.m.<br><br>Gov 1D-66 Rep. J. Fortenberry (007) | | |
| 1093 | Image: Text message screenshot between Chief Bliemeister and Congressman Fortenberry<br><br>FORT001921 | | |
| 1094 | FBI photographs from 3/23/19 FBI Interview<br><br>JF00002495-00002506 | | |
| 1095 | Defense Clip C - Audio | | |
| 1096 | Defense Clip C - Transcript | | |
| 1097 | Defense Clip D - Audio | | |
| 1098 | Defense Clip D - Transcript | | |
| 1099 | Defense Clip E - Audio | | |
| 1100 | Defense Clip E - Transcript | | |
| 1101 | Defense Clip F - Audio | | |
| 1102 | Defense Clip F - Transcript | | |
| 1103 | Defense Clip G - Audio | | |
| 1104 | Defense Clip G - Transcript | | |
| 1105 | Defense Clip H - Transcript | | |
| 1106 | Video: FBI at Fortenberry Residence<br><br>(Gov) Serial 1D-65 (001) | | |
| 1107 | Video: FBI at Fortenberry Residence<br><br>(Gov) Serial 1D-65 (002) | | |

| Exhibit | Description | Ident. | In Evid. |
|---|---|---|---|
| 1108 | Video: FBI at Fortenberry Residence<br><br>(Gov) Serial 1D-65 (003) | | |
| 1109 | Audio: Trey Gowdy Voicemail to AUSA Jenkins<br><br>(Gov) Serial 410 | | |
| 1110 | Audio: Trey Gowdy Voicemail to AUSA Jenkins<br><br>(Gov) Serial 411 | | |
| 1111 | Photograph: Dr. Elias Ayoub<br><br>FORT002392 | | |
| 1112 | Audio: FBI interview of Baaklini clip<br><br>Toufic Baaklini Clip | | |
| 1113 | Audio: FBI Interview of Baaklini clip<br><br>Toufic Baaklini Clip | | |
| 1114 | Defense Clip I - Audio | | |
| 1115 | Defense Clip I - Transcript | | |
| 1116 | 18 U.S.C. § 1001 print out<br><br>FORT000028 | | |
| 1117 | 52 U.S.C. § 30109 print out<br><br>FORT000295 | | |
| 1118 | 18 U.S.C. § 371 printout<br><br>FORT000234 | | |
| 1119 | Text messages between Dr. Ayoub and Congressman Fortenberry<br><br>JF00012764-00012770 | | |
| 1120 | Library of Congress Register of Actions: H.Con.Res.75, 114th Congress<br><br>FORT002384-002385 | | |

| Exhibit | Description | Ident. | In Evid. |
|---|---|---|---|
| 1121 | Library of Congress: Legislation Sponsored or Cosponsored by Congressman Fortenberry<br><br>FORT002386-002387 | | |
| 1122 | Photograph: Image of Reyn Archer<br><br>FORT002391 | | |
| 1123 | FBI 302 of Jessica Johnson (8/08/19)<br><br>JF00002560 | | |
| 1124 | FBI 302 re Ayoub (09/15/16)<br><br>JF00000696-00000703 | | |
| 1125 | FBI 302 of Jessica Johnson (8/19/19)<br><br>JF00002581-00002584 | | |
| 1126 | Audio: FBI Interview of Jessica Johnson 8/19/19<br><br>(Gov) Serial 1D 74 Jessica Furst Johnson 08/19/19 | | |
| 1127 | *INTENTIONALLY LEFT BLANK* | | |
| 1128 | *INTENTIONALLY LEFT BLANK* | | |
| 1129 | FBI 3.8.2019 FBI Approval to Conduct Interview of Congressman of Congressman Fortenberry (Redacted)<br><br>JF00002482-00002487 | | |
| 1130 | *INTENTIONALLY LEFT BLANK* | | |
| 1131 | Defense Audio Clip – DC 1 | | |
| 1132 | Defense Audio Clip – DC 2 | | |
| 1133 | Defense Audio Clip – DC 3 | | |
| 1134 | Defense Audio Clip – DC 4 | | |

| Exhibit | Description | Ident. | In Evid. |
|---|---|---|---|
| 1135 | Defense Audio Clip – DC 5 | | |
| 1136 | Photograph: Images of Cell Phones | | |
| 1137 | Invoice from C. Gregory Write, Inc. | | |
| 1138 | Photograph: Congressman Fortenberry's daughter on June 4, 2018 | | |
| 1139 | *INTENTIONALLY LEFT BLANK* | | |
| 1140 | July 18, 2019 Email from Congressman Fortenberry to Luke Wenz | | |