# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

cc: USPO

### CRIMINAL MINUTES - TRIAL

| | | |
|---|---|---|
| Case No. | 2:21-cr-00491-SB-1 | Date: March 24, 2022 |
| Present: The Honorable | STANLEY BLUMENFELD, JR., United States District Judge | |
| Interpreter | None | |

| Jennifer Graciano | Judy Moore | Mack E. Jenkins, AUSA; Susan S. Har, AUSA.. |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jeffrey Fortenberry (Bond - OR) | ✓ | | ✓ | John L. Littrell, Rtd. | ✓ | | ✓ |
| | | | | Ryan V. Fraser, Rtd. | ✓ | | ✓ |

___ Day COURT TRIAL  **7th** Day JURY TRIAL  ___ Death Penalty Phase

___ One day trial;  ___ Begun (1st day);  ___ Held & continued;  ✓ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made _____

✓ Witnesses called, sworn and testified.

✓ Exhibits identified    ✓ Exhibits admitted

___ Government rests.    ✓ Defendant(s) JEFFREY FORTENBERRY rest.

___ Motion for mistrial by _____ is ___ granted  ___ denied  ___ submitted

✓ Motion for judgment of acquittal (FRCrP 29) is ___ granted  ✓ denied  ___ submitted

✓ Closing arguments made    ✓ Court instructs jury    ✓ Bailiff sworn

✓ Alternates excused    ✓ Jury retires to deliberate    ___ Jury resumes deliberations

___ Finding by Court as follows:    ✓ Jury Verdict as follows: GUILTY as to Counts 1, 2 & 3.

Dft # 1   ✓ Guilty on count(s) 1, 2, & 3    ___ Not Guilty on count(s)

✓ Jury polled    ___ Polling waived

✓ Filed Witness & Exhibit lists    ✓ Filed Jury notes    ✓ Filed Jury Instructions    ✓ Filed Jury Verdict

✓ Dft # 1 Referred to Probation Office for Investigation & Report and continued to **June 28, 2022 8AM** for sentencing.

___ Dft # ___ remanded to custody.  ___ Remand/Release# ___ issd.  ___ Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

___ Case continued to _____ for further trial/further jury deliberation.

✓ Other: Also present on behalf of the Government: J. Jamari Buxton, AUSA and Special Agent Edward Choe. Also present on behalf of the defense: Glen E. Summers, Rtd; Kally A. Kingery, Rtd.

- Clerk reviewed all admitted exhibits with Government and Defense counsel.
- Post-Trial motions are due on April 25, 2022.

                                                                    7 : 02
Initials of Deputy Clerk    jgr