UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

March 24, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: jgr  DEPUTY

REDACTED
(Juror Note #1)

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff(s),<br><br>vs.<br><br>JEFFREY FORTENBERRY,<br><br>Defendant(s). | CASE NO.: 2:21-cr-00491-SB-1<br><br>JURY NOTE #: 11<br><br>TIME: 6:00 |

☑ The jury has reached a unanimous verdict.

☐ The jury advises the Court of the following:

☐ The jury requests the following:

_____

_____

_____

_____

_____

_____

Dated: 3-24-2022                                    ▬▬▬▬▬▬▬▬▬▬▬▬
                                                             Foreperson of the Jury