TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
SUSAN S. HAR (Cal. Bar No. 301924)
J. JAMARI BUXTON (Cal. Bar No. 342364)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:   (213) 894-3289
    Facsimile:   (213) 894-0141
    E-mail:     mack.jenkins@usdoj.gov
                  jamari.buxton@usdoj.gov
                  susan.har@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>JEFFREY FORTENBERRY,<br><br>          Defendant. | Case No. 2:21-cr-00491-SB<br><br><u>NOTICE OF LODGING OF PROPOSED ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S RULE 29 MOTION</u><br><br>Hearing Date:  6/28/2022<br>Hearing Time:  8:00 a.m.<br><br>Indictment: 10/19/2021<br>Trial: 2/16/2022 at 8:00 a.m. |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Susan S. Har, and J. Jamari Buxton, and defendant JEFRREY FORTENBERRY ("defendant"), by and through his counsel of record, John Littrell, Ryan Fraser, Glen Summers, and Kally Kingery, hereby lodge their attached Proposed Order Setting Briefing Schedule for Defendant's Rule 29 Motion.

On March 24, 2022, defense counsel requested 30 days, or until April 25, 2022, to file its post-trial motions. (Dkt. No. 181.) The government did not object, and the Court granted the defense's request. (See id.)

On April 24, 2022, the parties met and conferred and agreed to the following briefing schedule for defendant's post-trial motion:

1. Motion and supporting memorandum to be filed on April 25, 2022;
2. Government's opposition to be filed by May 25, 2022;
3. Defense's reply, if any, to be filed by June 14, 2022;
4. Motion to be heard on June 28, 2022.

Consistent with the above, defendant filed his motion on April 25, 2022. (See Dkt. No. 195.) The Court subsequently instructed the parties to lodge a proposed order setting forth the requested briefing schedule.

Dated: April 26, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

    /s/
SUSAN S. HAR
MACK E. JENKINS
J. JAMARI BUXTON
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: April 26, 2022

    /s/ per email authorization
JOHN LITTRELL
RYAN FRASER
GLEN SUMMERS
KALLY KINGERY

Attorneys for Defendant
JEFRREY FORTENBERRY