John L. Littrell, State Bar No. 221601
jlittrell@bklwlaw.com
Ryan V. Fraser, State Bar No. 272196
rfraser@bklwlaw.com
BIENERT KATZMAN
LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Tel: (949) 369-3700
Fax: (949) 369-3701

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>JEFFREY FORTENBERRY,<br><br>    *Defendant.* | Case No. 2:21-cr-491-SB<br><br>Hon. Stanley Blumenfeld, Jr.<br><br>**JEFFREY FORTENBERRY'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT**<br><br>Sentencing: June 28, 2022, 8:00 a.m. |

Counsel for Jeffrey Fortenberry respectfully submit the following objections to the presentence investigation report ("PSR") of May 24, 2022:

1. The PSR states in paragraph 54 that "[w]hen Fortenberry was about thirteen, his father was killed in a vehicle accident." In fact, Mr. Fortenberry was twelve years old when he lost his father in the car accident.

2. Three sentences later, paragraph 54 of the PSR appears to imply that Jeffrey Fortenberry's mother remarried one year after the death of Jeffrey Fortenberry's father. *See* PSR ¶ 54 ("[T]he loss of [Jeffrey Fortenberry's] father was significant and life-changing . . . . A year later, his mother married William Smith . . . ."). In fact, she remarried two years after Jeffrey Fortenberry's father's death.

Respectfully submitted,

June 7, 2022

BIENERT KATZMAN
LITTRELL WILLIAMS LLP

By: /s/ Ryan V. Fraser
John L. Littrell
Ryan V. Fraser
*Counsel for Jeffrey Lane Fortenberry*

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, CA 92673; and that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, at whose direction I electronically served via email a true and correct copy of the foregoing document entitled **JEFFREY FORTENBERRY'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT** upon United States Probation Officer Jonathan Manahan at Jonathan_Manahan@cacp.uscourts.gov.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 7, 2022, at Dana Point, California.

_____
Garrison Giali