# APPENDIX OF EXHIBITS
# FILED IN SUPPORT OF SENTENCING MEMORANDUM

| EXH. NO. | DESCRIPTION |
|---|---|
| **Character Letters** | |
| 1 | Braman, Elizabeth |
| 2 | F., C. |
| 3 | Fortenberry, Celeste |
| 4 | Fortenberry, Christine |
| 5 | Fortenberry, Claire |
| 6 | Fortenberry, Kathryn |
| 7 | Smith, William |
| 8 | Smith, Joy |
| | |
| 9 | Abadie, Christopher |
| 10 | Alexander, Benjamin |
| 11 | Angsten, Joseph |
| 12 | Barber, Tom |
| 13 | Barron, David |
| 14 | Beckman, Meg and Jim |
| 15 | Belleau, Mary |
| 16 | Benedetto, Louis |
| 17 | Berteau, Verna |
| 18 | Bowden, Sidney Robards |
| 19 | Bradford, Robyn |
| 20 | Braner, Andrew |
| 21 | Brust, Steven |
| 22 | Conley, James, Rev. |
| 23 | Cosby, Eileen |
| 24 | Crosson, Kathleen |
| 25 | Daly, Elizabeth Fortenberry |
| 26 | Eshoo, Anna, Hon. |
| 27 | Ferguson, Lisa |
| 28 | Field, James M. |
| 29 | Foley, Mike, Lt. Gov. |
| 30 | Griffin, Carter, Rev. |
| 31 | Hahn, Kimberly |
| 32 | Hahn, Scott |

| EXH. NO. | DESCRIPTION |
|---|---|
| 33 | Harrington, Barbara, Ph.D. |
| 34 | Hepp, Barbara |
| 35 | Hoffman, Bruce |
| 36 | Key, Perry |
| 37 | Lamendola, Joseph, M.D. |
| 38 | Mansour, Gregory, Bp. |
| 39 | Martinez, Manuel |
| 40 | Matheny, Taffy |
| 41 | Miller, David |
| 42 | Miller, Harriet Babin |
| 43 | Moenning, Josh |
| 44 | Mooney, Margarita |
| 45 | Murphy, Tim, Ph.D. |
| 46 | Nash, Thomas |
| 47 | Palmtag, Janet |
| 48 | Quintero, Mary |
| 49 | Ransome, Darlene |
| 50 | Roberts, Norma |
| 51 | Saint-Paul, Zoe |
| 52 | Samson, Eddie |
| 53 | Sanders, Rick |
| 54 | Schleppenbach, Greg |
| 55 | Schleppenbach, Jacqueline |
| 56 | Shipe, Tom |
| 57 | Stewart, Chris, Hon. |
| 58 | Talbot, Debra |
| 59 | Tarajano, Jose |
| 60 | Taylor, Anne |
| 61 | Thau, Richard |
| 62 | Von Dohlen, Tim |
| 63 | Williams, Kevin, M.D. |
| 64 | Wolf, Joseph |
| **Mr. Fortenberry's Letter Resigning from Congress** | |
| 65 | Jeffrey Fortenberry's Resignation Letter |