# Exhibit 1

Elizabeth M Braman

████████████

Joint Base Andrews, MD 20762


14 April, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012


Dear Honorable Judge Blumenfeld Jr.:

I am writing to you on behalf of my dad, Jeff Fortenberry. I am the second eldest of his five children. My older sister and I are the only two of his children that remember the time before he was first elected into congress, 18 years ago. The fondest memory I have is checkers. Every evening, my dad would come home from work, kiss my mom and then sit down for a game of checkers with me. This is not a particularly long game, but he would manage to drag it out for as long as possible, just to have that special time with me. When he was elected to congress, our games decreased as he had to spend more time away from home. As a young child this was disheartening, until I realized that he now had thousands of other families that he was taking care of, and everyone needed his checkers time. Thinking about that filled me with pride for my dad.

Even with the new and never-ending schedule, this did not stop my dad from being there for his children. If one of us called, no matter if he was on the House floor voting or in an important meeting, he answered. Sometimes he was distracted, which worked to our advantage to acquire our first dog. But nevertheless, he always answered. He would show up to softball games in a suit and tie, not wanting to be late by taking the time to go home and change. He would come straight from the airport to dance recitals, hiding his exhaustion to support his children. On one of our visits to D.C., I commented how much I wanted to do the paddle boats on the Potomac. Our next trip my dad made it happen. My dad dedicated every waking moment to his family, his constituents' families, and families all over the world. I remember one particular day, he came home exhausted, weighed down by his responsibilities. He asked me if I thought he should be in congress anymore. Selfishly, I wanted to say

no so I could have more time with him, but I told him he should, because think of all the people he could help. That drove him to continue. He is always driven by how he can assist others.

My dad was not one to make many rules or give instructions. He doesn't like crumbs on the floor or sparkles on his clothes. But the one rule that will always stick with me was this: Fortenberrys don't lie and Fortenberrys don't quit. In the moments when my dad was unable to be there for me or offer advice, this echoed in my head and kept me on a good path.

When I first met my (now) husband, I called my dad and told him about this cute football player I had met. This was the first time I had ever talked to my dad about a boy, but I felt the need to call him. His questions for me were: does he share our family values? Will he keep you on a good and holy path? Integrity and keeping on a virtuous path was always his first priority for himself and his children.

We currently enjoy many FaceTime calls, where he loves to talk to his only grandchild, my 7-month-old daughter. He has been assisting me in finding opportunities to work from home, as he knows the value and importance of raising my child. He is looking forward to walking my older sister down the aisle, next spring; going to high school and college graduations; and being there for our future accomplishments. Most importantly to me, he is looking forward to teaching my daughter how to play checkers.

Sending him to prison will not only affect his life, but his entire family's. We all depend on him and he has carried us through every storm. He is our rock and we all depend on him. I love my dad, I respect him, and I am proud of everything he has accomplished. I hope the sentence you impose does not include taking my dad away from us.

Sincerely,

Elizabeth M. Braman

# Exhibit 2

Dear Honorable Judge Blumenfeld:

My name is C███████ F█████████. I am the youngest daughter of Jeff Fortenberry. I am 16 years old. My dad grew up in Louisiana during the sixties and the seventies. His family did not have much while he was growing up. His father also died when he was 12 years old. His mother raised him and his sister alone. She raised him with other people in mind, which helped to make him the man he is today.

My parents have shaped my life choices so much. They always encouraged me to go beyond and truly use my education. It is because of their support that I feel like I can do remarkable things when I become an adult. In my life, I would like to either become a lawyer or a doctor, or possibly both. Without my dad in my life, however, I do not know if I will be able to accomplish all I want to do. He, as well as my mom, have encouraged me to make the best of my situation and use my talents to my advantage. I am still young, however, and I still need my dad to help me with my life.

While growing up, I had to make the sacrifice of giving up my dad for the majority of the week, and only seeing him on the weekends. Whenever he was home, however, he always made sure that his family was the priority. Since we had such little time on a day-to-day basis, he went out of his way to arrange trips for us so that we could spend time as a family. I am remarkably well traveled for someone my age, and that is because of my dad.

I remember a specific time when he was traveling to Louisiana for a political event. I believe that I mentioned to him in passing that I wanted to come with him, because I had had not seen my grandmother in over a year, and my family down there in over eight years. I also wanted to see my sister who was living in Louisiana at the time. I completely forgot about saying all this, when, a few days later, my dad told me he had gotten a plane ticket for me to come with him to Louisiana, as well as Washington D.C. I was excited to go to D.C as well because one of my other sisters was living there. What struck me the most about this trip is I had barely mentioned to him that I wanted to go, and he made it happen. He genuinely cares about our family and does his best to make our lives the best that they could be. I know that he wanted to make sure that he was around for my sisters and I because his dad was not able to be with him when he was growing up.

When they read the verdict, it was like my whole world was crashing down. Suddenly, I did not care what people thought of me or if they saw me break down;

I just knew that my life and my family's life were about to change drastically, and I could not handle it. I believe that I would react the same way if I had to live through it again.

This case and its subsequent trial have very much negatively affected my family. I missed over two weeks of school to be with my dad, and that is nothing compared to what my parents have had to go through throughout this process. If this is how the trial itself affected us, I am terrified to see what the sentencing will do.

I have missed out on seeing my dad since I was born because of his job. I could barely handle not seeing him for the week, let alone not seeing him for months and years straight. I just ask that when you are considering the sentence, please remember that he has a family counting on him, especially his wife and his sixteen-year-old daughter. I know that you will give a fair sentence. Thank you.

Sincerely,

C███ F██████

16 year old daughter of Jeff Fortenberry and Sophomore in high school

# Exhibit 3

Celeste Fortenberry

█████████████

Lincoln, Nebraska  68510


April 11, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012

Your Honor:

I am writing about the sentencing of my husband, Jeff Fortenberry.  I beg you to be lenient with him, and with our five daughters and me.

He and our family have already been punished severely. Jeff lost his job, his reputation, and many friends. He has suffered public slander about his character extending far beyond the counts of his conviction. He has lost the ability to continue to do good and great things for our nation and for the world—the only reason he ever wanted to be in public office. He can no longer vote. He can no longer hunt, a pastime he long enjoyed with friends and his daughters. Jeff's federal pension will most likely be taken away—the majority of our retirement savings. We have mortgaged our home, and personally borrowed (and spent) extraordinary sums of money to pay legal bills; and bills are still coming in.

We have two daughters in college—they're wondering if they have to drop out; and another getting married—she's already given up on her parents being able to help her pay for her wedding. Our third daughter, Kathryn, was born with a severe heart defect, probably due to the genetic condition heterotaxy syndrome (hence the recurring tumors in her ear and other parts of her body, debilitating migraines, painful digestive issues, and more). During Kathryn's second open-heart surgery, when she was four years old, the surgeon nicked her aortic valve. Because of that nick, Kathryn developed congestive heart failure before she was six years old and needed three more open heart surgeries. She almost died more than once. She now has a mechanical aortic valve. She had two strokes last year because that valve threw clots that migrated to her brain.  The second of those strokes necessitated ten

days in Georgetown's stroke unit. We are still paying for that. I do not earn enough by myself to meet our ordinary obligations, much less our crushing legal debt.

Please don't send my husband away from me.  Our daughters and I gave him to our nation's service for 17 years. We've endured 17 years of Dad missing birthdays, anniversaries, violin and piano recitals, school programs, swim meets, softball games, dance recitals, parent-teacher conferences, graduations, picnics, parties, and more. That's 17 years of saying "We can't afford it" because even while expenses (especially for health care) rose, his income has stayed the same since 2006. And that's 17 years of lonely and sometimes fearful nights when I've wondered if *that* noise was someone breaking in to carry out one of the multitude threats of rape, violence, and murder leveled against us because of Jeff's work.

Jeff's deepest desire in life is to be good, and to do good. I have known Jeff since 1993. I fell in love with him because he is noble and good. (Perfect? Of course not. Who among us is?) Personal integrity (which is not the same thing as reputation) he builds up and protects by an assiduous commitment to doing good and avoiding evil. Socrates said that it is better to suffer injustice than to commit it—because only our own actions can build up or tear down our character. It is bliss to be united to a man that values and embodies personal integrity more fiercely than anyone I know.

Long before he went to Congress Jeff almost chose to teach at a university in Haiti, but then "Baby Doc" Duvalier's regime collapsed, so he didn't. But his eagerness to do good in Haiti didn't go away. Jeff introduced the pastor of our parish here in Lincoln, Nebraska, to our friend Father Glenn Meaux, who runs a mission in Haiti. Through that introduction our church became a sister parish to the mission, sending funds and other support to Haiti. Annually the church sends a team of doctors, nurses, and other volunteers to provide on-site medical and dental care. In Congress, Jeff introduced the "Help Haiti Act of 2010" to help orphans after the January 2010 earthquake, a bill which passed Congress and which President Obama signed into law.  Because of his many years of work on behalf of Haiti, their diplomat to the U.S. asked that Jeff be part of President Biden's delegation to the Haitian president's funeral last summer. Even now Jeff wants to do good things in Haiti. (I do, too.) It will just be different, and smaller.

Jeff's BA is in economics, from LSU. At Georgetown he earned a Master of Public Policy degree. He was professionally well-prepared, but he felt he needed to inform his work with deeper meaning. That's why he pursued an MA in theology at Franciscan University of Steubenville.  Jeff often says that government's role is to

create the preconditions for human flourishing. Societal order should be founded in an understanding of and respect for the dignity of each and every human person. During those years in Steubenville he not only grew personally and academically, but he continued his many personal acts of service. For instance, he coordinated prison ministry at the university and regularly led visits to inmates in area prisons.

You have heard a little bit about his extraordinary work for persecuted communities in the Middle East, which saved thousands and thousands of lives. After the withdrawal of our troops from Afghanistan last year, Jeff and his office helped rescue over 5,000 people (Americans and Afghan allies) from that country. I am so proud of his compassion for people suffering injustice, and his action to save as many as he could. His interest in the people and culture of the Middle East began in 1978, when at the age of 18 he spent a semester in Egypt through the International 4-H Youth Exchange. He lived with different families all over the country, learning everything he could about their culture, education, agriculture, and even some of their language. To this day Jeff maintains friendships with people from and in Egypt, including past and present ambassadors to our country.

When my youngest brother was diagnosed with ALS in 2017, we learned firsthand the horrors of the disease, and the hard reality that not only is there no cure, and no effective treatment. So Jeff's office worked for years on "ACT for ALS" to change that. My brother passed away in April 2020, which devastated me and discouraged Jeff's team; but they kept fighting. President Biden signed the bill into law in 2021.

Jeff was accused of being a politician. He never wanted to be a politician, and he never saw himself as one. He wanted to be a statesman. And he was. A rare and stellar one.  There are so many more issues Jeff championed in Congress with out-of-the-box solutions: his work to include locally-sourced food in federally-funded school lunches; food security initiatives; sustainable agriculture policy, including Farm of the Future; conservation initiatives; diplomacy; clean energy; nuclear nonproliferation; and on and on and on.

In World War II Jeff's grandfather was killed by a landmine in Normandy soon after D-Day. Six weeks after his death his widow wrote the quartermaster general's office begging for her husband's remains. Her plea keeps playing in my mind: "We have paid the supreme sacrifice by my little ones losing a fine daddy and for me a fine husband and my lifelong companion." We have not made the supreme sacrifice, as she did. But our daughters and I have truly sacrificed for many years; and now our lives have been blown apart. Please don't take my fine husband and

lifelong companion away from me and my daughters. We need him, now more than ever.

After nearly 26 years of marriage I am ineffably proud of my husband, and profoundly grateful for the gift that he is.  I love him today more than I ever have. Jeff is, and has always been, an extraordinarily good and loving man, and I need him by my side. Please be merciful to us.

Very sincerely yours,

Celeste Fortenberry

# Exhibit 4

**Christine Fortenberry**



Baton Rouge, Louisiana 70803

April 22, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012

Your Honor:

Jeff Fortenberry is my dad and my role model. I am his fourth daughter; I'm 19 years old, and a freshman at Louisiana State University. My dad has raised me with conviction and love. He teaches me how to be confident and how to be a good person.

An event that has stayed with me me is the time he took my little sister and me out for a daddy-daughter date at a small sandwich shop. We each got our own sandwich and a cup for water; but I accidentally got lemonade instead. I didn't know what to do, so I asked Dad. He took my lemonade and went up to the counter, explained the situation, and paid for the lemonade. Whenever I'm struggling over a decision or question of right and wrong I always think, what would my dad do? And why? Because he always tries to make good decisions informed by a strong moral code.

He also taught me how to have fun, and not to take myself so seriously that I miss out on the joys of life. He taught me to pay attention to the details that are easily overlooked. It would've been easy for him to use fatigue or busyness as an excuse to be absent from my childhood, but he didn't. He would always try to show up to the choir or band concert, and go to my plays and my cheer competitions. When he couldn't he would make it up by inviting me to join him at his events. Even while he was paying attention to constituents, he would make sure to pay attention to me, too. He taught me how to behave in social settings, preparing me for success later on in interviews and events I later attended without him.

This trial has been so hard on my family. My dad could have totally focused on it and his work and ignored his daughter who just went away to college, but he didn't. He texted and called me more often to ask about college and how I was doing. He's visited me here a few times, too. He offers career and life advice, and when I'm struggling he's supportive no matter what.

I love my dad. I hope to raise my children the way he raised me and my four sisters, and teach them the same values. Raising five girls is no easy feat, and I think he did a superb job.

If my dad were to be sent to prison I don't know what I would do. I know he would smile and tell me it will be okay, but it would be awful. He would not be able to visit me, and I couldn't ask him for the advice I constantly need. I would probably have to drop out of my dream college near my Dad's family. Most of all it would be extremely hard on him.

Thank you so much for reading this letter. It means a lot to me and my family.

Sincerely,

Christine Fortenberry

# Exhibit 5

The Honorable Stanley Blumenfeld, Jr.
United States District Court Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012

Dear Judge Blumenfeld,

I am Jeff and Celeste Fortenberry's oldest of five daughters. I remember his whole journey through Congress, which began when I was seven.  I have accompanied him on countless campaign trips, official events, and travels around the world. His time in Congress has brought us amazing adventures and privileges that we would not have otherwise had. It also required *immense* sacrifice from our whole family.

One of the most formative experiences of my life was the privilege of going to Botswana with my father with the delegation of the International Conservation Caucus Foundation. While there, we learned of human-wildlife conflict, anti-poaching initiatives, and the betterment of rural communities through wildlife conservation efforts. As a result of this trip, my dad returned home and immediately drafted the Defending Economic Livelihoods and Threatened Animals, or DELTA Act, which provides resources to protect the livelihoods of people and to the conservation of habitat and wildlife and which was signed into law in 2018. He saw the struggle of others and did what he could to fix it; I returned from this trip inspired to do the same.

I took a semester to study community-based natural resources management in Botswana. To this day, I've continued with this passion in a wonderful job in the field of wildlife conservation in Africa and around the world. I am beyond grateful for my father's years in Congress and the amazing opportunities our family has had. I have seen my father work tirelessly to improve the lives of others. I hope to bring this same dedication and sincere care to my career.

While we have received many blessings during his time in Congress, we have also had many struggles. It is not easy to give up your dad four days out of every week, and he has missed many special moments with me. His time in Congress took so much sacrifice from us growing up with him gone; it has caused me much hurt over the years. He has now resigned from Congress, and I have a chance to have him back. My only hope now is to make up for lost time and to have him around for my future special moments. Soon, I am getting married to the love of my life, and I want him to walk me down the aisle.

If I know one thing about my dad, I know that his biggest concern throughout this process has not been for himself, but for his wife, daughters, and mother. We need him now to be a dad, husband, and son without the burdens of Congress or a prison sentence.

Thank you for the opportunity to write on behalf of my dad. I trust you will make a just decision and I respectfully request that you consider the needs of our family in your deliberation.

Sincerely,

Claire Fortenberry

# Exhibit 6

**Kathryn E. Fortenberry**

███████████

Lincoln, Nebraska 68510

April 20, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012

Your Honor:

My name is Kathryn Fortenberry; I am the third of Jeff Fortenberry's five daughters. I am a senior at the University of Nebraska (UNL), looking forward to graduating in May and starting graduate school in the fall.

From birth, I have faced a multitude of health concerns, most prominently a severe heart defect. This reality complicates almost every aspect of my life and my parents' lives. I do generally try to live as though I have good health, but there is always something that arises. Just this past year I suffered two strokes. Over the 21 years of my life I've had no less than fifteen surgeries, including five open heart surgeries. The first one was when I was three months old.

By no fault of my own, I demand a great deal of my parents' attention. My father has always given this to me, without complaint. I have never been told and I likely will never know how great of a financial burden I am because of my medical issues. I will also never truly know the depth of worry that consumes my parents.

I recently learned that when I was first diagnosed with a heart defect, my father buried himself in research regarding the type of condition I had. He also made sure he knew the lifelong consequences of my condition, and any possible curative treatment. He was determined that I would have a long and healthy and "normal" life.

I was bedridden for much of high school. Dad took the lead in exploring education options with my school so that I could continue my education in spite of my disabilities. I was able to graduate on time, and even qualify for the honors program at UNL.

Dad understands people and he knows how to care for them. I see my father show the same care and concern for strangers' well-being as he does for me.

It is unthinkable that I would have to be separated from my father as a result of a prison sentence.

I ask that you keep my words in mind when discerning his sentencing. Thank you for your time.

Sincerely,

Kathryn E. Fortenberry

# Exhibit 7

William C. Smith, Jr.

██████████████

Baton Rouge, Louisiana  70808

April 18, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st. Street Courtroom 6C
Los Angeles, California 90012

Dear Honorable Judge Blumenfeld:

My name is Bill Smith and I am writing regarding my stepson, Jeffrey Fortenberry. I have known Jeff since his Mother and I married in 1975, after his Father was killed in a tragic car accident. Jeff has one younger sister and I have two daughters so we became a blended Family.
Jeff and I shared a  common interest in camping, reading, and working cattle, which was my hobby. We also had an interest in cooking outdoors on a camp fire using cast iron pots.

Jeff was an excellent student in high school. He participated in sports, debate team, and 4-H activities, and won several national awards. He succeeded as well in college earning a degree in Economics. He later earned a masters degree in Public Policy and another masters in Theology.

After moving to Nebraska he began his political career with the Lincoln City Council, then ran for U.S. Congress. He excelled in his role in representing the state of Nebraska and the nation. I was very proud of all he accomplished for his district and all of us. He held important committee positions and became a high ranking member. Again making us so grateful that a man of his integrity was serving the nation.

Jeff takes life very seriously, always searching to make the right decision along his journey. He is respectful of others and always does his best. He sets a high bar of standards for himself and others to live by.

Jeff and his wife Celeste have five loving, accomplished daughters and one eight-month-old grand baby. He is a devoted, Family man with so many gifts and talents to offer those he serves. He is active in his community and church and has the respect of others.

To remove Jeff from home and his life's work at this time of his life would be devastating to his Family and all of us. His Mother and I are in our mid 80's and need his support. I am asking you for leniency in determining a sentence.

I appreciate the opportunity to write to you about my stepson Jeffrey Fortenberry

Sincerely,

William C Smith, Jr.

Exhibit 8

Joy Smith

███████████

Baton Rouge, Louisiana 70808

April 11, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st. Street, Courtroom 6C
Los Angeles, California 90012

Dear Honorable Judge Blumenfeld:

It is my privilege to write about my son, Jeffrey Lane Fortenberry.

Since an early age, Jeff was always the one who knew right from wrong, followed the rules and treated everyone with dignity. He was thoughtful, loving and respectful of others with his gentle spirit. He believed in the goodness of mankind and thought people could co-exist in a peaceful environment.

On his eighth birthday, during the 60's, we had his birthday party at a public skating rink. The owner refused entrance to an African American child who was Jeff's friend. This was shocking to all of us and to this day Jeff still talks about the pain his friend endured that day. Jeff recently was a guest columnist for the Baton Rouge paper and wrote about this incident and appealed for others to help find his friend Phillip Brown whom he had lost contact with over the years.

When Jeff was in college he would, what I called, "bring home strays". These were students, many of them foreign, who had no place to go for Thanksgiving and other holidays. We hosted many people because of his hospitable nature and our Family learned much from those memorable experiences. I told him that he couldn't save the whole world, and he would say to me, "Maybe not, but I can save my own little corner, Mom!"

Jeff was an honor student earning a BA in Economics and worked student jobs. While in college he was accepted as a program assistant at the National 4-H center in Chevy Chase, Maryland, one summer. When it was time to go back to LSU they informed me that Jeff was chosen to be a participant in the IFYE international exchange program with Egypt. So he packed his bags and spent a semester there, living with families and working with other youth from all over the world. From that experience he learned the importance of working with other cultures and finding common ground. Although he missed a semester he still graduated in four years. He was 18 years old.

Jeff used his time wisely and volunteered to coach in the Big Buddy Program to be a mentor for disadvantaged youth. He also served meals for St. Vincent de Paul shelter dining room and occasionally volunteered nights at the shelter as a shelter monitor. Jeff lived with and willingly took care of his elderly, widowed grandmother for 10 years before entering Franciscan University for a second masters degree. This one in Theology to discern the deeper meaning of life.

Jeff always had a desire to serve and after completing an aptitude assessment with Johnson O'Conner Research Foundation it was determined that some area of service was the career path he should follow. Politics was a natural to him having degrees in economics, (BA from LSU), public policy (MPP from Georgetown) and theology (MA from Franciscan University). So his political career began with full support of his wife and (at the time) four daughters, although realizing it would be a sacrifice to be away from him with all of the demands of the job, but they were willing to share him for the State of Nebraska and the nation for greater good. His campaign slogan reflected his beliefs of strong family, strong community, strong nation.

As a member of the U.S. House of Representatives he served his state and nation with intelligence, dignity, sincerity and truth and gave his whole heart to his life's work for seventeen years. He quickly gained the respect of his colleagues and "reached across the aisle" many times to find unity and common ground.

I had numerous opportunities to visit the U.S. Capitol to observe first hand his important work. Colleagues from both political parties expressed to me their respect and admiration for Jeff and his desire to serve the people of Nebraska and the nation with sound policy and decision making. One minority whip commented to me that he wished for 100 members just like Jeff.

The thought of removing Jeff from his life's work and calling, and from being a productive member of society, using his gifts and talents, is overwhelming. Not to mention the devastation to his Family who have all suffered greatly. His brave wife, Celeste, and his five daughters need his guidance and wisdom and to continue to be head of the Family. The loss of financial support to them would be devastating as well. They would also be deprived of Jeff participating in family milestone events such as walking his oldest daughter down the aisle and giving her away in marriage as well as other events in their future.

I thank you for the opportunity to write to share my son with you so you may get to know who Jeff, the man, really is, and what his life and work has meant to all he has served. I am pleading for your mercy, grace and leniency for Jeff, my only son.

Sincerely,

Joy Smith

Joy Smith

# Exhibit 9

April 11, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012

Honorable Judge Blumenfeld Jr,

I wanted to thank you for your dedicated service in your judiciary and ask that you take some time getting to know my friend Jeffrey Lane Fortenberry by pouring through these letters of character, mine is a simple one from an old devout friend of 46 years.  As a conservative Democrat, some may find it strange that our friendship is so strong because Jeff is a Republican.  I am sure it is our Catholic faith that ties us together compared to all else.

Jeff is one of the most "Catholic" Catholics that I know, and I would classify him as a Conservative Catholic, and one that fully supports the Pope. I share this as I think it fundamental to his character. In high school and through college Jeff never used drugs, used alcohol very sparingly, and yet was always there with all of his friends to make everyone laugh. He was always available with a smile, and listened with both ears.   He has a wonderful sense of humor.  Which he needed to use to cheer me up, especially when he took me on my first and last dear hunt where I got lost in Spanish Lake Swamp for about 5 hours.

However, it was after College that I owe Jeff a special debt; you see he introduced me to my future wife Linda Richard. He and Debbie Talbot would double date with us often and we thoroughly enjoyed their friendship through our courtship. My Linda Died in 2005, Jeff, and I often remember our old times together.

In all my years, I have never witnessed Jeff take a path that did not first include prayerful consideration of which direction the Holy Spirit was guiding. From his choice to enter the seminary, and then to leave, to go to Georgetown, and to return to BR, to work for the Downtown Development District, to return to the Seminary then leave the seminary again  to go to Steubenville , then to marry Celeste, then to go to Lincoln NB. (Coincidentally my sister lived there and I was able to continue to give time to our friendship). Then as Congressman. He simply was a model of discipline especially as it relates to the rules of ethics and the Ten Commandments. He would not even let me take him to dinner. I hosted a few fund raising parties for Jeff at my home in Baton Rouge where friends and family attended.  Jeff insisted on a proper accounting of every penny of party expense.  The phrase "a good man" does not capture it. He is a great man.

This whole affair saddens me. You now have the task of assigning a sentence for Jeff.  I pray that your just sentence is one that allows my dear friend Jeff some leniency and consideration for the good he has achieved and worked for his entire life. May Christ carry Jeff and his family through the fire of scrutiny that is now upon them. A sentence in itself.

May God bless you and God Bless the State of California, and the United States of America.

Christopher David Abadie

Baton Rouge, LA 70808

Exhibit 10

**Benjamin B. Alexander, Ph. D.**

██████████████

**Pawleys Island, S.C. 29585**

████████████

May 5, 2022

TO:          The Honorable Stanley Blumenfeld, Jr.
             United States District Judge
             350 West 1st Street, Courtroom 6C
             Los Angeles, California 90012

SUBJECT:     Sentencing of the Honorable Jeff Fortenberry

Your Honor,

I am writing to provide an assessment of Congressman Jeff Fortenberry's character. I have had the pleasure of knowing him since the early 90s. I have always known him to be a man of ambition, faith, compassion, and courtesy. Having served as a speech writer and consultant in several agencies of the US Government (Dept. of Education. USIA), I was detailed as a consultant by the U.S. Dept of Health and Human Services through 1994. In 1993, I employed Jeff while he was a student at Franciscan University as a parttime research assistant.  He did important research on the renewal of the Adolescent Family Life act and related issues. Jeff proved to be a diligent worker, digesting readings and briefings and providing summaries for reports and findings I was tasked to write for the Dept of Health and Human Services, Office of Population Affairs.

After Jeff graduated from Franciscan University, I followed his political career in various congressional campaigns where he was repeatedly re-elected. When he returned to campus as a congressman in 2014 for several speaking engagements, he graciously agreed to lecture in a course I was teaching in the American Presidency.  The students enjoyed his presentation, especially his knowledge of public policy and his entertaining comments about colleagues in the political world he had met or known. The class evaluations specifically praised Congressman Fortenberry's presentation.

Having had these experience with the Congressman, I was shocked and dismayed to learn of his conviction for wrongdoing, but I respect the verdict of the jury. I am not conversant in the details of the case. The conviction, however, does not comport with the Congressman I have known for many years since he was a student. I wanted to provide a witness to the aspects of Mr. Fortenberry's character that I do know and that evince his service, patriotism, and citizenship. His virtues helped me in my consulting for the Dept. of Health and Human Services and influenced students in a very positive way.  I would be most grateful for your weighing these matters in the sentencing of Congressman Fortenberry.

Sincerely yours,

*Benjamin B. Alexander*

Benjamin B. Alexander, Ph. D.
Professor of English and Political Science (ret)
Franciscan University of Steubenville

Exhibit 11

Joseph S. Angsten

███████████

Manassas, Va. 20110

The Honorable Stanley Blumenfeld Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012

Dear Honorable Judge Blumenfeld,

     I am pleased and honored to write this letter outlining Jeff Fortenberry's great character. Our relationship began many years ago when he dated and later married my wife's sister. For that reason, I have what I would consider a unique relationship with Jeff. I have had the great opportunity to see both his private and public life unfold for many years. Many people in public life struggle to strike the "personality" balance of public vs. private lives. Jeff, however, did not struggle in this regard. He possesses the incredible ability to carry himself with the same integrity that made him a great person to his public life. His faith and integrity are his driving force in serving others. Jeff's public service was a welcomed addition to a world that that desperately needs people that value others ahead of themselves for the greater good of society. While Jeff had a life that pulled him in many directions, he was never too busy to stop what he was doing to help others. This attention to the needs of others had nothing to do with votes or politics it had to do with what is right. His public has no knowledge of the many examples I have witnessed of his generosity. With Jeff it was never about public persona it was always about treating others with great dignity. Whatever the task entailed he would make time to help. Even if it involved helping friends clean overgrown brush from their land. I don't know many public servants that would literally be in over their heads clearing fields. His record helping veterans and veteran owned businesses is a long list that stemmed from the gratitude he held for those he was helping. None of this help, mind you, was provided for publicity or some attempt to make himself look better. Quite the contrary he did not want the publicity he simply wanted to serve others.

     As mentioned, Jeff is a faith filled man that you could often find in church. He took to heart those he served and brought their needs to prayer. It does not take a stranger long to realize why Jeff was such a welcomed part not only to politics but to any setting in life. He truly represented the good in people and fought for the rights of all people.

     His family has been undertaking a great deal of stress over the past year. His community and family should not lose a man like Jeff in their lives. We as a nation and the world need more people like Jeff. His family needs him now more than ever. Whatever the future brings for Jeff I am confident he will never lose that spirit of service because, quite simply, that's who he is.

Sincerely,

Joseph S. Angsten



**PEOPLE'S CITY MISSION** | EST. 1907

April 13, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012

Your Honor,

I would like to share my experiences working with Congressman Jeff Fortenberry over the last seventeen years to reduce homelessness in Lincoln, NE. I am the CEO of People's City Mission, the city's primary homeless shelter. Last year we assisted over 30,000 different individuals with housing, food, clothing and other various items.

Over these many years Jeff has been an active and ardent supporter of our outreach to those in need. Specifically, he has volunteered at the shelter on numerous occasions, provided financial backing, and promoted our cause to the community at large. In his visits to us, many of our guests have been deeply touched that someone of his stature would reach out and serve them meals, talk and encourage those struggling at the lower end of society.

Jeff has never promoted his relationship with us to the public or looked to score political points from his support. Outside this letter to you, and some of our employees and guests, few people are aware of his work among the poor in Lincoln. I thought it might be important for you to know what he has done as you consider his sentencing.

With kind regards,

Tom Barber
CEO

Exhibit 13



**THE ICCF GROUP**

Advancing conservation governance by building political support, providing on-the-ground solutions.

25786 Georgetown Station Washington, DC 20027 | 202.471.4222 | www.internationalconservation.org

April 11, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012

Your Honor,

As Chairman of the ICCF Group, which supports the leadership of the U.S. Congressional International Conservation Caucus, I have had the chance to get to know Jeff Fortenberry well over the past 15+ years. I have spent time with Jeff and his family in many settings, both professional and personal, and have observed his character in a range of different circumstances.

I have worked with leaders in the U.S. Congress for more than 40 years and have known many dozens, if not hundreds, of them well. Without exception, I believe that Jeff Fortenberry was the most noble of them all; in fact, I called him the "altar boy." Jeff is driven by a mission for family, country, and God. I find it tragic that he will not be able to continue to serve in this capacity, although I know that he will find new ways, in new capacities, to put his many talents to use serving all in the future.

I am convinced that Jeff can and will offer much to society, and I very much hope that you will see fit to impose a sentence that reflects Jeff's long record of civic service and his enormous potential for future service.

Thank you for your consideration, and best wishes.

Sincerely,

David H. Barron
Chairman

Exhibit 14

Meg and Jim Beckman
████████████
Edmond, OK 73034

4/28/2022

Re: Jeff Fortenberry Sentencing

Dear Honorable Judge Blumenfeld, Jr,

We are writing to testify on behalf of Mr. Jeff Fortenberry's excellent and fine character. We have known Jeff for over 25 years. During this time, we have only ever known a man of integrity and honesty who has humbly laid his life down for God, family and his country. It has been inspiring to witness him do all of this with the highest amount of dignity and honor. He is the kind of man I hope my own four sons to be!

We first met Jeff and his wife in 1993 while attending graduate school. Jeff and Celeste were not dating yet when we first met, but had the privilege seeing their friendship grow into love. They have created a beautiful family and life in Nebraska. This whole situation has been painful and taxing on them, and any time in jail would be excruciating and burdensome. I have no doubt if mercy is granted, he will continue to provide for his family and be the man of honor he has always been!

One example of Jeff's virtue would be how he conducted himself in graduate school debates. Not only was Jeff articulate, but he was forthright, as well. We always knew where he stood. At the same time, he was respectful of other's thoughts and opinions. It was a pleasure and gift to be in his presence because of the deep value he had for every person he came in contact. You felt important and understood; even if you disagreed.

Your Honor, Jeff is still, *if not more so*, the same honest, kind, respectful and man of integrity today he was in 1993. I hope and pray you, too, will show this same kindness towards him and grant him a full and complete pardon. Thank you for your time and consideration!

Sincerely Yours,

*Meg and Jim*

Meg and Jim Beckman, Non-profit professionals

26 Years Married

# Exhibit 15

April 14, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012

Your Honor,

I have known Jeff Fortenberry since he was a student at Louisiana State University.  Jeff scheduled an appointment with me, as Assistant Director of the LSU Career Planning & Placement Center, in his job search for a part-time job.  I informed him of an opportunity as a Legislative Intern with a State Senator.  He applied for the position and was employed.  I was told later by that State Senator that he had done a GREAT JOB!

Much later, as a Congressman from Nebraska, he was visiting Baton Rouge and I attended a function at which he was speaking and I went up to him and introduced myself and he told me that he remembered me and that he was where he was because of me….Since then, I have attended several of his fundraisers in Baton Rouge and have kept up with his successful career!

The Congressman Jeff Fortenberry whom I know would never knowingly stray from the right path.  He is a rock-solid, honest, and hard-working individual… He is dedicated to his family, to his congressional district, the people of Nebraska, to his country, to his faith community and to Almighty God!

My request to you, Judge Blumenfeld and to the Court, is that Congressman Jeff Fortenberry be treated fairly with appropriate legal action in view of his services and accomplishments as a Congressman of Nebraska's First Congressional District of the United States of America.

Most sincerely,

Mary delaHoussaye Belleau

Baton Rouge, LA 70810

# Exhibit 16

Louis D. Benedetto, Jr.

██████████

Baton Rouge, Louisiana   70806

██████████

April 14, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California   900122

Honorable Judge Blumenfeld, Jr.,

I am writing this letter today on behalf of one of my oldest and dearest friends, Jeff Fortenberry.
I have known Jeff Fortenberry for almost 49 years dating back to September of 1973 when I met
him at Catholic High School in Baton Rouge, Louisiana.  He stood as a Groomsman at my
wedding in 1982 and I was his Best Man when he got married in 1996.  My wife Carroll and I
asked him to be our daughter Kathleen's Godfather in 1987.  He and his wife Celeste asked me
to be their daughter Claire's Godfather in 1997.

In the Fall of 1979 while in college at L.S.U., Jeff spent a semester in Egypt and this experience
had a profound effect on him.  When he got back, he told us of the horrible conditions he saw in
Egypt.  Even at the young age of 19, he showed a lot of compassion and empathy for the poor
and impoverished.  He still has those same beliefs and values today because Jeff's faith and his
lifelong membership in the Roman Catholic Church have always been an integral part of his
being.  These Catholic Christian beliefs are at the core of this man and while he is extremely
intelligent and well learned, he is formed by his faith in God through the Roman Catholic
Church.

Jeff Fortenberry is a good and gracious man who is extremely considerate of everyone he meets.
In 1990 right after our second child David was born, Carroll had emergency Colon Surgery and
was not able to lift anything for several weeks.  During that time after the surgery, Jeff would
come to our house every night and give David his final bottle for the evening.  How many other
29 year old men would have given up their evenings to do such a wonderful thing?   Jeff did not
consider his actions to be extraordinary because he believed everyone should be kind and
generous to each other.

His honesty and integrity is unquestionable and he has a genuine respect for all people.  I
remember him telling me about a meeting with a constituent in Nebraska concerning a particular
issue.  Though they did not agree on the resolution of the problem, at the end of meeting the man
thanked him and told him how much he appreciated the respect Jeff showed him.  I also
remember one time when he was in Baton Rouge for a fundraiser and we took him to dinner after

the event.  He would not allow us to buy him a sandwich because he was on a campaign trip and had to keep a strict record of the expenses for the trip.  One night in 2009, he was visiting with us at my house when my 19 year old son and a group of his friends came in.  Though my son and his friends had different views than Jeff, I watched him talk and listen to these young people.  They were enthralled by him and though they still didn't agree with him on some of the issues, they were left with a great deal of respect and admiration for him.

I believe that Jeff ran for Congress in 2004 because he sincerely wanted to serve the people of Nebraska.  Jeff did not seek power or wealth; He was committed to the needs of the people in his district.  He constantly went back to his district to meet directly with Jeff's first Grandchild, Joy-Otillie, they had to say and this is the reason he was reelected so many times.  Unlike many politicians, Jeff did not use a confrontational style when working with his colleagues on both sides of the aisle.  Jeff firmly believed if he was going to change someone's mind, he needed to have a genuine relationship with that person.  In an era where ugliness and backstabbing is a way of life in Washington D.C., Jeff Fortenberry was a statesman who worked hard, compromised when necessary and finally got something done.  This is what governing is supposed to be and Jeff firmly believed in this important and vital concept of government.

Your Honor, I do not believe anything or anyone will be served by Jeff Fortenberry going to prison.  He has never had any previous convictions, arrests or indictments.  He has two daughters, Kathryn and Christine, who are still in college.  His youngest daughter Caroline is still in high school.  His oldest daughter Claire is engaged and will soon be married.  His second daughter Elizabeth is married and just recently gave birth to Jeff's first Grandchild, Joy-Otillie, who Jeff and Celeste absolutely adore.  His best friend and love of his life, Celeste, will be lost without him because they work as a team in raising and supporting their family.  You see Your Honor, family is not a vague concept or just an idea to Jeff Fortenberry.  His family is the most important thing in his life and this includes extended family members like my family.  To deprive all of us of his daily presence would be extremely difficult for everyone who knows and loves Jeff.  To deprive Jeff of all of us, especially his immediate family, will be detrimental to this man's spirit and well-being.  It will also be a financial hardship on his family if he cannot work to support them.

Your Honor, I believe Jeff Fortenberry will once again make a positive difference in people's lives.  I know one day soon he will work to serve the people of Nebraska in some capacity that will benefit them.  Please consider everything I have written when deciding on Jeff's sentence and if you have any further questions, please do not hesitate to contact me at any time.

Sincerely,

Louis D. Benedetto, Jr.

# Exhibit 17

Verna Marchand Berteau

Gonzales, LA 70737

April 13, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012

Honorable Judge Blumenfeld, Jr.,

I am ninety-five and a half years old. I have known Jeff Fortenberry all his life and I've never heard one negative thing about him.

He is a smart, nice, decent, and good family man. At one time he studied to be a priest but decided against it.

He lived with and took care of his grandmother. Everybody that knows Jeff knows him as a kind, selfless and honest man.

Sincerely,

Verna M. Berteau

Verna M. Berteau

Exhibit 18

Sidney Robards Bowden, Sr.

███████████

Baton Rouge, Louisiana 70806

███████████

April 9, 2022

The Honorable Stanley Blumenfeld, Jr.
United states District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012

Your Honor,

It is with sincere appreciation that I have the opportunity to write your court on behalf of Congressman Jeff Fortenberry. My wife and I have known Jeff for over 35 years. These three plus decades have offered many experiences and observations of the man, his wife Celeste, their five daughters, his mother and family.

To frame my association, my observations, and to establish in any credible way these words on behalf of Jeff should carry any weight, this is a brief synopsis of who I am:

+ A Proud American
+ A Husband of 54 years to Mary Elizabeth Hewes Bowden
+ Parent of three Children
+ Grandparents of 12 Grandchildren
+ A veteran having served in the United States Navy and USMC
+ A retired business owner of 45 years
+ Hiring, training, and evaluating countless scores of associates gives me insight into people.
+ I am a Christian.
+ I am a Catholic convert of 35 years
(The example set for me by Jeff as *A Man of Catholic Faith led me to convert.*)
+ Alongside Jeff I guided young people of our church as they traveled to sing at churches in the South.
+ At my request, Jeff has been a featured speaker at Legatus events that I have chaired.

**There is a risk of appearing self-important with these words. Regardless, I am willing to accept the risk in order to present an accurate, truthful and honest image of the MAN I KNOW!**

As I reflect on Jeff Fortenberry, I set the scales of judgement at the highest level. My standard originates from close lifelong friends, business associates throughout the country, Priest, Nuns, and an Archbishop. Jeff stands eye to eye with each on every measure of an American with his dedicated level of honesty, integrity, and generous selfless service to his country, family and constituents.

On another level, it saddens me to know the impact this decision holds.  This moment might have an unimaginable, negative impact on a life so well lived.  This matter can shatter lives in so many ways.  I plead against any term of incarceration for this man and the debilitating impact it would have on his family.  His disconnection from so many loved one, family and friends needing his strength and courage would be a needless loss.

Your Honor, I have struggled to maintain my tenor and set a positive tone and decorum on this matter.  Alongside so many others, I urge your wise and tempered judgement in the matter of Jeff Fortenberry's life and the sorrowful fallout this decision may have on so many people.

Regards,

Sidney Robards Bowden, Sr.

# Exhibit 19

The Honorable Judge Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles California 90012


April 7,2022

Your Honor,

I am Jeff Fortenberry's first cousin...our mothers are sisters.  I dearly love my cousin and, of course, am heartbroken that he, his wife, and his children are suffering. I am writing to add my voice for my cousin Jeff, while you consider his sentence.

Jeff has always been a respectful person, devoted to his faith and family. He has always had a high sense of propriety and morality even as a boy. We grew up under parents, aunts, uncles, and grand parents who strived to be their best and enrich the communities we lived in. Their positive influences were always important to us as children and we have lived our lives striving to be virtuous.

Jeff is a caring, kind and honest man. He and his wife have raised 5 intelligent young women with much kinetic potential to shape their own communities for good. They all have fun and thoughtful personalities, and each with unique interests to do great things. I am lucky to know all of them and feel blessed they are all in my life.

After reading your bio and all that you represent, I am confident you are a man that believes in fairness and preserving family through all its complexities, and will be conscious of Jeff's good character and maturing daughters, through a fair sentence for a verdict that has caused emotional disturbance to all that know him. My hope is that he may serve in other ways to satisfy the court and not in prison. The stress of a prison sentence would be life altering for not just Jeff but for his vulnerable family.

I hope you can find it in your heart to be merciful and be guided by your sense of fairness in his sentencing.


Very truly yours,

Robyn H Bradford

# Exhibit 20

# ANDREW R. BRANER

███████████ Washington DC, 20024 | ██████████████████████

4-21-2020

Honorable Stanley Blumenfeld, Jr
United States District Judge
350 West 1st St, Courtroom 6C
Los Angeles, California, 90012

Dear Honorable Stanley Blumenfeld, Jr:

Congressman Jeff Fortenberry and I met in early 2015 at a mutual gathering in Washington D.C. At the time, I worked as a minister for the National Prayer Breakfast, and a Fellow at John's Hopkin's School of Advanced International Relations.

Mr. Fortenberry caught my attention fairly quickly as someone willing to stand up for human dignity around the world. While many Congressmen and Senators I have met, and there have been hundreds, are interested in self-preservation and self-promotion, Mr. Fortenberry stood out as a man willing to aggressively give a voice to people who don't have a voice. His work in the Middle East certainly served to save the lives of thousands under the oppressive ISIS regime in Syria, he helped rescue tens of thousands of high valued targets in Afghanistan saving them from Taliban brutality, and in Nebraska; he worked tirelessly for the benefit of the local farmer protecting them from the industrial agricultural machine that seeks to benefit on the backs of hard-working Americans.

I came to work for Mr. Fortenberry as an international Fellow in 2016 in coordination with Johns Hopkins, and later promoted to his Chief of Staff in Washington D.C. While Mr. Fortenberry can be a difficult member of Congress to work for, he was always fair, he demanded excellence from his employees, and never compromised the faith and trust of the people he served or those who worked for him.

I've been intimately involved in Mr. Fortenberry's trial and I can personally testify, it has been devastating. I know the enormous financial impact on him and his family. I've seen his reputation in Congress evaporate in DC. Members on both sides of the aisle came to encourage Jeff through this process, and I never heard a negative word. Out of 435 Congressmen and Women in this body, Mr. Fortenberry is perhaps the last person anyone would suspect as compromising the trust of the American people.

It seems to me, Mr. Fortenberry has suffered enough. On the edge of financial ruin, ripped of his 20-year career as a congressman, and given the nature and circumstances of the trial, it would be a heavy-handed consequence to sentence Mr. Fortenberry to prison time. As I have written, the man has suffered.

I know Mr. Fortenberry is trying to integrate into the private sector now to begin rebuilding his life. I know he must make enough money to send his girls to college, prepare for weddings, and generally begin to integrate his new life as a federal felon. I helped wrap up his time in Congress upon his departure, and now currently serve the First District of Nebraska under the authority of the Clerk of the House of Representatives.

I would like to add, of all the Congressional delegations in Congress, I can't emphasize enough the trust and integrity Mr. Fortenberry tried to hold while here in Washington DC. There are so many more people in this body who I would never be able to write those words for.

I ask, your honor, to show Mr. Fortenberry mercy in your sentencing.


Sincerely,

Andrew R. Braner

2

Exhibit 21

April 15, 2022

Steven J. Brust

███████████

Portales, NM 88130

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012

Dear Honorable Judge Blumenfeld,

I first met Jeff Fortenberry while pursuing a graduate degree in philosophy at the Franciscan University of Steubenville from 1994-97. From that time, I have always known Jeff to be a man of honesty, integrity, and one willing to help and serve others. I offer a couple of instances where this was apparent.

The first was his willingness to be a guest speaker when I taught my Law and Morality Honors Seminar at Georgetown University. He took time out of his busy schedule to provide the students with valuable insight about the lawmaking process, the role of a Representative, and the ethically informed principles which guided his work. The students, and I, were very grateful for his presentation.

The second instance was sometime a couple of years ago or so. I had made a donation via one of his email solicitations in support of his re-election campaign. A relative short time after that I began receiving email donation solicitations to his campaign from some other source and it looked strange to me. I was wondering how they got my email and whether they were just using his name for funds from them. In any event, I contacted his office and they got right on it. Jeff got personally involved and my concerns were allayed, as it was a legitimate fundraising email tied in with the Nebraska GOP. He was sorry for the confusion. To me, this exemplified Jeff's willingness to immediately address a fundraising concern and personally get involved and make sure that I (a donor) was made aware of the process. This showed forth his integrity especially with respect to my campaign donation.

Jeff is a great father of five girls, and a loving husband to a devoted wife. It would really hurt them, in many ways, if Jeff were to be separated from them by going to prison. I hope you would be merciful in your sentencing decision and provide probation as a way to admonish Jeff, instead of prison.

Thank you for your consideration of these remarks in your decision-making process.

Sincerely,

Steven J. Brust

# Exhibit 22



# DIOCESE OF LINCOLN

## OFFICE OF THE BISHOP

April 28, 2022
*Saint Louis de Montfort*

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012

Honorable Judge Blumenfeld, Jr,

Greetings in the Risen Christ!

Your Honor, I write you today as the Bishop of the Diocese of Lincoln, Nebraska, the Catholic diocese in which Mr. Jeff Fortenberry resides, as an active member of the Catholic faithful. I have been privileged to call Jeff and his wife Celeste, dear friends for the past nearly 10 years of my residence in Southern Nebraska. I have spoken to Mr. Fortenberry on many occasions about serious issues that are important to our faith and to the people of his jurisdiction. He is a man of impeccable character, deep Christian faith, and a person with whom I hold in highest regard.

I write you today as a pastor. In walking with Mr. Fortenberry these past few months of profound personal anguish, I can attest to you the incredible hardship this has caused for his family and for those of us who hold the Fortenberry's near and dear to our hearts.

I can honestly say that the burden that would be placed upon his beloved wife Celeste and their five daughters if he should sentenced to prison for any length of time, would be nearly unbearable to shoulder. They adore him as the rock of their family. To let these six women be without their rock, would be personally and emotionally detrimental to the well-being of their family.

I ask Your Honor for leniency in your sentencing. As a pastor, my only concern is the well-being and eternal good of the people I have been called to serve. I fear disillusionment in my people, should a severe sentence be granted. I cannot bear the thought of the pain that might be caused to the Fortenberry's, should jail time be demanded.

Entrusting the entire situation to the hands of our Blessed Mother, with great esteem and with my prayers for you, I remain

Sincerely yours in Christ,

The Most Rev. James D. Conley
Bishop of Lincoln

Chancery · 3400 Sheridan Boulevard · Lincoln, Nebraska 68506-6125
Telephone: (402) 488-0921 · Fax: (402) 488-3569 · www.lincolndiocese.org

# Exhibit 23



Eileen Cosby

Fort Valley, VA   22652

The Honorable Stanley Blumenfeld, Jr.
U.S. District Court- Central District of Central California
First Street Courthouse
350 W. 1ˢᵗ Street
Los Angeles, CA  90012

April 27, 2022

Dear Judge Blumenfeld,

As his colleague, Rep. Eschoo testified, I have known Jeff Fortenberry to be a man of honor and have seen him behave with the utmost integrity in difficult situations.  Those who know Jeff Fortenberry as long as I have will tell you he is a man of great character, integrity, and a sharp wit.  His compassion for others runs deep.  When I met Jeff 30 years ago, he was interested in the deeper questions of why we exist here and how we can best serve humanity.  He considered service as a missionary.  He had achieved a master's degree in Economics from Georgetown University.  He had worked on the Hill, but he still strived to understand and serve a deeper calling.  We had several classes together in Theology, Ethics and Scripture.  He pursued and achieved a Master's in Philosophy studying with thought leaders in the expertise of the works of Pope John Paul II.   Jeff was also well rounded.  He would participate in snowball fights, play racquetball, and coach women's basketball. His intelligence and wit won him many friends.  He was fascinated by people of different cultures.   (His love for people in the Middle East started when he went to Egypt as a high school foreign exchange student).    While it is hard in a court room situation to let your guard down and be yourself, I wish that he could have.  The jury would have seen the man that I know.    Jeff is a protector.  His compassion runs deep for his friends.  During one of my hardest moments, a close male friend of Jeff's laid down his life.  Instead of getting married as he wanted, his friend knew he was called to be a priest.  Jeff's friend could have married me.  Jeff knew it would be hard on me.  He was with me every moment of the ordination when I was dying inside, but we knew the sacrifice for the good of society was paramount.  Jeff flew down from Nebraska to be by both of our sides during that important moment.   That is his character.  He loved us both like a good brother.  Jeff encouraged us to be strong when it was difficult.

Years later when I did marry, Jeff encouraged me to advocate for women's rights in the Philippines.  He encouraged me to fight the adversity for these women.  "It's you, Eileen.  No one else can carry this.  You have to do it!"   Jeff opened every door that he could with his colleagues in Congress and did not ask for anything in return.   He knew it was his mission to help those without a voice.  The children and mothers in the barrios of the Philippines who were targeted by coercive violations would never be able to thank him, but I do.

Jeff is a leader after God's own heart.   He is a devoted father of five girls and husband to Celeste Gregory.   Celeste is a woman who also takes her mission to serve others seriously.   She had a

# Eileen Cosby

Fort Valley, VA   22652

ministry in writing and editing.  She is a gifted mother.   Their youngest daughter Karoline has
had several heart surgeries and is still in high school.    Celeste would not ever hurt a soul.   She
just became a grandmother.  I hope you understand how important it is for her and young
Karoline to share these years with Jeff.

I hope your court will be merciful to him.  Please consider the bigger picture of the welfare of his
family and his longtime service to the greater community of humanity.   Jeff entered public
service as a calling and has cared for our country, its veterans and people of all different creeds
and cultures.  His resignation has been a cause of grief for many of us advocating for a safe
existence.  His commitment and expertise for protection of families in Nebraska, in the U.S.  and
across the globe has made many safer and helped to build up agriculture, healthcare and
national security.   He has served us to make a better world.   Your decision remains in my
heartfelt prayers.

Sincerely,

Eileen Spotts Cosby

# Exhibit 24

April 11, 2022

Honorable Stanley Blumenfeld, Jr.
United States District Court
Central District of California

Your Honor,

I am writing on behalf of my close friend, Jeffrey Fortenberry, who is scheduled to be sentenced in June. The purpose of this letter is to help the Court treat Jeff fairly and reach an appropriate sentence.

Jeff and I met while studying at Franciscan University in the early 1990s. We were part of a close-knit circle of friends who enjoyed spending considerable time discussing philosophy and history, politics and theology. When we were not in class or studying, we played intramural sports together, hosted dinner parties and frequented local pubs. I admired Jeff immensely. He was thoughtful, respectful, and deliberate – a true gentleman. Jeff stood out among all of us as a natural leader. We affectionately referred to him as "Senator" and I lobbied for a position in his future Washington DC office. My housemate during this time was the extraordinary Celeste Gregory. It was evident that Jeff and Celeste belonged together, and I happily claim credit for their eventual engagement and marriage. After graduation, not a one of us was surprised when Jeff was elected to represent the people of Nebraska's 1st District. His record of service these past 17 years proves our estimation of Jeff was correct – not as "Senator" but as Congressman.

Despite geographic distance and divergent life paths, my bond of friendship with Jeff and Celeste has endured for almost 30 years. We gather with family and friends in northern Virginia for anniversaries and funerals. I was Jeff and Celeste's guest at President Obama's State of the Union address in 2014. I've followed Jeff's career as a public servant. Together with Celeste and their 5 daughters, Jeff has selflessly served his community, constituents, and country with honesty and integrity.

I know Jeff Fortenberry. He has been a champion of liberty and justice for many. Jeff should not be sent to prison. The suffering of having to resign from Congress and defend his reputation is punishment enough.

I respectfully request the Court consider these statements when sentencing my friend, Jeffrey Fortenberry.

Thank you,

Kathleen Guinee Crosson

Mrs. Kathleen (Guinee) Crosson

Bethesda, MD 20816

# Exhibit 25

Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West First Street, Courtroom 6C
Los Angeles, California


Honorable Judge Blumenfeld Jr,

My name is Elizabeth Fortenberry Daly. I am Jeff Fortenberry's only sibling. I have admired him as a big brother and mentor all of my life because of his solid character. He is an inspiration to me and I have always looked up to him. He has always been honest in his advice and counsel to me throughout my life. He made a speech at my wedding welcoming my husband's family and even saying a few words in Spanish to make sure they felt welcomed.

His kindness and love of family means a lot to all. He is always the one we point to in times of needing prayer at meals or just needing good sound advice.

Please take into consideration that my brother is a well-respected family man and very honest man.

Sincerely,

Elizabeth Fortenberry Daly

# Exhibit 26

*Anna G. Eshoo*
*Member of Congress*
*Washington, D.C. 20515*

April 20, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West First Street - Courtroom 6C
Los Angeles, California 90012

RE: Former Congressman Jeff Fortenberry

Dear Judge Blumenfeld,

Jeff Fortenberry and I have been colleagues in the U.S. House of Representatives for almost 17 years, and during that time we came together to address the challenge of the persecution of Christians and other religious minorities in the Middle East. The freedom of religion is an American value and one that has a deep meaning to me as a first generation American whose parents and grandparents fled the Middle East because of the same persecution.

Mr. Fortenberry, a Republican, and myself a Democrat, worked closely to build bipartisan support in the House of Representatives to educate colleagues and pass a resolution declaring this persecution as genocide - only the third such Resolution in the House. As a man of deep faith, Mr. Fortenberry worked diligently with me to advance the effort. He was always a man of his word and professional in every way.

During this time I came to know Celeste, his wife, and their five daughters, each of whom share their parents' faith and decency.

I know Jeff Fortenberry to be a deeply devoted husband and father, a man dedicated to service to others, a person who possesses humility and integrity, and a person who is devoid of arrogance.

In my humble opinion, if Mr. Fortenberry's sentence is a placement in the community, there would be many who would learn from the best of him, and equally impactful, those he works with would be highly instructive to him.

I thank the Court for allowing me this opportunity to speak on behalf of my friend and former colleague.

Most gratefully,

Anna G. Eshoo
Member of Congress

# Exhibit 27

April 10, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012

Your Honor,

I am writing today to ask you for leniency in the sentencing of the Honorable Jeff Fortenberry. Respectfully, Sir, you have only the view of Jeff afforded by the courtroom, and that is by no means the sum total of the man. So, I offer the following as a way to provide you a fuller perspective.

I first met Jeff in 1993 when he enrolled as a student in the MA Theology Program at Franciscan University of Steubenville where I work as director of Marketing and Communications. I came to know him very well as he courted Celeste Gregory, one of my housemates, who became his beloved wife in 1996.

Even as a grad student, Jeff had a heart to serve his country and a desire to make the world a better place. Despite the intervening time and distance, I have kept up a close friendship with Jeff and Celeste and followed Jeff's political career with interest and pride, watching him defend the defenseless here and abroad, care for his constituents, and uphold the dignity of his office.

Jeff has also generously served his *alma mater*, coming to Franciscan University and speaking to students in our Center for Leadership or meeting with them on their annual trip to Washington, D.C., over the years.

He was also among the first to call me to offer his condolences following the death of my mother two years ago—a simple action that touched me deeply knowing his busy schedule and weighty responsibilities, and one that shows his innate kindness.

I have only ever known Jeff to be a man of high ideals, invincible integrity, and scrupulous honesty, and I hope you will take the testimony of friends like me into account as you consider his sentence.

Jeff has already lost that which has been so precious to him: His fine reputation and the opportunity to continue serving the people of the United States of America. In addition, he, Celeste, and their daughters have suffered terribly as a family through this ordeal—personally, financially, physically, and emotionally—and they need time together to begin to heal.

I don't know exactly what Jeff will do in the future, but I know that given the freedom to do so, he will find meaningful new ways to serve others because his always has been and always will be a life of service. Please give him that freedom, Your Honor.

Sincerely,

Lisa M. Ferguson

Steubenville, OH 43953

# Exhibit 28

April 11, 2022

Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 W. 1st Street, Courtroom 6C
Los Angeles, California 90012

      Re:    Jeffery Lane Fortenberry

Dear Honorable Judge Stanley Blumenfeld, Jr.:

By way of introduction, I have been an attorney for over 50 years in the State of Louisiana and served as an elected member of the Louisiana Public Service Commission for 16 years.

I attended LSU Laboratory High school with Jeffery's mother Joy and his father Sexton and am a close friend of his step father William Smith, as we both played football at LSU and have been in a Bible Study together for in excess of 15 years.

I have always been impressed with Jeffrey's integrity and honesty when he spoke of and the substance of what he has written about the critical issues facing our Nation, State and Community, and as a result I have made financial contributions to his campaign.

As a 16-year veteran of serving in public office and being 82 years of age, I believe I am a perceptive judge of the character of people and particularly those in or seeking public office. In my opinion, based my life's experiences and recognizing we are all created in the image of God, but burdened with a sinful nature, I believe Jeffrey to be of the highest character we as humans can achieve.

Sincerely,

James M. Field

# Exhibit 29



# Office of the Lieutenant Governor

**Mike Foley**
Lieutenant Governor

Mike.Foley@nebraska.gov
P.O. Box 94863
State Capitol, Suite 2311
Lincoln, Nebraska 68509
402-471-2256, FAX 402-471-6031
www.ltgov.nebraska.gov

May 27, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California  90012

Re: Jeff Fortenberry

Your Honor:

This is to express my admiration and respect for Jeff Fortenberry whose case was recently heard in your court.

I have known Jeff and his family for over 20 years.  In the most simple and direct manner, I can state without hesitation that Jeff is a good and honorable man.

I believe him to be a man of the highest integrity.  As an elected official in the State of Nebraska, I have followed closely Jeff's work on the Lincoln City Council and in the US Congress and have seen first-hand how he discharges his weighty responsibilities with professionalism, dignity and honor.

He is meticulous and serious-minded in his ethical practices and has always impressed me as a public servant in the highest sense of the term.  He has worked exceedingly hard for his constituents and has been generous to his civic and religious affiliations.  He is a devoted and faithful husband to his wife Celeste and a caring and responsible dad to his five daughters.

For every good reason, Jeff is a pillar in our community as evidenced by his extraordinary success in the political arena and in so many other ways.

I plead that Jeff be shown leniency as you consider an appropriate sentence.  Jeff is needed by his family and he merits the opportunity to rebuild his life now and move on from the world of politics.

A prison sentence would serve no useful purpose as Jeff has already suffered the loss of his position in the US Congress not to mention the damage to his reputation and good name. A prison sentence would completely disrupt Jeff's opportunity to immediately commence the rebuilding of his life.

Please consider a minimal sentence so that Jeff can move on with his life and protect his family from further damage. Because of his many gifts and talents, Jeff has excellent prospects of succeeding in other ventures and I urge you to allow him to pursue these at this time.

Thank you for your consideration of my views on this matter.

Sincerely,

Mike Foley
Lieutenant Governor

# Exhibit 30

Rev. Carter Griffin
St. John Paul II Seminary
145 Taylor Street Northeast
Washington, DC 20017

April 15, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012

Your Honor:

It has come to my attention that Jeff Fortenberry has recently been convicted of making
false statements to federal agents. As a former parish priest of Jeff's in Washington, DC, I
would like to offer some comments on the man that I have known since being stationed at
St. Peter's Catholic Church on Capitol Hill about ten years ago.

Jeff would often come to daily Mass when the House was in session, and during monthly
dinners in the rectory he would often come and spend time with other Catholic Members.
We priests hosted these dinners so that Members, both Republican and Democrat, could get
to know each other in a non-political setting. They were relaxing and enjoyable, and Jeff was
a lively part of the conversation. It was clear, from those interactions, that he is a man of
faith, commitment, and has a heart for service to his church and his country. He spoke
frequently about his family whom he obviously loves very much. I believe him to be a man
of genuine integrity and honesty.

Over the years Jeff and I have continued to communicate periodically and he has visited me
in my new assignment where we have had conversations about his spiritual life and his
commitment to the Lord. His nephew is a seminarian at the seminary where I serve as
Rector.

I cannot imagine how difficult this has been for him and for his wife Celeste and his five
daughters, and am certain that a prison sentence would be devastating to them all. I hope
that a sentence which accounts for these admirable traits in Jeff – and which extends mercy
to his family – might be considered.

With every good wish for your important work on behalf of our country and of our citizens,
and with a promise of my own prayers, I am

Respectfully yours,

Rev. Carter Griffin

# Exhibit 31

███████████
Steubenville, OH, 43952
April 13, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, CA. 90012

To the Honorable Judge Blumenfeld, Jr.,

I have known Jeffrey Fortenberry for more than 20 years. In that time, I've known him as a graduate student at Franciscan University, a friend, a beau to his dear wife Celeste (who resided with our family for a year), and a faithful husband and dedicated father to his five daughters.

Though Jeff studied theology for a Master's degree at Franciscan, he hoped for an opportunity to serve in the area of politics, blending his convictions about political values with his compassion for the people of Lincoln, Nebraska. Jeff's desire to serve his community expanded beyond the Lincoln City Council to serve his district in the United States Congress for many years. His ability to work with a variety of politicians from across the country with varying perspectives was a witness to both his integrity and his honesty, never wavering on deeply held convictions but also knowing that other viewpoints could help him better grasp many complex situations. He has been an outstanding congressman.

We have had the privilege of hosting Jeff, Celeste and their family on several occasions over the years. We've welcomed him as a stop on his journey to or from Washington, DC, and to host him when he has spoken at Franciscan University. Private conversations and public addresses with Jeff have been stimulating, instructive, and encouraging, especially hearing from him about issues related to freedom of religion throughout the world.

Jeff's family needs him in new ways, as his daughters are beginning to marry and establish their families. One married daughter just had their first grandchild; a second daughter is engaged. One of their daughters was born with a complicated heart condition that has required many surgeries and the future remains uncertain medically. One daughter is in college, and another is in high school. Each young woman has her own need for an engaged father who can be present. And in all of these circumstances, his beloved wife Celeste needs his practical engagement in their lives at her side. Parenting young adults has its own challenges and should Jeff be in prison, that will be very difficult.

Jeffrey Fortenberry has no previous record. Please do not send Jeffrey Fortenberry to prison.

Sincerely,

Kimberly Hahn

# Exhibit 32

1468 Parkview Circle, Steubenville, OH 43952



# ST. PAUL CENTER
## *for* BIBLICAL THEOLOGY

April 13, 2022

Your Honor,

I am writing today because you will once again meet face to face with a man I know — and your words will have a profound effect on his life and on the life of his family.

I have known Jeff Fortenberry for almost three decades. He was my student in a graduate theology class, and I knew him to be diligent and genuinely inquiring. He approached the material we covered in class not merely as a student in search of an A, but as a young man desiring to know God. Jeff was my student; he became my friend, and he has remained a friend through these many years.

I have visited with him in Lincoln and in Washington. I have spent time in his home and seen him with his five daughters as they've grown. I have spent time in his office and seen him interact with his constituents, colleagues, and subordinates. I know him to be a man of unbounded kindness and generosity. I know him to be a man of conscience and integrity.

Right now I know him to be a man much needed by his family. They have suffered, more than he, through this ordeal. They have been financially ruined by the legal expenses, and they'll need his support in the months and years ahead. Some of his children are still in school. One of his daughters has a congenital heart defect, which has required multiple surgeries and a pacemaker. Though she's very young, she has already suffered several strokes.

These children need their father. Jeff's wife, Celeste, needs her husband. On their behalf, and on Jeff's, I beg your mercy.

I would be happy to answer any questions you have and further discuss Jeff's character. Feel free to contact me. I have provided by phone number and my email address.

With every good wish, I am

Sincerely Yours,

Scott W. Hahn

# Exhibit 33



June 1, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street,
Courtroom 6C
Los Angeles, California 90012

Your Honor:

I am writing to you on behalf of my friend, former Congressman Jeff Fortenberry.  As someone who has witnessed Jeff's integrity and rectitude many times over many years, there are no words to convey my shock and sadness at the turn of events that has resulted in his conviction.  I am heartsick for Jeff and his family, and I fervently hope that what is clearly the mistake of a moment does not obviate a long life of consistent goodness, honor, and public service.

I have been friends with Jeff's wife, Celeste, since our days in a religious community in the mid 1980's.  I have witnessed countless sacrifices that Jeff and Celeste have made because of Jeff's commitment to public service.  I remember being shocked to discover that he was living in his Congressional office for many years because the family couldn't afford to maintain residences in both Nebraska and Washington, DC.  Jeff wasn't complaining about this ongoing personal inconvenience.  In fact, he shrugged it off as being a small sacrifice beside the great honor of serving in Congress.  In another example of Jeff's characteristic selflessness, he habitually attended the memorial services of fallen troops from his district, even when it meant he would miss events with his own family.  He missed so much of his own children's lives, because he was consciously and humbly embracing the commitment of public service.  Jeff is absolutely not one of those politicians who used his office to further his own interests.

There are two testimonies I would like to share about Jeff's character, both of which I have witnessed a on several occasions.  First, I have never seen him act ungraciously towards anyone, regardless of political party or belief.  He is a very kind person.  Jeff and I have spoken several times of his serious and ongoing efforts to maintain cordial and collaborative relationships in Congress, particularly with people of the other party.  He chastened me once for mocking political opponent saying, "Be respectful.  She is a member of Congress.  And a child of God."  In a time of rank polarization and cultivated contempt, the Jeff I have been graced to know is unfailingly good to everyone.

Secondly, as someone who has spent a lot of time with him, I can unequivocally state that Jeff's main pre-occupation as a family man, a committed Catholic, and a public servant, is to always do the right thing.  I have seen him anguish over deciding what is the best, more moral course of action.  He has frequently sought out my opinions on this topic.  He has a reverence for the laws of both God and men and sincerely wants to make an impact on individuals and the world for the good.  Whatever has happened to bring him to this tragic moment is certainly not a pattern of behavior, but instead must have been a fluke of bad judgment.

Finally, all of us who know and love the Fortenberry's are very worried about what the future will mean for them now.  They have already paid a terribly high price in terms of family resources, reputation, mental and emotional stress, and future career possibilities.  They are devastated in so many ways; the lessons and sufferings of this trial will never fade from their minds and hearts.  Please have mercy on Jeff, and by extension, his wife and children.  From my perspective, justice has already been well-satisfied. Thank you for your consideration.

Respectfully,

Barbara Harrington, PhD
Associate Professor

# Exhibit 34

April 11, 2022

Honorable Stanley Blumenfeld, Jr.

United States District Judge

350 West 1st Street, Courtroom 6C

Los Angeles, CA 90012

Barbara D Hepp

███ ██ ██

Thornton, CO 80241

Honorable Judge Blumenfeld, Jr.

I am writing this letter to you on behalf of Jeffrey Fortenberry. I have known Jeff all my life. I am his cousin on his father's side of the family. He lives with his family in Nebraska, and I live with mine in Colorado. The purpose of this letter is to share with you some personal history of Jeff.

Jeff has always been a kind, considerate and honest person.  This was true when he was a child, this was true when we were adolescents, and is true today.

Throughout the years, Jeff has demonstrated time and time again, his dedication to his family, to his faith and to his country and his desire to make the world a better place.

As children, we would visit our great grandparents together in Baton Rouge. He took extra care to treat them with respect and dignity.

He honored our grandfather, who died in France during the D-Day battle of World War II. He recently went to France for the anniversary of D-Day. He visited with the granddaughter of the person in charge of burials of soldiers to gather information and stories in order to honor not only our grandfather, but many other soldiers who gave their lives that day for our country.

Years later, my mother was very ill and had received the news that she would not regain her eyesight, Jeff took time away from his busy work and school to Colorado and spend time with her, supporting her with love. He encouraged her to be strong in the face of suddenly becoming visually impaired and struggling with her declining health.

Jeff and his wife Celeste have raised 5 beautiful daughters. During a recent visit from Nebraska to my home in Colorado, my husband and I were impressed with how respectful, delightful and positive they were. Conversations included politics, religion, and life goals. They had such a refreshing look on life and never once spoke poorly or negatively about others. This only comes from having parents with the same characteristics.

Jeff has contributed greatly not only to his family, our family, and our community, but he contributed tremendously to our country as he served in the House of Representatives. He provided integrity to everything he worked on and always did things with the goal of justice, and fairness for his constituents and the citizens of the United States.

It will be a great loss to have an outstanding person of integrity in prison where he is unable to contribute to society. His daughters are at a key stage in life where having their father's support is crucial to their well-being. His granddaughter needs to be near him as well, in order to learn from him the value of family love and support. His wife, Celeste, would be devastated to try to continue with their life goals and legacy without him present every day.

Respectfully,

Barbara D Hepp

Barbara D Hepp

# Exhibit 35

The Honorable Judge Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012


Jeff Fortenberry is a man of impeccable character. I know this for a fact because we have been friends since age 12. In our younger years, we were as brothers and we have remained close over the years. He is a resolute family man, Godly person, honest human being, and charitable individual.

Jeff met his wife, Celeste, in college. They married and moved to Lincoln, Nebraska built a home, and brought 5 girls into the world. Today they are just a working-class family with three kids in college, one in high school, and another just married.

Jeff follows the teachings of Christ and lives by them every day. Just recently he was an important mediator in getting persecuted Christians out of the Middle East and settled in Nebraska. This is one example of the many charitable acts that he has perpetuated.

Jeff is an extremely honest man. He has not profited from his office as a U.S. Congressman and he has meticulously followed the rules of the Office ever since his election. Over the years, he has practiced this philosophy time and time again.

Jeff has always been a charitable individual when it comes to his fellow man. I can recall his time in college when he reached out to a student from Syria that he met. This person was a long way from home, in a strange country with a foreign language. It was quite overwhelming for him and he was terribly home sick. Jeff took him home to make him feel more comfortable and fed him a home cooked meal. He helped him with his English and guided him through American life. The young man blossomed and began to thrive in his new environment. This is just one story in many that Jeff has weaved over the years.

In conclusion, Jeff Fortenberry is dedicated to his family, devoted to God, honest to a fault, and constantly charitable. Jeff is a good man that deserves special consideration.


Bruce G. Hoffmann
Teacher and Coach
████████████
Houston, Texas 77084

# Exhibit 36

April 7, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012

Dear Honorable Judge Blumenfeld, Jr.,

I am writing to you on behalf of my lifelong friend Jeff Fortenberry. Jeff & I were high school classmates and I have been privileged to call him friend for nearly 48 years. One quality that has always stood out to me is his honesty and integrity. Of all of my classmates, Jeff was the most honest person I've ever known, which is counter to what you may hear about most politicians. In addition to his honesty, Jeff is someone who is deeply dedicated to his Catholic faith. I have always admired him for that quality. I am also very committed to my Catholic faith and that has been something that has tied us both together over the past 48 years.

Jeff's dedication to his family is something else I've admired about Jeff. His marriage to his wife Celeste and his love for his 5 daughters shows he is a man devoted to his family and the selfless person he is. His dedication and commitment to his family speaks volumes of Jeff as a man who has sacrificed for his family and put them above his own needs. Honestly, this case has taken an extreme toil on his family and myself included, because I know the type of man Jeff Fortenberry is. His family would be totally devastated if he were to serve time in prison. Jeff's life history shows years and years of honest hard work and service to his family, friends, and his country. Until this charge came up against him, he has a clean record of no wrongdoing and I am pleading with you Your Honor to take that into consideration. His family would not be able to cope with losing the head of their family. It just would not be right to send such a man of Jeff's character and integrity to prison!

Finally, Your Honor, I don't know all the details of this case and I am not questioning his guilt or innocence. I simply know the man Jeff Fortenberry and that he has been my friend for nearly 50 years. He is someone I look up and admire and has done so many positive and good things throughout his lifetime. Many times he has returned to our high school, Catholic High School in Baton Rouge, LA and talked with the students about his faith and how he has incorporated that faith and dedication to his family while being in politics. All I can say he is such a good and upright person and does not deserve a prison sentence. Please take my positive comments under consideration as you render a decision on my friend. Thanks you for your time and God Bless!!

Perry F. Key

# Exhibit 37

April 9, 2022

re - Jeff Fortenberry

Your Honor,

Jeffery Fortenberry is my youngest Sister's only son. His parents divorced when he was 11. His father was killed in an automobile accident when he was 12. I personally took him to his fathers funeral. I helped raise him, taking him on fishing trips with my two sons etc. He was always a good student and was in the 4-H club. When he was a senior in high school he went to a 4-H National Conference and won top prize for judging chickens. He was offered a job by Kentucky fried chicken colonel Sanders!

He enrolled at LSU and earned a degree in economics. He worked for a time as assistant director of down town development for Baton Rouge. He left and entered Notre Dame Seminary to decide

if he wanted to become a priest.
after a year of discernment he
enrolled at GeorgeTown university
to get his master degree.
He then worked for the U.S. senate.
Later he recieved a Master degree
in theology from Franciscan
university. He got married and
moved to Nebraska where he worked
in publishing. He ran for City Council
of Lincoln, Ne and served 4 years.
Then left to concentrate on taking
care of one of his 5 daughters who was
born with a defective heart. She is
Now 21 and has had 5 heart surgeries
after a few years he ran for Congress
and has won easily for 9 terms.
He cortially did not enrich himself
in congress. He dove down to Baton
Rouge in December to help me celebrate
my 90 th birthday. I noticed the old
car. he was driving had 150,000 miles
on it and the motor was brasking!
He is a good man and outstanding father.
He has always been very religious and
taught his daughters to be good Citizens.
I hope you can find in your heart
a just punishment that does not involve
prison time. Sincerly, Joan Lawrence

# Exhibit 38



**EPARCHY OF SAINT MARON OF BROOKLYN**
**OFFICE OF THE BISHOP**
**109 Remsen Street**
**Brooklyn, New York 11201-4212**
**Tel: (718) 237-9913     Fax: (718) 243-0444**
chancerystmaron@verizon.net www.stmaron.org

13 April 2022                                                   Prot. No. 351/1/22

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, CA 90012

Dear Honorable Judge Blumenfeld, Jr.,

Thank you for reading this letter.  I have known Jeff Fortenberry for over eight years.  We have worked closely on protecting persecuted Christians and other minorities.  I know of his intense commitment to this effort, so much so that he might put this effort before his own comfort level, and perhaps place too much trust in those who worked in this effort with him.

Jeff is an honorable man, he would do what he felt was right, even if not politically expedient.  Jeff has a moral character that is admirable.  He can admit when he's wrong, and stick to his guns when he's right.  He represents what is good and noble in American political life.  Thus, I am terribly sorry that his work and career has taken this turn.

Nonetheless, Jeff has learned a lot from this unfortunate experience, and he is redeemable.  He will be a good example to others because of this sad chapter.  Thus, I ask not any special favor that would dishonor our just laws or our good legal system, but I ask, Your Honor, for a sentence that is as merciful as possible, for I know that Jeff will bring even more good into this world in the future.

Again, thank you for taking time to read this.

Yours sincerely,

+ Gregory John Mansour

+ Gregory John Mansour
Bishop of the Eparchy of Saint Maron

GJM/rb

# Exhibit 39

Manuel I. Martinez

████████

Baton Rouge, Louisiana 70809

April 12, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012

Your Honor,

I have been a friend of Jeff Fortenberry and his extended family since my family and I first moved to Baton Rouge, LA in the early 1980's.  His family is very well respected in the local community and church parishes here. They were among the first people I met upon moving here and they remain close friends thirty plus years later.  There are many instances where they personally helped the homeless and less fortunate. They can always be relied on to help in any community outreach situation. I count myself fortunate to have known four generations of their family.

Jeff has followed his family's example by attempting to be of service whenever possible.  His integrity and faith are unquestionable and I continue to hold him in the highest regard.  When he was a young man, I watched as he considered entering the priesthood. But we were happy when Jeff proposed marriage to Celeste and decided to serve his community in Nebraska, first on the local level and later on the national scene.

We kept in close touch with Jeff when he moved to Nebraska and continued to see him on a regular basis when he and Celeste visited Baton Rouge.  When my daughter's university was shut down as Katrina destroyed New Orleans, Jeff called to ask if he could help locate a Nebraska university that might be able take her and some of her classmates in.

Jeff has been an inspiration to us and we hope the court will consider leniency in the sentencing in this case in view of his long service to his community and his country.

Sincerely,

*Manuel I. Martinez*

Manuel I. Martinez

# Exhibit 40

# STEPHANIE "TAFFY" MATHENY

BATON ROUGE, LOUISIANA 70806

April 14, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, CA 90012

RE: Jeff Fortenberry

Dear Honorable Judge Blumenfeld, Jr.,

I have known Jeff Fortenberry since we were both children. I lived next door to his grandparent's home. Our families have been close friends for decades. Jeff has been a sincerely devout Christian since his youth. He had initially planned to enter the Priesthood. He aspired to live his life in a manner that exemplified faithfulness in service to God, adherence to Christian moral values, and helpful service to his fellow man. He has conscientiously and consistently done so over the span of his life, and has been an admirable force for good in this world.

Throughout the years that Jeff has served our country in Congress, I have collected donations at his campaign fund raising events in Louisiana (his native state), and I have never witnessed an unethical act or practice of any kind. The present circumstances have been especially heartbreaking for Jeff's family and friends because we know without doubt that they do not reflect the true character of the exceptionally good man we have always known him to be. Your Honor, I pray that you will not sentence Jeff to prison. He is loved so dearly by his family that I fear the impact on them would be devastating.

Thank you for your consideration.

Sincerely,

*Taffy Matheny*

Taffy Matheny

TRM/vkp

# Exhibit 41

April 12, 2022

███████

Manassas, VA 20110

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st St., Courtroom 6C
Los Angeles, CA 90012

Your Honor,

My name is David Miller, and I am Jeff Fortenberry's brother-in-law. Jeff's wife Celeste and my wife Jennifer are sisters. I have known Jeff for over 22 years and consider him my friend.

I have always known Jeff to be man of deep faith and one who has tried to do the right thing in his private life as well as his political career. He has always been completely honest with me in all our dealings.

This case has had a devastating effect on Jeff's family. It is heartbreaking to see a loved one and their family go through something like this. I assure you that Jeff, Celeste and their five daughters have suffered immensely and will continue to deal with the aftermath of this case in the future. Jeff has younger daughters and to have your father in prison at this time in their lives will be devastating.

I am imploring you to not send this decent honest faithful husband to prison.

Thank you for your considerate attention,

*David F. Miller*

David F. Miller

# Exhibit 42

April 12, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West  1st Street,  Courtroom  6C
Los Angeles, California  90012

Honorable Judge Blumenfeld, Jr. :

This letter is in support of my distant cousin and friend, Hon. Jeff Fortenberry.  I have had the privilege of watching Jeff grow up and become an outstanding individual.  He attended Catholic School in Baton Rouge, finished Louisiana State University  and then spent several years doing missionary work.

His Catholic faith has always been a strong influence in his life and he is an exemplary model of integrity, honesty, kindness, service and dedication to family, community and our nation.  A particular aspect of his kindness is his respect for the elderly; as he often accompanied his grandmother to my late father's; birthdays, which occurred many times in the late 1990's as my father lived to be 103.

Jeff is certainly devoted to the women in his life, which includes his mother, Joy; his wife, Celeste; his five adorable daughters:  Claire, Elizabeth, Kathryn, Christine, Caroline and his sister, Lisa.   His entire family would be devastated if Jeff is sentenced to prison.

His long tenure as a Congressman from Nebraska is a fine testament to the work he has done for his constituents.  Jeff is a statesman who serves to uphold the Constitution and improve the lives of all the citizens in America.

Cordially,

Harriet Babin Miller

Harriet Babin Miller

Baton Rouge, LA  70809

# Exhibit 43



*City of* **Norfolk**
N E B R A S K A
*right at home.*

309 N 5th Street
Norfolk, NE 68701
P402-844-2010 F402-844-2001
www.ci.norfolk.ne.us

Josh Moenning
Mayor

April 15, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, CA 90012

Your Honor:

I am writing to relay to you a glimpse of the nature of my personal experiences with Rep. Jeff Fortenberry.

I worked for the man in various roles within his congressional district offices for nearly ten years. I managed personnel, conducted constituent casework, and served as spokesperson.

During that time, Jeff became a mentor, a confidant, and a friend. I had a front-row seat in watching him work tirelessly on behalf of others. The common thread throughout his work was compassion and giving voice to the vulnerable. Recognizing this passion as his vocation as well as the depth of his expertise gained through years of international policy work, an international disaster relief organization in my community is seeking his assistance in navigating the complex processes of delivering aid to displaced refugees in Eastern Europe.

This is a good man whose service was never about personal enrichment or political office leap-frogging. He stayed in his lane and made positive impacts in people's lives where he could. My own experience in public service today is guided by many lessons learned under his employ.

I have every confidence that Jeff will utilize his experience and expertise to continue to help those who need help – here and abroad. The world needs helpers right now. I hope you will keep this in mind as you discern the parameters of his sentencing.

Sincerely,

Josh Moenning
Mayor, City of Norfolk, Nebraska



**EQUAL HOUSING
OPPORTUNITY**

# Exhibit 44



April 15, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, CA 90012

Dear Honorable Judge Blumenfeld, Jr.,

When I first met Jeff Fortenberry's daughter Kathryn in July 2019, I was laying on a couch with an ice pack on my knee, wondering how I'd teach an intensive summer seminar on education just a week after being struck by a car while walking across the street in Princeton. A few months earlier, I had first met Jeff Fortenberry in Washington, DC, when he asked me to invite his daughter Kathryn to apply to my seminar. Little did I know that my own suffering was nothing compared to Kathryn, who was born with a heart condition and has had multiple surgeries.

In August of 2019, I got to know Jeff and his daughter Caroline when I attended as an observe the meetings of the International Catholic Legislators' Network (ICLN) which me that year in Fatima, Portugal. Feeling extremely awkward a person of no political stature in such an esteemed group of people, Jeff sought me out and introduced me to people as a professor at Princeton who cares about education and had mentored his daughter Kathryn in my summer program. I heard Jeff speak on a panel about his upbringing without a father in Louisiana, about how he felt he had been saved by being a Catholic, and how after studying college and then a Master's Degree in Theology where he met his wife Celeste, he felt called to politics.

That summer, I also met Jeff's daughter Caroline. As I walked around Fatima with Caroline, Caroline told me that Kathryn had stayed in bed her entire junior year of high school due to heart problems. "You must mean that she was homeschooled, but certainly she got out of bed!" I said. Caroline patiently repeated, "No, she didn't get out of bed for a year because of her heart condition." I was aghast.

Over dinner with both Jeff I learned just how much this loving father worries about Kathryn's health. Ever since the day she was born, Jeff and his wife Celeste have hoped and prayed that Kathryn would live a normal life with as little pain and discomfort as possible. Jeff told me that he fears he has been away from home so much that Celeste has born the burden of raising their five daughters and managing Kathryn's complex health care needs.

On future trips to Washington, DC, when I stayed with friends near Capitol Hill I'd often see Jeff at morning Mass at St. Peter's Catholic Church. To my surprise, as I don't work in politics but in academics, Jeff invited me to breakfast. I learned that Jeff has a passion for

Margarita A. Mooney, PhD, Associate Professor, Department of Practical Theology

Princeton Theological Seminary • PO Box 821 • Princeton, NJ 08542-0803
Phone: 609.436.6278 • Fax: 609.497.7728 • Email: margarita.mooney@ptsem.edu
Website: margaritamooney.com • Twitter@margaritamooney



theology, the subject I teach. He wanted to know what books I was reading and teaching, as he hoped that after Congress, he could return to his passion for theology. He insisted that I meet his wife Celeste so we could brainstorm about possible shared projects in the future. Over breakfast with Jeff and Celeste serval times in Washington, DC., we discussed how to make theology relevant in today's culture.

We brainstormed ideas for how to build a center in Princeton where people such as Jeff could visit, teach seminars, and continue his own studies in theology. For example, I would welcome Jeff's collaboration on my current project on beauty, liturgy and the common good. The ethos behind my summer program and the ICLN (which Jeff was a key organizer of) dovetails with my work at Scala Foundation, a nonprofit I started to promote beauty and classical liberal arts education. Many of the authors I teach, such as John Crosby and Dietrich von Hildebrand, are well-known to Jeff. With his wisdom as a father and a public servant for many years, I'd welcome his greater involvement with my programs, either in person or online.

I have been in regular contact with Kathryn since she came on my summer program I can honestly say that I've never taught a student with as many health limitations as Kathryn. Ye, she never complains, never feels sorry for herself, and always is grateful. In the summer of 2021, Kathryn called me with a cheery voice just to chat. She told me she had been in the hospital for 8 days. Not wanting attention or pity, she didn't tell me all the details. I simply can't imagine how much Jeff worries for her—her medical records are probably longer than all the books and articles I've written in my 20 years as an academic.

It's a great delight of my job to get to know families like the Fortenberrys. I see Jeff as a spiritual leader, a servant leader, a humble, dedicated father who would gladly take away his daughter's pain and offer himself in her place. But he can't. He can only be near her as she suffers, holding her hand, and growing in faith, hope and love alongside her.

I'm eager to continue to work with Jeff, and to get to know his family even better in the future.

Regards,

*Margarita Mooney*

Margarita Mooney

Margarita A. Mooney, PhD, Associate Professor, Department of Practical Theology

Princeton Theological Seminary • PO Box 821 • Princeton, NJ 08542-0803
Phone: 609.436.6278 • Fax: 609.497.7728 • Email: margarita.mooney@ptsem.edu
Website: margaritamooney.com • Twitter@margaritamooney

# Exhibit 45

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012

RE: Jeff Fortenberry

Your Honor,

I am writing as a friend and former colleague of Jeff Fortenberry. We both served in the US House of
Representatives for several years (I represented a district near Pittsburgh Pennsylvania). During that time, we
worked together on many issues. In particular, Jeff was a strong leader, teammate and passionate supporter
with me on mental health reform legislation. Nationally and internationally, he is esteemed for his leadership
on religious freedom, economic development, national security and the rights of the unborn. I have traveled
with him to other nations and can attest the high regard other parliamentary leaders throughout the world hold
for him on these issues.

My wife and I are proud to call Celeste and Jeff friends. Jeff is a loving and dedicated father and husband. We
know him to be selfless and compassionate towards his family and his constituents. Many times, Jeff and I
have discussed his concern for his daughters. Despite the distance between his home and Washington DC, Jeff
has maintained a close fatherly role. His close relationship with all of them has been a positive force in their
lives. Even with the time demands the job places on being away from home, Jeff has strengthened that bond
through daily communication and an unwavering commitment to keep his family and his faith his highest
priorities.

Jeff spoke little about his case to anyone. He was always more inclined to ask others how they personally were
doing and what they needed, rather than ever seek any attention for himself. I know how how hard this case
has been on his family, emotionally, and financially.   It will be even more devastating for his children should
he be sentenced to jail during their formative years. Specifically, Jeff has sought my counsel (in my role as a
psychologist) over the years about his daughter's difficult problems with anxiety. I truly believe her problems
will be greatly exacerbated should he be sentenced to prison. For the sake of her mental health, I can assure
you she needs the daily presence of her father. I am now working as the clinical director and psychologist in a
program that treats veterans with PTSD (and their families), and served in the Navy for eight years working
with military service members with PTSD at Walter Reed National Military Medical Center at Bethesda. In my
professional opinion, I assure you, a jail sentence will be an overwhelming traumatic experience for his
children.

Finally, Jeff is and will be a tremendous asset to his community if allowed to do so. He would not be able to be
of service to his community if in prison.

Thank you for your kind attention to this. If I can provide any further information, please do not hesitate to
contact me.

Very truly yours,

Tim Murphy, PhD
Psychologist
Member of Congress PA-18 (Retired)
████████████

Pittsburgh, PA 15241
Cell: ███████

# Exhibit 46

Good Friday, April 15, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012

Dear Judge Blumenfeld,

I write on behalf of my good friend Jeff Fortenberry, a man I've known for almost thirty years. I met Jeff as a fellow graduate student at Franciscan University of Steubenville in the fall of 1993. I served as a groomsman in his wedding in 1996, and we've maintained our friendship ever since.

I've always had tremendous respect for Jeff. Jeff personifies integrity, both in his professional work and his personal life. If you were to ask members of Congress what kind of a person Jeff is, and how he's conducted himself in the halls of Congress, I believe they would all agree with this characterization. This is all the more remarkable from people who strongly disagree with Jeff on key moral/political issues. Jeff has been a great role model in various ways to his Congressional colleagues.

In closing, I ask that you prayerfully consider the man in total, Your Honor, and thus whether probation is indeed a more just sentence for Jeff Fortenberry. Thank you for your consideration. God bless you.

Sincerely,

Thomas J. Nash

Rochester Hills, MI 48309

Exhibit 47

**Janet A. Palmtag**

Nebraska City, NE. 68410

April 6, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012

Dear Honorable Judge Blumenfeld, Jr.,

I am a small business owner, mother, and grandmother,  writing to let you know that I have
known Congressman Fortenberry for decades as my district representative and have helped
him in his campaign.  During these years he has been one of the most honest and loyal persons
I have known.

He has dedicated his life to serving Nebraskans and our Country. I trust him.

Please consider all the good Congressman Fortenberry has done when determining his
sentencing and know that he can contribute so much more to our country through a myriad of
community service options.

I welcome you to reach out to me personally any time at 402-873-2249.  Thank you for your
service and consideration.

Respectfully,

Janet A. Palmtag

# Exhibit 48

*Mary Murphy Quintero*

Lincoln, NE 68510

April 17, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Court
350 West 1st Street, Courtroom 6C
Los Angeles, CA 90012

Dear Honorable Judge Blumenfeld,

I am grateful for the opportunity to write to you about Jeff Fortenberry and I thank you, in advance, for taking the time to read this letter. I am an attorney licensed solely in California, working remotely as a sole practitioner from my home in Lincoln, NE. Our family moved from Sacramento in Dec. 2000 to be closer to my Midwest family.

I have worked in the area of Family Law for over 36 years. I have seen a great deal of sadness in children raised without the basics of what every child deserves. So when I come into contact with a father who has a love for his children, a deep understanding of his role in their life, a sacrificial heart for his children, I am hopeful for the future. That is Jeff Fortenberry's fatherhood in a nutshell. I have watched, with great admiration, his care and love for each of his daughters. I could give countless examples of how he lives his vocation as a father. I'll share just three. When his third daughter was born with serious heart complications, Jeff and Celeste began years of providing care for her. Jeff acquired an expertise and knowledge of the intricacies of her condition and adjusted with each turn of events. He and Celeste left no stone unturned in locating care for her. Jeff took the time to develop an ongoing relationship with the various doctors, always asking questions, always working to determine the best course of care. That led them to various locations, including Boston. Jeff made time for every procedure, the checkups in and out of state. He loved his little girl so much and now that she is an adult, they have a close bond. Indeed, it is no surprise that Jeff has a close bond with all of his daughters.

Another, seemingly small example but indicative of this father of 5, is when we received a call from him one day, years ago. His second oldest daughter was going to give a little violin recital in their living room. He asked if we would come and listen. We were happy to do so because spending time with these children and their parents was always a joy.

When his oldest daughter got her first car (an old used car), her dad was so proud of her that the two of them drove it to our house to show it to us. He was beaming with pride in her accomplishment. These girls were taught by their parents the value of hard work, independence, kindness to others, the duty to serve, to give back and, especially to be grateful.

I have learned that the best thing a father can do for his children is to love their mother. Love, teamwork and a shared vision for their family is invaluable in raising children. Jeff and Celeste, more than most couples I have known, gave that gift to their girls. Simply put, he is a wonderful husband. Again, given my work experience, I am so happy to see their relationship over the years. This is a couple, after decades of marriage, that still look each other in the eye and smile at one another. They face tragedy together, they tackle difficulties together, they value each other's opinion and they respect one another. This has been a tremendous witness, not only to their children, but to those that experienced this couple at Church, in the neighborhood, and in public life.

Jeff also has a very genuine interest in the future of our country. He's inspired many young adults. Here's one Facebook post in March 2022, that is a good example of his impact - from a former employee, Claire Pohlen (copied with permission):

---

"Today I would like to thank Congressman Jeff Fortenberry for his sacrifice to the First Congressional District in Nebraska. Congressman Fortenberry was my first "real" boss, having worked in his offices for dearly four years. Congressman Fortenberry afforded me several once-in-a-lifetime experiences and, even after my time there ended, connected me to some of my best friends. He taught me the value in finding time every day to attend daily Mass, and to be courageous in defending the dignity of human life. I am grateful for the opportunity to have shared in his mission."

---

When my children were in high school, we had a steady Friday night basketball gathering at the church gym followed by socializing at our house. When Jeff was in town and able, he'd show up, play a little basketball and sometimes come to the house and talk with them. The numbers varied from 8-14 kids each Friday. You could see in these kids, a respect and admiration for Jeff. He has a teacher's heart, that was clear within moments of hearing him speak to them.

Another area where Jeff's goodness and passion is clear regards our country's Veterans. His admiration for them knows no bounds. He is steeped in history and a believer in learning from the past. Here are two examples. First, an excerpt taken from one of his regular emails to constituents from Sept. 2021:

---

"The community of Columbus, Nebraska has a beautiful memorial to World War II veterans, with particular honor given to native son Andrew Jackson Higgins. In remembrance of the 20th anniversary of 9/11 the memorial was rededicated this past Sunday. I was pleased to attend the ceremony with my guest from France, Defense attaché Air Brigadier General Carcy. The community of Columbus generously built a replica of the Andrew Jackson Higgins National Memorial on Utah Beach in France, which stands in breach where our troops stormed through Nazi lines. The memorial attracts multitudes of people from all over the world.

After the ceremony, I spoke with 96 year old veteran Vic Brandl, who served as a Coxman on a Higgins Boat in WWII."

Next, from Dec. 17, 2021, an excerpt from this "Fort Report" an example of Jeff's great admiration for Veterans. He is, indeed, a teacher at heart.

"Dear Friend,

Bob Dole, a great American statesman, passed away last week at age 98. Dole did not seem destined to live remotely this long. In April 1945, he lay battered and unconscious on a Northern Italy battlefield. Lieutenant Dole of the 10th Mountain Division had been commanded to lead an assault on a German machine gun outpost. As he ran to assist a fallen comrade, enemy shells and gunfire battered his upper right back and right arm. A sergeant rolled Dole to safety and injected him with a large dose of morphine, marking "M" on Dole's forehead in Dole's own blood to keep passing medics from giving him a lethal dose. After three years, eight surgeries, and two life-threatening infections, Dole gradually recovered, though he always held a pen in his lifeless right hand due to his severe war wounds.

Those setbacks did not keep Bob Dole from a lifetime of public service. Senator, presidential candidate, and majority leader, the dry, stoic son of the Kansas prairie was not everyone's favorite DC insider. But, over time, even his fiercest political opponents grew to appreciate Dole's wry Plains humor and unwavering commitment to the hard-won principles that hold this nation together.

Bob Dole was particularly committed to preserving the memory of WWII. In 1997, one year after his last presidential campaign, he became national chairman for a WWII memorial on Washington's National Mall. Later in life, he could often be found on weekends at the National WWII Memorial, greeting visitors with a shake of his left hand and sharing stories of the war with the many veterans who visited the site and sought his counsel. I will always remember an intimate interaction I had with Bob Dole at the World War II Memorial when the late senator was there greeting veterans honor flights.

It's painful to watch The Greatest Generation pass on, but their devotion, duty, and courage live on through the many battlefield monuments they helped inspire. You may not be aware of the American Battlefield Protection Program (ABPP). It's a special program I help lead for the preservation and protection of historically important American battlefields. The program brings alive for diverse modern audiences the difficult, sometimes neglected, stories of armed conflicts on American soil…"

"…Perhaps Lieutenant Dole's character was best displayed when, after being lifted from his wheelchair, he shakily stood, tears filling his eyes, and saluted the flag-draped casket of his long-time political rival and fellow veteran, former President George H.W. Bush. Some have eulogized Dole as "the greatest of The Greatest Generation," but the avuncular Dole would have bridled at the characterization. As he wrote in his memoir, *One Soldier's Story*, "it's said often that my generation is the greatest generation. That's not a title we claimed for ourselves. Truth be told, we were ordinary Americans fated to confront

extraordinary tests. Every generation of young men and women who dare to face the realities of war — fighting for freedom, defending our country, with a willingness to lay their lives on the line — is the greatest generation."

May he rest in peace.

Sincerely,

Another trait of Jeff's - he likes to help! I know this well. Some years back, my husband wanted to cut down a large tree in our front yard. He mentioned it once to Jeff and that was that! Next thing I knew my husband, Jeff, and two neighbors, all with their own chain saws, were having the time of their lives taking down that tree. I had never seen anything like it. My husband, Jose, a retired LAPD Watch Commander, had such respect for Jeff. He recognized in him a good, caring man. He was right.

When I lost Jose to Covid last June, Celeste and Jeff, busy as ever, took the time to stop by my home, not once but twice. Then they attended his Funeral and even the little luncheon afterward- on the Saturday before the 4th of July. It was an incredibly kind and giving gesture of both of them to me and my children. During the luncheon, I saw Jeff conversing at length with 2 close friends of mine that drove all the way from Arkansas. They told me later they were so impressed with his interest in their ministry located just outside of Little Rock. He could have used that time to talk with constituents at the luncheon- most everyone there was from his Congressional District- but there, as I have so often witnessed, was just another quiet example of his genuine interest in all things good, in other people doing good. He loves to learn as much as he loves to teach.

Thank you again for taking the time to read about the person so many of us have depended on and for whom we deeply care.

Very truly yours,

Mary M. Quintero

4

# Exhibit 49

# RANSOME LAW FIRM, L.L.C.

P. O. BOX 3218
BATON ROUGE, LOUISIANA 70821
(225) 267-6390

DARLENE S. RANSOME

FAX: (225) 267-4855
E-MAIL: ransomelawfirm@aol.com

April 11, 2022

Hon. Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, CA 90012

      RE:   JEFF FORTENBERRY

Dear Hon. Stanley Blumenfeld, Jr.:

     It has been my honor and privilege to know Jeff and his family for over thirty years and be a part of their lives.  Jeff is a truly remarkable individual who has discharged his responsibilities as husband, parent, citizen and legislator with dignity, honor and trustworthiness.  I have had occasion to interact with him politically and consider him to be ethical and above board in his actions.

     Jeff has tirelessly pursued the best interests of his constituents and his country.  During my career I have dealt with many politicians, elected officials and lobbyists.  Jeff is one of the most honest, forthwith and trustworthy officials I have encountered.

     It is obvious through my interactions with his family, Celeste and his five daughters, that Jeff and his wife have reared their family instilling virtues of faith, honesty and integrity.  His absence from their lives would be a great hardship.

     I am very interested in Jeff's situation and will be happy to provide further information.

Sincerely,

Darlene S. Ransome

DSR/vkp

Exhibit 50



RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

April 19, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ /s/ _____ DEPUTY

To: The Honorable Judge Blumenfeld, Jr.

From: Dr Norma O. Roberts

It is with great concern that I am writing to you. I have known Jeff Fortenberry since he was a teenager. In my professional career as the Director of 4-H Youth Development in Louisiana, I have had the privilege of working with some of the most outstanding young people in our state. Jeff Fortenberry was one of those. Jeff served as a State Officer and was an outstanding example to younger youth.

After graduation, Jeff went to seminary for a few years and considered becoming a Priest. I have always been so proud of having known Jeff and followed his career as he went on to serve our country as a Congressman in Nebraska. I know that Jeff is devoted to his wife, Celeste and their five daughters. I recently met one of his daughters who is a Freshman at LSU.

I pray that you will consider the  honorable character of this outstanding young man when you sentence Jeff Fortenberry. Thank you very much.

Sincerely,

Norma O. Roberts, EDD

# Exhibit 51

May 27, 2022

To the Honorable Judge Blumenfeld, Jr.:

I write today to attest to the strong character and virtue of former congressman Jeffrey Fortenberry.

I met Jeff in the first few weeks of graduate school at a small Catholic university in Ohio and also came to know the woman who would become his wife - Celeste. We continue to share many friends in common, almost 30 years later.

Jeff experienced a strong sense of being called to public service, even before I met him. His decision to study theology and philosophy at the graduate level was for that end — he wanted to be grounded in solid principles and ethics. He wanted to grow in wisdom and know his faith inside and out to be able to better live its highest ideals in his life. Jeff was a serious student, a loyal friend, and a gentleman. He was consistently kind and gracious.

A Louisiana native, Jeff and Celeste settled in Nebraska after their marriage where Jeff began to prepare for a career in politics. At that time, I happened to travel to Nebraska for a job interview and stayed with Jeff and Celeste for a few days in their home. They were welcoming and hospitable, ready to help me should I move to their state.

Over the years, I have loosely followed Jeff's political career as he and Celeste raised their family, often through challenging circumstances. Jeff has always shown deep committed to the people he's been entrusted with — both at home and in his public life.

Very few politicians are true statesmen today — Jeff was definitely one of them. He was never flashy or egocentric — he didn't care for the limelight or for accolades. His work has never been a job for him, but part of his vocation in life. He was always concerned about representing his constituents with honor, and doing the right thing when it came to all the issues on which he worked, which were impressive and varied over the years.

There is a quote in the New Testament that has always reminded me of Jeff. In John 1:47, when Jesus sees Nathanial approaching, he says, "Here truly is an Israelite in whom there is no guile." My experience and knowledge of Jeff over almost 30 years is similar: Jeff has never been duplicitous; he has never shown deceit.

Jeff and Celeste Fortenberry have been a formidable team over these many years of their marriage. They are a close-knit family who rely on each other on many levels.

It greatly saddens me to even be writing this letter, but it is my sincere hope that you will consider Jeff Fortenberry's long history of demonstrated character, service, honesty, and integrity as you seek to do your duty as a judge.

Yours very truly,

Zoe Saint-Paul

████████████████

Frederick, MD, 21702

████████████████

# Exhibit 52



**Eddie Samson**
**Training & Consulting, LLC**

*Chief U.S. Probation Officer – retired*

**April 14, 2022**

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1ˢᵗ Street, Courtroom 6C
Los Angeles, California  90012

**Ref.  Mr. Jeff Fortenberry**
**Letter of Reference**

Your Honor:

My name is Eddie Samson.  In 2006 I retired  after the privilege of serving 23 years as a United States Probation Officer in the Middle District of Louisiana.  During my last six years I was the Chief U.S. Probation Officer in LAM. In my career I prepared numerous Presentence Reports and supervised hundreds of federal offenders.  I have attached my Biography.

I first met Mr. Jeff Fortenberry when he was an outstanding student at Catholic High School in Baton Rouge, La. At that time I facilitated student retreats. I was so very impressed from our early meetings. We kept in touch during his college years.  He often attended with me an annual Jesuit Spiritual Exercises Retreat at Manresa House of Retreats in Convent, La.

Our relationship continued throughout his local and Congressional career.  I would often visit with Jeff and his Congressional staff when I was in Washington, DC consulting or presenting Leadership Training Programs at the Federal Judicial Center.  I would also visit with Jeff when he would come to Baton Rouge to visit his wonderful mother and stepfather.  Jeff's prosecution and subsequent guilt verdict has devastated him, his wonderful wife, their five beautiful daughters, and other family and staff.

In the course of my personal and federal career, I have never met a more honorable, honest, dedicated and caring man, son, husband, father and committed representative of his constituents, community and country. During my many years of teaching and consulting in the Courts in Leadership, Professionalism, Integrity, our Code of Conduct, and the U.S. Probation and Pretrial Services Charter for Excellence, I never met anyone like Jeff who naturally embodied all of these qualities.  Jeff has lived his private and

**Page 2:  Mr. Jeff Fortenberry**

public life as an example of  Servant Leadership.

Your Honor, I truly respect the challenges you face in determining an appropriate sentence in this case.  I would humbly as that even if the Offense Guidelines indicate consideration of a prison sentence, you would consider the Man and not just the offenses.  Please consider a Downward Departure which would allow Jeff to remain in his community so he can continue the overwhelming task of rebuilding his life and caring for his wonderful family.  Thank you for the opportunity to submit this letter for your consideration.

Respectfully Submitted,

*Eddie Samson*

Eddie Samson, Chief U.S. Probation Officer (retired)
President, ES Training & Consulting, LLC
Baton Rouge, Louisiana

*Biography Attached.*

# EDDIE SAMSON
## BIOGRAPHY and BACKGROUND
Eddiebr48@cox.net

In 1971 graduated from Louisiana State University in Baton Rouge
with a BS in Business & Personnel Management.  Played Baseball for LSU.
At Graduation received a U.S. Air Force Officer Commission through ROTC.
I served four years in the Air Force separating as a Captain.

Juvenile Probation Officer for three years with the Baton Rouge Family Court.
I was twice selected Probation Officer of the Year.

In 1979 received an appointment as a U.S. Probation & Pretrial Services Officer in the Middle
District of Louisiana in Baton Rouge.  I worked in Investigations, Supervision and was the first full-
time Pretrial Services Officer in Louisiana Middle.
In 1994 named the District's first Deputy Chief.
In 2000 appointed the Chief U.S. Probation & Pretrial Services Officer.

From 1998 to 2003 I was the Co-founder and Administrator of the Joint Louisiana
Officer Safety Academy.

From 1994 through 2005 served on the FJC Faculty at the New Officers Orientation and Academy at
MITAG and at the FJC in Washington.  I was a Trainer/Facilitator in Supervision of Defendants and
Offenders, Ethics and the Code of Conduct.

During 2006 I served as a Trainer/Facilitator at most of the OPPS New Officer Training Academy
Classes at FLETC in Charleston.  From 2006 through 2011 I continued to serve on the faculty at the
National Training Academy.  I co-facilitated with Senior Faculty a program on An Overview of the
Federal Courts, Officer Identity, Ethics, Charter for Excellence, and the Code of Conduct to 22 New
Officer classes.

I have been a trainer and national system consultant to numerous U.S. Probation and Pretrial Offices
in Ethics & Professionalism, Team Based Management, Total Quality Service, Maximizing
Productivity, the Changing Roles of Support and Clerical Staff, Customer Service, Leadership,
Wellness & Stress Management and Psychology of Retirement.

On September 29, 2006 I retired as the Chief U.S. Probation and Pretrial Services Officer in Middle
District of Louisiana in Baton Rouge, Louisiana.

I have been a Mentor and Coach to numerous participants in the FJC Leadership Development
Program.  Since 2007 I have been serving as a formal Faculty Advisor to LDP participants.
In June, 2007 and May, 2009 I was invited by the FJC to speak and present a modification of my
Ethics/Professionalism Program to the LDP graduating class.
In July, 2010 I presented a workshop on "The Psychology of Retirement – Moving from Success to
Significance" at the National Conference for Chiefs in Philadelphia, Pennsylvania.  This Retirement
Program has been presented in numerous Federal Courts.

In December, 2014 I completed certification training to become an Executive Coach with the
FJC's New Judiciary Executive Leadership Program (JELP).

In addition to *Eddie Samson Training and Consulting, LLC,* I have established my
*Joshua's Ministry of Mowing and Minor Home Repair*.
I also work with  Church based Prison Ministries.
Married to Ann Ourso Samson for 38 years.  We have three daughters and seven grandchildren.

# Exhibit 53

**Rick R. Sanders**
**Attorney**

██████████████████

**Bellevue, NE 68005**

██████████

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012

April 14, 2022

RE:  Congressman Jeff Fortenberry Sentencing

Dear Judge Blumenfeld,

 This is to respectfully request that your sentencing decision with respect to Jeff Fortenberry be made with due consideration of the public service and contributions Jeff has made to society on local, national and international levels.  I have known Jeff as a constituent and friend for many years.

 Jeff has lived a life of selfless service to the public, individuals in need and his family.  All of our human lives are characterized by both missteps and good deeds.  If Jeff's life thus far were to be judged by our maker, Jeff would undoubtedly, by far, fall on the good side of the ledger.  And he has much more to give.

 Sentencing one who is convicted of a crime involves elements of punishment, deterrence of others and protection of society.  In Jeff's case, the monumental upheaval and publicity caused by the actions he has been determined to have committed has certainly served the first two elements.  Regarding the third, it is impossible to conceive that Jeff presents risk to society.  On the contrary, society can only benefit by having him incorporated in it.

 I urge you to show leniency, mercy and compassion based on Jeff's past service, the devastating effect these events have had on his life and family and with consideration of the life he has lived to date.

 His friends, family and followers will await your decision with hope and faith.


Very Truly Yours,

*[signature]*

Rick Sanders
Bellevue, Nebraska

# Exhibit 54

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012

Your Honor,

I write to share with you some important information about Congressman Jeff Fortenberry, a dear friend whom I've known for about 25 years. I first met Jeff when he moved to Lincoln, Nebraska after graduating from Franciscan University in Steubenville, OH with a Masters in Theology. Having already received degrees from LSU and Georgetown, Jeff, as a man of deep faith, had the desire to round out his education by studying theology. While at Franciscan, Jeff had become friends with another friend of mine who was also studying there. This friend's brother is a priest in the Diocese of Lincoln and had met Jeff while visiting his sister at Franciscan. He was so impressed with Jeff that he encouraged him to come to Lincoln to work at a printing company whose owner was a board member of Catholic Social Services, a Diocese of Lincoln agency.

I met Jeff on the first day he moved to Lincoln and became fast friends with him. I attended his graduation from Franciscan and then helped him move his soon-to-be wife's belongings to what would be their new home in Lincoln following marriage. After Jeff and Celeste got married, I continued to deepen my friendship with both of them and their children and was a proxy Godfather to their firstborn child Claire. I was also blessed to get to know Jeff's mom and Celeste's mom, so they all feel like family to me. And many years after meeting Jeff, I met my wife and asked Jeff to be the best man at my wedding.

When Jeff decided to run for Lincoln City Council and then Congress, I was one of his inner circle of friends who worked hard to get him elected. Through these experiences I got to know Jeff's deep faith as well as his impeccable character and integrity in a most intimate way. I can say without the slightest hesitation that I have never known a person with more integrity, honesty, or commitment to comporting his life in an honorable way than Jeff. These characteristics are truly the core of his being.

Jeff has always taken very seriously the honor and responsibility of serving in elected office. To be charged and convicted of lying has grievously wounded him because lying represents the antithesis of who he has always been in his personal and public capacity. And having to resign from office in such an ignominious way has been devastating to a man (and his wife and children) who has worked very hard to serve the people of his district for nearly 20 years with the highest of integrity and hard work—an achievement that is recognized by Republicans and Democrats alike.

Much of what Jeff has worked so hard for nearly two decades to accomplish through his impeccable and honorable service in Congress has vanished because of this case. It's hard for me to imagine a more severe penalty than having his integrity called into question in such a public and dishonorable way as this case and his conviction has caused. For this reason, I believe it would be a travesty of justice for him to spend even a day in jail.

I respectfully ask that you take my letter into consideration as you deliberate on Jeff's sentencing. Thank you!

Sincerely,

Greg Schleppenbach

# Exhibit 55

April 15, 2022

Jacqueline Halbig von Schleppenbach
█████████████████

Haymarket, Virginia  20169

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012

To the Honorable Judge Blumenfeld, Jr.

I am writing on behalf of my friend Congressman Jeff Fortenberry.  Because he is a
Congressman that is so well respected and appreciated in my personal and professional circles of
friends, I have known of Jeff for much longer than I have known him as friend.

I first met him when my husband, Greg Schleppenbach, and I became engaged, nine years ago.
Jeff and his wife Celeste and their girls celebrated our news over dinner and my husband asked
Jeff to be his best man.

Over the past nine years, I have gotten to know Jeff and Celeste personally while spending time
with them in Lincoln, Nebraska.

Shortly after getting married, Jeff invited me to become involved with the International Catholic
Legislators Network, an august group of legislators from around the world who encourage and
challenge one another in faithfulness to Christ and his teachings.  As a result, my life has been
tremendously enriched– thanks to Jeff.

This organization gave me more opportunity to get to know Jeff professionally – as he assisted in
organizing and inviting many other Congressmen to be a part of the ICLN.  He impressed me as
a sacrificial public servant, forsaking the comforts of family and home.  He was often at the
forefront of battles that promised no possible political gain for himself. He is also someone that I
have come to understand is exceptionally precise.  As I have known Jeff through personal and
professional interactions, I have found him to be scrupulously fastidious about doing the right
thing, being careful to uphold the public trust and being careful to do everything by the book.

On Capitol Hill, Jeff would attend Catholic Mass daily at Saint Peters and stay in his pew
praying quietly long after the church had cleared.  I know this from personal observation.
I organized and managed a Bible Study for Members of Congress of which Jeff is a regular
attendee.

I also know and love Jeff's wife Celeste and his girls.  They are dear to me and my husband,
Greg.  To me, it is palpable that the weight of Jeff's future sits upon Celeste's shoulders and his
daughters are anguished beyond what young girl's can bear.  A mutual friend's daughter, who is
close friends with one of their daughters,  says that she (name withheld to protect her privacy) is

simply not the same anymore. She is struggling emotionally and physically from the weight and anguish of the possibility of prison and the utter devastation of her father.  I fear what will happen to them if Jeff goes to prison.  Having served in public office and having spent all he had on his legal defense, there literally is nothing left for them to live on and Celeste admitted that they are literally worried about buying groceries.

I believe the palpable weight of this case has caused such an unfair strain and torment, on a person and family, whose honesty, integrity and moral values have always been unassailable in my mind.

Your honor, I humbly submit this letter for your thoughtful consideration and will pray for you as you decide Jeff's future.


Sincerely,

Jacqueline Halbig von Schleppenbach

Exhibit 56

May 23, 2022

The Honorable Stanley Blumenfeld, JR.
United States District Court for the Central District
350 W. First Street
Los Angeles, California

Dear Honorable Judge Blumenfeld, Jr:

I am writing today on behalf of Jeff Fortenberry, who is awaiting sentencing in your Court.

I first met Jeff when we were graduate students studying Theology, at Franciscan University of Steubenville. We had a lot of informal contact, as our little graduate community was very close and unique in our backgrounds. Jeff stood out as a man who had a calm demeanor, and a gentlemanly spirit. He was always up for a serious discussion of how the Faith intersected with Philosophy and Politics. I knew right away that he had the highest hopes of using his incredible gifts to do good in our world.

I was, in fact, the first elected graduate senator in our first year at Franciscan University. I made the decision for the second semester, to attend the Gaming, Austria program, to help with their Language and Catechetical Institute. Jeff took over my duties at the Steubenville campus, the rest was history!

Over the next few years, as I studied in Steubenville, and traveled overseas to help with the Institute, I continued developing a friendship with Jeff.  All of my initial impressions of him stood the test of time. He was a serious man on a serious mission to prepare for a future of public service, and witness to his Catholic faith. He always struck me as someone who had the grounding to be successful, without the temptation to vanity or arrogance.

After our time acquiring our M.A. degrees in Theology, Jeff and I moved on to very different fields and geographies. I pursued my hunger for world travel, and teaching, and Jeff moved into a marriage, family, and a career, with an eye to political office.

Years later, as I was gearing up for my own run for Florida State House we spoke of the current political issues. I was running as a Democrat, and we talked about how, as Catholics, we could have talks where we could have honest dialogue where our shared Christian values could translate as a Republican, and as a Democrat. My political career never took off, and I continued my day job! I'm still teaching high school theology in Ohio and Florida over the past 20 years.

I believe that there would be nothing gained by having Jeff being sent to prison. I would beseech you to consider parole, with no prison time when you decide on Jeff's sentencing. Please contact me if you want to confirm any of the information I've presented here, or if you have any questions.

God bless,

Tim Shipe c/o Cardinal Mooney High School
██████████████
Sarasota, FL 34232

# Exhibit 57

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012


Your Honor:

I am writing on behalf of Jeff Fortenberry, a dear friend I have known for the past nine years as we have served together in Congress.

I first got to know Mr. Fortenberry when he organized monthly dinners with various ambassadors in Washington DC. After this first introduction, he and I have worked together on committee assignments as well as through the International Conservation Caucus Foundation, a conservation group for which he was the House leader. Through these professional opportunities, I have also gotten to know Jeff's wife and several of his children and consider them all great people and friends.

Through my years of interactions with Jeff, I have always known him to be a person of great integrity and compassion, which is why this episode is so stunning to me. It is completely out of character with the Mr. Fortenberry that I have known. I know him to be a person of faith, honest, soft-spoken and unselfish.  I know this has shaken his family to the core and has left them with a broken legacy he knows will take years to rebuild.

With his background of public service and selflessness, I hope you will find a way to grant as much leniency as you are able. I truly believe that would serve the overall public good.

Thank you for your consideration.

Chris Stewart
Member of Congress

# Exhibit 58

The Honorable Stanley Blumenfeld Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012

April 7, 2022

Dear Honorable Judge Blumenfeld, Jr.

I have known Jeff Fortenberry since we were in high school. Fondly, I recall we were both ninth graders when we met at or around 14 years old, we established a friendship bond that would last now over 48 years through good times and bad.

I remember Jeff's dream was to serve in Congress, which I supported because I believed Jeff would bring to Congress the change it needed and would make not only myself, but also his constituents proud. You can only imagine my excitement when this dream came true and Jeff was elected to serve in the United States Congress. Over the years, I have continued to support Jeff as he championed for change and truth in Congress and I have continued to support his elections through the years. Due to my belief in Jeff and his ability to do good for our State, I co-hosted several fundraisers for Jeff's re-elections in Baton Rouge on several occasions because I believed not only in our friendship, but also in the work he was doing in our State of making Baton Rouge and beyond a better place. There is so much distrust with Congress right now, it was enlightening to know there was a hard-working honest Congressman watching out for us and I know Jeff served us well.

Thinking back, Jeff was always a leader. In high school, he was a member of many organizations and loved getting involved. He also served as President one year in the state's 4-H program. Jeff's family was very involved with 4-H, so it was only natural for Jeff to follow suit. This experience prepared Jeff for leadership and he is/was a natural at it.

During our college years and while at LSU, I spent a lot of time with Jeff studying and when not studying, we frequently went to Mass together on Sunday nights. I attended Mass with Jeff often and he always made it time well spent. We were poor college students but Jeff, a man of faith, always felt attendance and giving to the church was important. Even as poor college students, Jeff still consistently attended Mass and gave and I always admired that about Jeff because not many college students at the time did.

Jeff has always been a loyal friend, a very caring friend and one that you are fortunate to have and know. My mother, whom celebrates 96 years on this earth, has been praying for Jeff through all he is going through and she knows like the rest of us, Jeff has strong faith and character and historically believes in doing the right thing, which we believe will see him through these difficult times.

In closing, Jeff has a loving wife and together they share five beautiful daughters that Jeff has raised and instilled in them his faith and belief in the good of humankind and living and doing the right things in life. I know Jeff's faith will get him through these hard times and what is right will prevail. Thank you for allowing me these few minutes of your time and I appreciate the opportunity you have allowed in reading my letter and my thoughts.

Sincerely,

Debra Talbot

Debra Talbot

█████████ Austin, Texas 78727

# Exhibit 59

Jose R Tarajano, Jr.

Key Biscayne, FL 33149

April 14, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1ˢᵗ Street, Courtroom 6C
Los Angeles, California 90012

RE:    Jeffrey Lane Fortenberry

Your Honor,

I have had the honor of knowing Jeff Fortenberry since 1974, when we were both freshman at Catholic High School, in Baton Rouge Louisiana. I have always known him to be an ethical and honest person, who tried to do what was best for his fellow man. In high school Jeff participated in many service projects and organizations, all of which were focused on helping individuals. I always knew that service would be an important part of Jeff's life, and he fulfilled this dream, when elected to political office.

A few years ago, Jeff asked me to host a fundraiser for him in Florida, but we had a fundamental disagreement that resulted in my not hosting the fundraiser. The disagreement was regarding the Cuban Embargo. I am Cuban, by birth, but feel that 60 plus years of embargo has proven to be completely ineffective. Jeff, because of his relationship, with Congressman Diaz-Balart, strongly disagreed with me on this issue. To me, this instance shows two his character traits: first, he is a man of principal, he did not change his position just so I would host the fundraiser.  Second, this disagreement in no way affected our friendship, demonstrating his loyalty to his friends.

Jeff is the consummate family man; loving to his wife and 5 daughters and his infant granddaughter. Sentencing him to prison will not only affect him but will also negatively impact his entire family by depriving them of his presence. Thank you for taking the time to consider my thoughts regarding Jeff Fortenberry, while undertaking your decision process.

Respectfully submitted,

Jose R. Tarajano, Jr.

# Exhibit 60

April 11, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1ˢᵗ Street, Courtroom 6C
Los Angeles, California 90012

Your Honor,

I am writing this letter on behalf of Jeff Fortenberry.  I am Jeff's second cousin.  We grew up together in a small family in Baton Rouge, Louisiana.  We are close in age.  Jeff's grandmother and my Dad were sister (oldest) and brother (youngest) in a family of four.  His grandfather was a physician who died in France in WW2 and his grandmother died about 10 years later, before he was born.  His grandfather is buried at Arlington National Cemetery.  His Father and Aunt were raised by his wonderful great grandparents, my grandparents.  His father died in his 30's in a car accident.  His devout Catholic mother raised him.  Both sides of his extended family were a support system to him.

As a child, I remember Jeff as a kind, sensitive, and compassionate child.  Children remember how they are treated by others.  As a young adult, I remember Jeff as a conscientious, studious, inquisitive and considerate young adult.  He would periodically come over to visit my parents to learn more about his family history on his Dad's side.  The values of integrity, honesty, and being known as good fair-minded people were the character traits noted of his Dad's family. He grew up around these values.  I did not know his Mom's Family very well, but I do know they were honorable people as well.

He attended Catholic High School and Louisiana State University in Baton Rouge, LA.   I remember seeing him one afternoon at LSU.   He was talking about a recently finished Science exam.  He was concerned as he had consciously strived to do well.  I was impressed by his sincerity and his endeavor to do his best.  He received a bachelor's degree in Economics from LSU.

We remained in touch though the years.  Jeff went to Georgetown and received a master's degree in Public Policy.  Jeff considered becoming a priest, so he went to the Franciscan University of Steubenville and received a master's degree in Theology.  It was there that he met his wife Celeste as she had considered becoming a nun.  They married and moved to Lincoln, Nebraska.  They have five daughters.

Through the years, I have repeatedly realized how dedicated Jeff is to his Family.  When My Mom was in her 80's, he was her escort to a reception at her parish church in Baton Rouge.  I have a picture of them together.  I know it meant the world to her for him

to be there. In 2012, my daughter was in Washington, DC representing her college by participating in a project there.   Jeff gave her a tour of the Capital, introduced her to people they encountered.  I was very grateful to him for being so good to her.  When my first child married, Jeff flew home to Baton Rouge.   He drove his Mother and Step-Father to my son's wedding, which was three hours away.  There, he visited with my Mom, who was in her 90's.   In 2019, my sister died unexpectedly, he found the time in his busy schedule to call and comfort me.  A year later, in 2022, my Mom died.   Once again, he unselfishly, found the time to call and comfort me.  I was the last remaining member in my immediate family.  It meant a lot to me to receive his call.  He apologized for not being able to come for the funeral.   About a month later, he called.  He was at the Cemetery in Baton Rouge trying to locate the family plot.  Together, I guided him to their plots over the phone.  He had flown home to see his Mom and had unselfishly and generously taken the time to pay his respects at the Cemetery.  These are only a few of the examples of his thoughtfulness and kindness toward others.

Jeff is dedicated to his Country. He loves his country. This can be seen through the years of dedication in service to his country and his constituents.  He is dedicated to his family.  Jeff is a family man, who loves his wife and daughters.  These were some of the values instilled by words and example to us as children. This case has been devastating to Jeff, his wife Celeste, his daughters and his extended family.

 I firmly believe that Jeff is a good, decent and honorable man. I have demonstrated in the above paragraph Jeff's loyalty, kindness, generosity, selflessness, dedication to his family and country.  This belief is held because I have truly known him since we were very young.  A prison sentence would destroy him and his wife, daughters and his mother.  The overwhelming grief would be a lot to bear for all.

When everything is settled and truly over, I believe Jeff will strive to make a difference in some area of service to others.

Anne Bates Taylor

Natchitoches, Louisiana 71457

Exhibit 61



April 15, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, CA 90012

Your Honor:

I am writing in support of leniency towards former Congressman Jeff Fortenberry.

Jeff and I have known each other for approximately 12 years. We first met when traveling with
our families in a chartered bus caravan from the Capitol to an annual House Republican retreat in
rural southern Virginia. I appeared as a featured speaker at these retreats from 2005 to 2014,
sharing messaging and communications advice with Members of Congress as a trusted outside
researcher and expert.

Jeff, Celeste, and I have become good friends over these years, and I've seen up close the kind of
person Jeff really is. He has always impressed me with his incisive mind, mastery of public
policy, deep devotion to his faith, integrity beyond question, and love of America and its ideals.

Jeff Fortenberry is the kind of person I've wanted to serve as a role model for my son, Ezra, who
is now nearly 18. Each June from 2015-2018, Ezra and I traveled to Nebraska to spend time with
the Fortenberry family at their home. In 2015, 2016, and 2017 we attended the College World
Series together in Omaha, and in 2018 Ezra and I had the great honor of traveling the length of
Nebraska over three days with Jeff, Celeste, and their three youngest daughters, visiting
Scottsbluff, Carhenge, Fort Robinson, the Niobrara River, and Toadstool Park. The Fortenberrys
were invited to Ezra's 2017 bar mitzvah in suburban Philadelphia, and Celeste has been a guest
in my and my wife's home several times.

There's an old saying that Members of Congress are either "workhorses or show horses;" they
conscientiously work on behalf of their constituents and our country, or they showboat across the
media to make themselves famous but don't do much legislating. During Jeff's time in office, he
was always a workhorse, demonstrating a seriousness of purpose in all of his interactions. His
relative anonymity outside Nebraska after more than 17 years in office attests to what he saw as
his ongoing role in Congress: conscientiously getting things done for the people of Nebraska.

Jeff's record of achievement is long, including spearheading bipartisan bills signed into law by President Trump (to advance conservation) and President Biden (to accelerate research into ALS, a disease that tragically took the life of Celeste's brother Joe in 2020). Over and above these efforts, I personally witnessed Jeff do something that gave me great insight into his character. At an event in DC where I accompanied Jeff and Celeste about five years ago, Jeff introduced me to former Senator Max Cleland of Georgia, who lost three limbs while serving in Vietnam and was confined to a wheelchair. Jeff and Sen. Cleland compared notes about trips to overseas cemeteries each had taken or were about to take, carefully inspecting these hallowed grounds to ensure the gravesites of fallen U.S. service members were kept in dignified condition.

I thought to myself it was remarkable that a small number of Members of Congress, current and former, took it upon themselves to look after these old cemeteries while traveling on other business—even though it was unlikely that few, if any, of their own constituents were buried in these far-flung locations. And Jeff's cemetery visits were not something he typically discussed publicly. Both as Jeff's friend and as an American, I was proud to discover he was among a handful of exceptional, attentive Members.

On many occasions I witnessed Jeff's financial rectitude, generosity, and rule-following character, such as when he would insist upon paying for my meal—and absolutely not allow me to pay for his—when we were together, so as to not run afoul of Congressional gift rules. And on that trip across Nebraska in 2018 referenced above, you may find this hard to believe, but Jeff and Celeste did all the driving (despite my protestations), and *not once* did Jeff drive above the speed limit on wide open highways with nearly zero traffic. To me, who grew up on Long Island where speeding is common practice, Jeff's rule-following was almost impossible to fathom.

Frankly, given the man of character and long-trusted public servant I know and respect, it is impossible for me to imagine such a person serving time in Federal prison. Jeff has lost so much personally and professionally throughout this horrific ordeal. It would be beyond the pale to compound his suffering—as well as Celeste's and their daughters' suffering—beyond the agony of what has already transpired and continues to transpire in their lives. I urge you to reflect upon the first-hand testaments from those of us who know Jeff well; *please* show him mercy and spare him time behind bars.

Thank you very much, Your Honor, for considering my request. If you have any questions, I may be reached at Rich.Thau@Engagious.com.

Sincerely,

Richard D. Thau
President
Engagious, Inc.

# Exhibit 62



**TIM VON DOHLEN**
**Attorney at Law**

▬▬▬▬
**Austin, Texas 78733**
▬▬▬▬
**tim@tvdg.com**

April 13, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012

Your Honor:

In the 78 years of my life, I have been blessed to get to know people all across the State of Texas and many outstanding people in a number of the states of our wonderful country. I can say without hesitation that Jeff Fortenberry is one of the most honorable, dedicated and compassionate individuals I know. His commitment to family and his faith in God is evident to anyone who spends any time with him.

I am an attorney, a pharmacist, and a former elected official from Goliad, Texas. I previously served seven terms in the Texas House of Representatives. I practiced law for many years in my hometown of Goliad, Texas as well in the state capitol, Austin. I have also founded and run several health care businesses. I have three grown sons and sixteen grandchildren.

I have known Jeff Fortenberry for over 15 years. During that time I have seen Jeff in a number of settings- in his Capitol office, at the Library of Congress meeting room, at conferences, listening to Jeff make speeches, seeing him with a group of men for a prayer meeting, having him to our home in Texas and on and on. In each of these settings Jeff has demonstrated virtues and values that are outstanding. He has a sincere concern for others, a respectful approach to people of all ethnicities and a belief in God that shines through. He is at peace with himself. A peace that only comes from having a belief in God and a purpose in life to serve God and his fellowman.

Much of my professional career has been focused on Constitutional Law and Healthcare Law. I was the principal author of major legislation that covered the Texas Controlled Substances Act and laws regulating the practice of law and pharmacy. I have extensively considered the issues concerned with what constitutes a felony, a misdemeanor, and civil monetary penalties. Also, I looked deeply into what was adequate punishment and what matters served the purpose to achieve fairness and justice in our legal system.

I have met Jeff's wife Celeste and I believe most of his lovely daughters. They are each, along with Jeff, contributing members of their community. Their daughters are at very formative times in each of their lives. The daughters need their mother and father present to provide for the family, so both mother and father can contribute to each of the girl's positive growth.

It would be extremely difficult on the girls and Celeste for Jeff to be in prison. Justice will not be served by confining Jeff Fortenberry in prison. I know Jeff Fortenberry and he is not a criminal. Jeff has served our country with distinction and honor.

Your honor, I implore you to exercise restraint and good judgment in not sentencing Jeff Fortenberry to any prison time. Should you desire any further comment from me I am available to you. Thank you for reading my letter.

Sincerely,

Tim Von Dohlen

Exhibit 63

April 7, 2022

The Honorable Stanley Blumenfeld, Jr.
United States District Judge
350 West 1st Street, Courtroom 6C
Los Angeles, California 90012


Dear Honorable Judge Blumenfeld, Jr.:

Thank you for the opportunity to speak on behalf of my friend, Jeff Fortenberry. Jeff and I have been friends for close to fifty years. We both grew up in Baton Rouge, Louisiana and met in 1973 in the eighth grade when we attended a private Catholic high school run by the Brothers of the Sacred Heart, which was simply named Catholic High School. Our school was a small school with a student body totaling just north of 600 students from grades 8 – 12. There were only 35 students in the eighth-grade class, and many of us formed bonds in that class that have lasted a lifetime. Catholic High School was predominantly white. I was the only African-American student in that eighth-grade class and one of only six African-American students in our senior class of 144 students when we graduated in 1978.

You might well imagine that it could be a very isolating and lonely experience for a 12-year-old black child trying to exist in a primarily white environment in the early 1970s. I was fortunate to find a lasting connection with Jeff who was my best friend in eighth grade and throughout our high school years. I spent many hours at his home and he at mine. I grew up with him and his mother, sister, and stepfather. I was welcomed into his home and felt very much a part of his family. Even at that early age, Jeff was able to see people as they were, to ignore skin color and other attributes that did not matter. He embraced me at a time in this country when it was still unusual for black and white children to mingle effortlessly, particularly in the South. There were many homes that would not have welcomed me, even more where the most I could have hoped for would be for my presence in their homes to be tolerated. Jeff did not see any difference between us, a remarkable feat for a 12-year-old white child in a country that had just passed the Civil Rights Act less than a decade earlier. That is who Jeff is and how he has lived his life.

Jeff and I remained close after high school, though we went to different colleges. Jeff stayed local to attend Louisiana State University while I moved an hour away to New Orleans to attend Tulane University. Jeff came to visit me at Tulane on several occasions, and we had the opportunity to travel together through Europe during the summer after our junior year of college. As we grew older, our political views diverged as did our paths, though our friendship remained. I moved to Los Angeles to attend the UCLA School of Medicine and built a life there for 17 years before moving to Boston and then settling in New York for the past 20 years and a career at Pfizer. Jeff's path and career took him to the Midwest and eventually to Nebraska where he built a life with his wife Celeste and their daughters.

When Jeff first ran for Congress in 2004, I contributed to his campaign. I remember saying to him at the time that, while there is very little, if anything, we would agree on politically, Congress desperately needed people with integrity and conviction on both sides of the aisle, and

I knew that he would bring those critical qualities to the performance of his duties.  I was proud to be invited to and to attend his first swearing-in ceremony in 2005 along with his wife, daughters, parents, and extended family members.  Even now as I look at the photo commemorating that event, I am struck by the fact that mine is the sole African-American face amongst the twenty-four people in that photograph.  I have contributed to Jeff's campaign every year since he was first elected to Congress, because I continued to believe and still believe that he is a man of honor and integrity.  He is, in truth, the only person from a different political party than mine whose campaign I have ever contributed to.



In 2013, Jeff and I started a tradition that I have cherished for many years until it was interrupted by the COVID pandemic.  UCLA and Nebraska played a college football game in Lincoln in 2013, and Jeff invited me to the game as UCLA was one of my alma maters.  At the time, I doubt that either of us realized how important that invitation would prove to be for our friendship, but we enjoyed our time together so much that this became an annual tradition, and I spent the next several years coming to Lincoln each year for a football game until 2020 when we had to temporarily suspend this tradition because of COVID.  It felt as though, despite the passage of time, the divergent paths we had taken personally, professionally, and politically, and the different journeys we were on, we were still those 12-year-old boys who became fast friends in a world where that type of friendship was not the norm.

My annual trek to Lincoln gave me the opportunity to connect with Jeff's family much more deeply than I otherwise could have.  I got to know Celeste and spent many hours speaking with her.  I saw his beautiful daughters grow and mature under his and Celeste's guidance from young

girls to thoughtful, smart, young women. Jeff is a great father who along with Celeste has raised five incredible young women who still need his counsel and wisdom and parenting. They need to have him around to be the constant influence and force for good in their lives that he has been.

I also had the opportunity to get a glimpse of Jeff in his professional life during those trips to Lincoln. I spent time with him as his constituents came up to him when we were at the football game or out to dinner or at other engagements. The respect and admiration they had for Jeff as their congressman was evident as was the respect and high esteem Jeff had for his constituents. I had a number of opportunities to speak one-on-one with some of his constituents through the years. They were always complimentary of Jeff and would speak of his commitment, his passion, and his integrity. Jeff took his job seriously as a representative of the people. He would hold town halls for his constituents at times when other members of Congress shied away from them, knowing that the atmosphere was likely to be contentious. Jeff was willing to listen to the concerns and disagreements expressed by his constituents and share his thoughts in return in order to create an open, honest, and productive dialogue. As a member of Congress, he cared about the people he represented and fought for them.

Jeff was also willing to work across the aisle. It brought me great pride that he had deep connections with many members of the Congressional Black Caucus in his desire to understand different perspectives, find common ground, and advance the interests of all Americans. I had the privilege of attending a couple of political events in Washington, D.C. with Jeff over the years. He commanded the same type of admiration from his peers in Congress, both Republicans and Democrats, as he did from his constituents. It was gratifying to have members of Congress speak so highly of Jeff and tell me of their respect for him.

Jeff's job has taken him and, on occasion, his family to New York where I have gotten to spend time with him and them outside of Lincoln. I feel incredibly privileged to have had Jeff and his family in my life, to have a connection with him, his wife, and his daughters that is just as rewarding and as important to me as the connection I had with him, his sister, and his parents nearly fifty years ago. That is a rare and beautiful thing and a testament to the man that Jeff is.

During our time together, Jeff and I have often mused about what our later years would hold, what each of us would do after the time had come for us to begin the next chapter of our lives. I know that Jeff still has much to contribute to his community and to this country to make this a better world. Personally, I do not believe that sentencing Jeff to prison would serve the greater good. There is so much more for him to do and achieve, so much more wisdom that he has to impart to his daughters, so much more love to share with Celeste, and so much more good that he could do for all of us.

I am proud to call Jeff Fortenberry my friend. I have been blessed to have had him in my life for the past almost fifty years. I have benefitted tremendously from knowing him as have the people he served while in Congress for the past eighteen years. I hope he will have the opportunity to continue to be a productive member of society without the disruption caused by a prison sentence.

I see Jeff now as I saw him then for the thoughtful, compassionate, honest, generous, and fundamentally good person that he is, and I am appreciative of this chance I have been given to help others see Jeff through my eyes and to share with them and you the Jeff that I know and love.

Sincerely,

Kevin W. Williams, M.D.
Chief Medical Officer, Internal Medicine
Pfizer Biopharmaceuticals Group, Pfizer

# Exhibit 64



# *Joe Wolf*

**Joseph Q. Wolf, Jr.**

████████████

**Austin, Texas 78741-1852**

████████████

████████████

April 24, 2022

TO:  The Honorable Stanley Blumenfeld, Jr.
    United States District Judge
    350 West 1st Street, Courtroom 6C
    Los Angeles, California 90012

SUBJECT: Jeff Fortenberry

Your Honor,

I have had both the pleasure and privilege of knowing both Jeff and his wife, Celeste for over 30 years. We are all alumni from the same university.

I have always known Jeff to be a man of both integrity and kindness. During our college years, Jeff stood out among his peers as a man that was "going places," so it was no surprise to anyone when he was elected to Congress back in 2004.

Although I have not followed Jeff's political career as closely as I should have, I have stayed connected with him throughout the years. When Jeff knew I was struggling financially, he attempted to set me up for employment with Sandhills Publishing during his time there. He reached out to me after his election to offer me a position working with his campaign. Unfortunately, I turned him down for both opportunities.

When my spouse and I lost a child pre-birth, Jeff was one of the first to reach out to me, and when I lost EVERYTHING years later (marriage, career, assets, etc.) he contacted me on a regular basis with both job opportunities as well as both friendship and counsel.

Please know that the intent of this letter is not to challenge any verdict, nor is it my intent to justify any violation of the law. I am simply asking the court to invoke both mercy and leniency while passing sentence. I ask this for the sake of Jeff, his spouse Celeste, and their five daughters. Jeff has served our country and his constituents with honor, and his family has both supported and sacrificed along with him. They deserve leniency.

Thank you for your careful consideration of my request.

Respectfully,

*Joseph Q. Wolf, Jr.*

JOSEPH Q. WOLF, JR.