# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>JEFFREY FORTENBERRY,<br><br>*Defendant*. | No. 2:21-cr-491-SB<br>Hon. Stanley Blumenfeld Jr.<br><br>**[PROPOSED] ORDER GRANTING FORTENBERRY LEAVE TO FILE A MOTION TO STRIKE THE GOVERNMENT'S PSR OBJECTIONS AND OPPOSITION TO THE GOVERNMENT'S REQUESTS FOR GUIDELINES ENHANCEMENTS** |

For good cause shown in Jeffrey Lane Fortenberry's Unopposed *Ex Parte* Application for Leave to File ("Application") his Motion to Strike the Government's PSR Objections and Opposition to the Government's Requests for Guidelines Enhancements ("Motion to Strike and Opposition Brief," filed at Dkt. 216), the Application is **GRANTED**. The Motion to Strike and Opposition Brief are accepted for filing.

**IT IS SO ORDERED.**

DATED:

                                                                   Hon. Stanley Blumenfeld, Jr.
                                                                   United States District Judge