GUY C. IVERSEN, S.B.N. 150883
1810 Chapala, Unit 4
Santa Barbara, California 93101
Tel: (213) 500-9506
Email: guyiversen@gmail.com

Attorney for Respondent
JOHN L. LITTRELL

FILED
CLERK, U.S. DISTRICT COURT
July 12, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___jgr___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERY FORTENBERRY,<br><br>Defendant.<br><br>[IN RE: OSC RE: JOHN L. LITTRELL] | Case No. 2:21-cr -00491-SB-1<br>Hon. Stanley Blumenfeld, Jr.<br><br>**EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COURT'S OSC; DECLARATION OF COUNSEL; [PROPOSED] ORDER** |

Respondent, John L. Littrell, through his counsel of record Guy C. Iversen, hereby applies to this Court *ex parte* for an extension of time to file a responsive declaration to the Court's *Order to Show Cause* issued on July 5, 2022 at rDkt. 225. This application is based upon the attached declaration of counsel.

Respectfully submitted,

DATED: 7/22/2022         By: __/s/ *Guy C. Iversen*__
                        GUY C. IVERSEN
                        *Attorney for John L. Littrell*

---

1
EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO OSC

## DECLARATION OF GUY C. IVERSEN

I, Guy C. Iversen, declare as follows:

1. I am an attorney in good standing with the State Bar of California, and am admitted to practice before this Court. I represent John L. Littrell ("Mr. Littrell"), defense counsel in the underyling matter *United States v. Fortenberry*. I make this declaration based upon my personal knowledge, and in support of Mr. Littrell's *Ex Parte Application for Extension of Time to Respond to OSC*.

2. On July 5, 2022, this Court issued an Order To Show Cause as to why Mr. Littrell should not be sanctioned and/or referred to the Standing Committee On Discipline (Dkt. 225). Mr. Littrell was ordered to file a responsive declaration by July 15, 2022. Given the serious consequences of either of those two events happening, Mr. Littrell retained me to represent him.

3. I have requested and am reviewing documents pertaining to the closing arguments in the underlying criminal matter of *United States v. Fortenberry*. Additionally, I am conducting research into the propriety of statements made in closing arguments and related legal issues. I feel it is necessary for me to conclude these areas of inquiry before I can competently advise Mr. Littrell and before he were to file any responsive declaration to the Court. As such, I am seeking an extension of time to July 25, 2022, to file a response to the Court in order to facilitate responding in an appropriate manner.

4. It is unclear to me that the government has standing to take a position with respect to this application. However, in an abundance of caution I telephoned Assistant United States Attorney Mack Jenkins on Monday afternoon, July 11, 2022, to inquire. I

left him a voice mail with my return call back number. As of the filing of this pleading I have not heard back from him.

      I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of July 2022, at Santa Barbara, California.

                                          */s/ Guy C. Iversen*
                                             Guy C. Iversen

EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO OSC

GUY C. IVERSEN, S.B.N. 150883
1810 Chapala, Unit 4
Santa Barbara, California 93101
Tel: (213) 500-9506
Email: guyiversen@gmail.com

Attorney for Respondent
JOHN L. LITTRELL

```
LODGED
CLERK, U.S. DISTRICT COURT

July 12, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____jgr_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFERY FORTENBERRY<br><br>    Defendant.<br><br>[IN RE: OSC RE: JOHN L. LITTRELL] | Case No. 2:21-cr-00491-SB-1<br>Hon. Stanley Blumenfeld, Jr.<br><br>**(PROPOSED) ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEASDING** |

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERD THAT John L. Littrell's *Ex Parte Application for Extesion of time to Respond to OSC* (Dkt. 227) is **GRANTED**. The time for Respondent John L. Littrell to file a response to this Court's OSC of July 5, 2022, is extended to July 25, 2022.

    **IT IS SO ORDERED.**

DATED: _____

                                                _____
                                                HON. STANLEY BLUMENFELD, JR.
                                                United States District Judge