# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFERY FORTENBERRY<br><br>　　　　　Defendant.<br><br><br>[IN RE: OSC RE: JOHN L. LITTRELL] | Case No. 2:21-cr-00491-SB-1<br>Hon. Stanley Blumenfeld, Jr.<br><br>**ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEASDING** |

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERD THAT John L. Littrell's *Ex Parte Application for Extension of time to Respond to OSC* is **GRANTED**. The time for Respondent John L. Littrell to file a response to this Court's OSC of July 5, 2022, is extended to July 25, 2022.

　　　　　**IT IS SO ORDERED.**


Dated:  July 12, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge