UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 19 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

    v.

JEFFREY FORTENBERRY,

                Defendant - Appellant.

No. 22-50144

D.C. No. 2:21-cr-00491-SB-1
U.S. District Court for Central
California, Los Angeles

**MANDATE**

       The judgment of this Court, entered December 26, 2023, takes effect this

date.

       This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

                   FOR THE COURT:

                   MOLLY C. DWYER
                   CLERK OF COURT