E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
SUSAN S. HAR (Cal. Bar No. 301924)
J. JAMARI BUXTON (Cal. Bar No. 342364)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-3289
    Facsimile:  (213) 894-0141
    E-mail:  mack.jenkins@usdoj.gov
        jamari.buxton@usdoj.gov
        susan.har@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00491-SB |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| JEFFREY FORTENBERRY, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, Assistant United States Attorneys Mack E. Jenkins, Susan S. Har, and J. Jamari Buxton, hereby moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss the Indictment in this case without prejudice.

Dated: May 9, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

/s/
MACK E. JENKINS
SUSAN S. HAR
J. JAMARI BUXTON
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA