# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>JEFFREY FORTENBERRY,<br><br>*Defendant.* | No. 2:21-cr-00491-SB<br>Hon. Stanley Blumenfeld Jr.<br><br>**[PROPOSED] ORDER REFUNDING THE $25,000 FINE AND $300 SPECIAL ASSESSMENT** |

For good cause shown in the parties' Stipulation, the Court **ORDERS** the Clerk to refund by check payable to the Defendant, Jeffrey Fortenberry, the amount of $25,300, which represents the sum of the fine and special assessment that he paid pursuant to the sentence before the convictions were reversed. *See United States v. Hayes*, 385 F.3d 1226, 1229 (9th Cir. 2004). Mr. Fortenberry or his counsel may obtain the check in person from the Clerk's Office or make other arrangements for the check to be transmitted to Mr. Fortenberry.

**IT IS SO ORDERED.**

DATED:

                                                 Hon. Stanley Blumenfeld, Jr.
                                                 United States District Judge